**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| JORGE HANE, | Case No. 16-25954-LMI |
|       Debtor. | |
| _____/ | |
| BLUE BANK INTERNATIONAL, N.V.; COLTEFINANCIERA, S.A. | Adv. No: 17-01234-LMI |
|       Plaintiffs, | |
| v. | |
| JORGE HANE, | |
|       Defendant. | |
| _____ | |

## NOTICE OF FILING OF STIPULATED DISMISSAL WITH PREJUDICE OF COLTEFINANCIERA, S.A.'S COUNT NO. 1

WHEREAS Plaintiffs Coltefinanciera, S.A. ("COLTE") and Blue Bank International, N.V. ("BLUE BANK") filed an Amended Adversary Complaint against Defendant-Debtor Jorge Hane ("HANE") consisting of three (3) separate counts.

WHEREBY COLTE wishes to dismiss, with prejudice, Count I and to focus its efforts on other counts. The parties have stipulated to a dismissal instead of an amendment of the pleadings, so there is no need for HANE to respond to a further amended complaint.

NOW THEREFORE, COLTE, BLUE BANK and HANE, through their undersigned counsel, hereby stipulate to the voluntary dismissal of COLTE's Count No. 1 in the Amended Complaint (Bankruptcy Code § 523(a)(2)(A)) with prejudice, and all related allegations. Each party to bear its own costs and attorney's fees.

This does not affect BLUE BANK's claim under Count No. 1 or plaintiffs' allegations in Count Nos. 2 and 3 (§ § 727(a)(3) and 727(a)(4)(A).

SO STIPULATED:

| | |
|---|---|
| Date:   March 18, 2018 | /s/ Brian J. Recor<br>Brian J. Recor, Esq.<br>Florida Bar No. 118392<br>RECOR RIEBER, P.A.<br>*Attorney for Plaintiffs Blue Bank International, N.V., and Coltefinanciera S.A.*<br>701 Brickell Avenue, Suite 2280<br>Miami, Florida 33131<br>Phone: (305) 988-8002<br>email: brian@recorrieber.com |
| Date:   March 18, 2018 | /s/ Michael S. Hoffman<br>Michael S. Hoffman, Esq.<br>Florida Bar No. 41164<br>HOFFMAN, LARIN & AGNETTI, P.A.<br>*Attorney for Defendant, Jorge Hane*<br>909 North Miami Beach Blvd., Suite 201<br>North Miami, Florida 33162<br>Phone: (305) 653-3333<br>email: mshoffman@hlalaw.com |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF on March 19, 2018, on the parties listed below.

By: */s/ Brian J. Recor*
Brian J. Recor, Esq.

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

**17-01234-LMI Notice will be electronically mailed to:**

Michael S Hoffman on behalf of Defendant Jorge Hane
Mshoffman@hlalaw.com,
hlaecf@gmail.com;kszolis@hlalaw.com;agarcia@hlalaw.com;mshoffman@ecf.courtdrive.com

Thomas R. Lehman, Esq. on behalf of Plaintiff Blue Bank International, N.V.
trl@lklsg.com, esf@lklsg.com;ar@lklsg.com