UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO:  16-25954-LMI
CHAPTER 7

IN RE:

JORGE HANE,

        Debtor.
_____/

COLTEFINANCIERA, S.A. and
BLUE BANK INTERNATIONAL, N.V.,

        Plaintiff,

vs.

JORGE HANE,

        Defendant.
_____/


**CONFIDENTIAL AS PER THE PROTECTIVE ORDER**

DEPOSITION OF CARLOS JULIO CARIDAD ZAMBRANO

VOLUME 01
Pages 1 Through 125


Friday, February 2, 2018
9:50 a.m. - 3:30 p.m.

Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach Boulevard, Suite 201
North Miami, Florida  33162


Stenographically Reported By:
Aurora C. Sloan, FPR

Page 2

APPEARANCES:

On behalf of the Plaintiff:
    Recor Rieber, P.A.
    701 Brickell Avenue, Suite 2280
    Miami, Florida 33131
    305-988-8002
    BY:  Brian Recor, Esquire
    Brian@recorrieber.com

On behalf of the Defendant:

    Hoffman, Larin & Agnetti, P.A.
    909 North Miami Beach Boulevard, Suite 201
    North Miami Beach, Florida 33162-3712
    305-653-5555
    BY:  Michael S. Hoffman, Esquire
    Mshoffman@hlalaw.com

ALSO PRESENT:
    Edgar Chacon, Spanish Interpreter, Pages 4-72
    Gustavo Lairet, Spanish Interpreter, Pages 72-125

www.phippsreporting.com
888-811-3408

Page 3

INDEX OF PROCEEDINGS

TESTIMONY OF CARLOS JULIO CARIDAD ZAMBRANO   Page
DIRECT EXAMINATION BY MR. HOFFMAN    4
CERTIFICATE OF OATH (INTERPRETER)   126
CERTIFICATE OF OATH (INTERPRETER)   127
CERTIFICATE OF OATH   128
CERTIFICATE OF REPORTER   129

PLAINTIFF EXHIBITS
EXHIBITS:   DESCRIPTION   PAGE

NONE

DEFENDANT EXHIBITS
EXHIBITS:   DESCRIPTION   PAGE
Defendant's No. 1  Notice of Taking   12
    Deposition
Defendant's No. 2  10-27-15 Email   30
Defendant's No. 3  11-5 Email   58
Defendant's No. 4  Email Chain   60
Defendant's No. 5  $200,000 Wire Transfer   70
    Document
Defendant's No. 6  Credit Application   82
Defendant's No. 7  Emails   86
Defendant's No. 8  Commitment Letter   108
Defendant's No. 9  Protective Order   125

www.phippsreporting.com
888-811-3408

Page 4

Thereupon, the following proceedings began at
9:50 a.m.:
    THE COURT REPORTER:  Raise your right
hand, please.
    Do you solemnly swear to interpret
from English to Spanish and from Spanish to
English to the best of your ability?
    THE INTERPRETER:  I do.
    THE COURT REPORTER:  Do you solemnly
swear or affirm the testimony you are about
to give in this matter will be the truth,
the whole truth and nothing but the truth.
    THE WITNESS:  Yes, I do.
Thereupon,
    CARLOS JULIO CARIDAD ZAMBRANO,
having been first duly sworn or affirmed, was
examined and testified as follows:
    DIRECT EXAMINATION
BY MR. HOFFMAN:
    Q.  Good morning.  Please state your full
name.
    A.  Carlos Julio Caridad Zambrano.
    Q.  Can you give me the spelling?
    A.  C-A-R-I-D-A-D.
    Q.  Okay.  The full name.

www.phippsreporting.com
888-811-3408

Page 5

    A.  Z-A-M-B-R-A-N-O.
    Carlos, C-A-R-L-O-S.  Julio,
J-U-L-I-O.
    Q.  Got it.
    Have you ever had your deposition
taken before?
    A.  Never.
    MR. RECOR:  Before we begin, I just
want to state on the record that the
deposition is being taken under the terms
of the protective order that was entered in
this case on January 25th, 2018.
    MR. HOFFMAN:  That's fine.
BY MR. HOFFMAN:
    Q.  I want to give you some basic rules of
depositions so you understand the process.
    I'm going to ask the questions, the
translator is going to translate, you are going to
provide the answers.  The court reporter is going
to write everything down.
    It's important that you let me finish
my question and the translator finish the
translation before you answer.
    It's also important that you answer
every question verbally and not with any head

www.phippsreporting.com
888-811-3408

1  shakes or nods, because it needs to make it back to
2  the court reporter.
3        A.  All right.
4        Q.  I'm going to try to be as clear as
5  possible.  But if you don't understand my question,
6  ask me to clarify.  Okay?
7        A.  All right.
8        Q.  Last thing, the deposition is under
9  oath and penalty of perjury.
10       A.  All right.
11       Q.  Where do you live?
12       A.  I live in Curaçao.
13       Q.  And how long have you lived in
14  Curaçao?
15       A.  It's been 23 years.
16       Q.  And what is your job title?
17       A.  I'm a managing director.
18       Q.  For what entity?
19       A.  It's called Blue Bank International.
20       Q.  How long have you been a managing
21  director with Blue Bank International?
22       A.  Since the month of May, 2017 when it
23  was approved by the Central Bank in Curaçao.
24       Q.  So let me just get this clear.
25            Your employment as a managing director

1  was approved by the government or by the agency in
2  Curaçao?
3        A.  I worked with the group since
4  August of 2016.  But starting in the month of May,
5  I was approved by the Central Bank of Curaçao to
6  perform at functions as managing director, which
7  was a mandatory requisite or requirement to be able
8  to perform that function.
9        Q.  So to be clear, you began your
10  employment with Blue Bank in August of 2016?
11       A.  Correct.
12       Q.  When I say "Blue Bank," I mean Blue
13  Bank International?
14       A.  All right.
15       Q.  What was your position with Blue Bank
16  from August 2016 through May of 2017?
17       A.  I was in charge of the area of
18  operations helping out in some special projects
19  that we had.
20       Q.  Please give me a more detailed
21  description of your job duties when you worked in
22  operations from August 2016 to May of 2017.
23       A.  I was in charge of setting up
24  platforms and the mandatory regulations in the area
25  of mandatory regulations.

1        Q.  So let me restate that and tell me if
2  I'm right.
3            You were working on behalf of Blue
4  Bank in a compliance role.
5        A.  Not specifically in the area of
6  mandatory regulations.  We had other projects like
7  internet banking, correspondent banks and
8  everything that applied.  Improvements in the
9  operations area of the bank.
10       Q.  Did you work with customers of Blue
11  Bank?
12       A.  Not all the time.  But I did have
13  contacts with customers sometimes in the transfer
14  of funds, whenever they had problems, when any
15  problems with transfers, and I checked everything
16  that had to do with operations of the bank.
17            On several occasions, I mean, even
18  though it was not my job, I did have contacts with
19  some clients, I mean because of the natural
20  operations of the bank, as an example, transfers.
21       Q.  Okay.
22            Did you work in the lending department
23  at all?
24       A.  No.
25       Q.  Did you help manage any loan accounts?

1        A.  I supervised portfolios which was to
2  be reported to the Central Bank to the accounting
3  area.
4            And in my previous job, I mean, I had
5  a lot of knowledge in the process of credit, in the
6  credit department as such.
7        Q.  Did you assist the bank in making
8  credit decisions?
9        A.  Currently?  Yes.
10            Now between August and May?  No.
11       Q.  So from May of 2017 through the
12  present, you stated that you are a managing
13  director; correct?
14       A.  Correct.
15       Q.  How many managing directors of Blue
16  Bank are there?
17       A.  Three.  There is a local one, which is
18  me.  That's what the regulating entity requires,
19  which is the Central Bank.
20       Q.  Who do you report to as a managing
21  director?
22       A.  We have a directors' board, which is
23  composed by the three managing directors, and the
24  three supervising directors.
25       Q.  So do you report to the three

Page 10

1  supervising directors?
2       A.  My responsibility to report is to the
3  Central Bank.
4       Q.  Is there a person that you report to?
5       A.  No.  No, because the bank reports,
6  just like all the financial institutions in
7  Curaçao, through the departments that are assigned
8  by the Central Bank.
9       Q.  Do you have a supervisor?
10      A.  I do have contacts with all the
11  directors, all positions are consulted.
12      Q.  Tell me about the supervising
13  directors.  What's their job?
14      A.  All the supervising directors and all
15  the managing directors were obligated to have all
16  the decisions and obligations of the bank are done
17  and made through -- I mean through the -- complying
18  with the decisions of the Central Bank of Curaçao.
19      Q.  I don't think that answered the
20  question.
21         You said there were three supervising
22  directors; correct?
23      A.  Yes.
24      Q.  Who are they and what is their job?
25      A.  There are three.  Mr. Camargo --

www.phippsreporting.com
888-811-3408

Page 11

1       Q.  I need spellings on all of those.
2         THE INTERPRETER:  Would you like me to
3  spell it?
4         C-A-M-A-R-G-O.
5  BY MR. HOFFMAN:
6       Q.  Okay.
7       A.  Geringes, G-E-R-I-N-G-E-S; and the
8  last one is Camile River, C-A-M-I-L-E R-I-V-E-R
9  currently.
10      Q.  Before August of 2016, where were you
11  employed?
12      A.  At the BBVA Provincial Overseas.
13      Q.  Is that a bank?
14      A.  Yes.
15      Q.  And what was your job there?
16      A.  The last one and a half years was as a
17  managing director.  And before that was the
18  operations manager.
19      Q.  So in 2015, you were a managing
20  director at BBVA, for short.
21      A.  Yes.
22      Q.  Does BBVA have a relationship with
23  Blue Bank or is it a totally separate bank?
24      A.  Totally separated.
25      Q.  So you were not familiar with the --

www.phippsreporting.com
888-811-3408

Page 12

1  strike that.
2         So you are not familiar with Blue Bank
3  -- strike that.
4         (Thereupon, Defendant's No. 1, Notice
5  of Taking Deposition, was marked for
6  Identification.)
7  BY MR. HOFFMAN:
8       Q.  I'm showing you a copy of the notice
9  of deposition which has been marked as Exhibit 1.
10         Can you read English?
11      A.  Yes.
12      Q.  Have you seen this document before?
13      A.  Yes.
14      Q.  Do you understand that you are here
15  today to give answers on behalf of Blue Bank?
16      A.  Yes.
17      Q.  So are you the person most familiar
18  with the loans issued by Blue Bank to Jorgehane
19  Laboratories Corp.?
20      A.  Could you please repeat the question?
21      Q.  Are you the person at Blue Bank most
22  familiar with the loans issued by Blue Bank to
23  Jorgehane Laboratories Corp.?
24      A.  With all the portfolios, I mean, of
25  the bank?  Yes.  Not specifically with this loan.

www.phippsreporting.com
888-811-3408

Page 13

1  And with the credit director in the bank.
2       Q.  Okay.
3         Are you -- do you have specific
4  familiarity with the loans issued by Blue Bank to
5  Mr. Hané's businesses?
6       A.  Yes, I do have knowledge.
7       Q.  You do.
8         Do you have knowledge about the
9  process that Blue Bank went through in order to
10  decide to give those loans?
11      A.  Well, I was not there in 2015 when the
12  loan was approved, but it must follow the
13  established procedure, besides -- also besides by
14  the regulating entity.
15      Q.  Okay.
16         So is it fair to say that you have
17  knowledge about the procedures of Blue Bank
18  generally in considering loans?
19      A.  Correct.
20      Q.  But not specifically about the process
21  that went into approving loans to Mr. Hané's
22  businesses.
23      A.  As a managing director, I knew -- I
24  mean, I checked the files.
25      Q.  When did you check the files?

www.phippsreporting.com
888-811-3408

Page 14

1    A. I checked it before coming. And I
2 also checked it, I mean, in the process that we
3 have to go through in order to report to the
4 regulating entity and the external and internal
5 auditors. They must have knowledge of all the --
6 and they have to be -- I mean, they have to know, I
7 mean, of all those credits that have fallen behind
8 and that have been unpaid and that are late.
9    Q. Who at the bank would have the most
10 knowledge about the due diligence that went into
11 the loans issued to Mr. Hané's businesses?
12    MR. RECOR: Objection as to form.
13 BY MR. HOFFMAN:
14    Q. He can still answer.
15    A. The people that approve the loan are
16 not in the bank, I mean part of them. And the
17 credit director is no longer with us. I mean we do
18 have a new credit director, which was not the one
19 that processed Mr. Hané's loan.
20    It's not about the person. It's about
21 the position who would have the same
22 responsibilities of the previous manager.
23    Q. Okay. We'll get back to some of that
24 later.
25    Are you familiar with Mr. Hané's

Page 15

1 bankruptcy case?
2    A. Yes.
3    Q. Are you familiar with the documents
4 produced by Mr. Hané in the bankruptcy case?
5    A. I have seen them, but I don't -- I
6 don't have any detailed information about them.
7    Q. When was the last time you saw them?
8    A. I saw them before coming, and I
9 checked them along with our attorney.
10    Q. So before -- I assume that was in the
11 last few days; correct?
12    A. Yes.
13    Q. Before the last few days, have you
14 seen the documents produced by Mr. Hané in his
15 bankruptcy case before?
16    A. I saw the credit file that belongs to
17 Mr. Hané.
18    Q. But I'm asking about the documents
19 Mr. Hané produced in his bankruptcy case.
20    A. No.
21    Q. You mentioned before that you reviewed
22 the loan file; correct?
23    A. Correct.
24    Q. What was in that file?
25    A. We do have two files, one electronic

Page 16

1 file and a paper file. I've seen both. I've seen
2 the emails, the credit application, and when this
3 loan application was taken to the committee, I
4 think it's called a commitment letter, the
5 commitment letter, and the documents that the
6 previous credit director produced to document the
7 entire credit file.
8    I've seen the financial figures of the
9 companies that have applied for the credit, the
10 investigations and verifications made at the
11 World-Check level.
12    The World-Check is one of the tools
13 that allows us to find out whether or not the
14 person has any criminal history, of any corruption.
15 Not only from the person, I mean, the company as
16 well. It's mandatory to go through them, all the
17 documentation. Those documents is a similar
18 process for all credit.
19    Q. Okay. Let me just summarize that and
20 tell me if I'm missing something.
21    So you reviewed emails?
22    A. Yes.
23    Q. The credit application?
24    A. Yes.
25    Q. The commitment letter?

Page 17

1    A. Yes.
2    Q. And then documents produced by the
3 prior creditor director?
4    A. Yes.
5    Q. And then financial information
6 regarding the credit file?
7    A. Yes.
8    Q. And then, I believe, it was the word
9 check?
10    MR. RECOR: World. World-Check.
11    A. World, yes. Internet information
12 about the company.
13 BY MR. HOFFMAN:
14    Q. Is World-Check the name of a company?
15    A. So it is a company that -- I mean it's
16 a tool that is used by all financial institutions
17 in order to verify information about the companies,
18 I mean, any background information about the
19 company.
20    Q. And that system does an international
21 background check?
22    A. Yes.
23    Q. So it would pick up legal issues in
24 the United States?
25    MR. RECOR: Objection as to form.

1    MR. HOFFMAN: He still needs to
2  answer.
3         THE WITNESS: Not necessarily.
4  BY MR. HOFFMAN:
5     Q. You said not necessarily.
6     A. Not necessarily.
7     Q. Why not?
8         MR. RECOR: Same objection.
9     A. World-Check, we use that tool in order
10  to check for any money laundering or corruption, if
11  it has any criminal background. But it's not a
12  tool that would guarantee you that could obtain
13  100 percent of the information of that person or
14  institution.
15  BY MR. HOFFMAN:
16     Q. Okay.
17         Let's talk about Blue Bank generally
18  for a minute.
19         What are the total assets of the bank?
20         MR. RECOR: Beyond the scope.
21  BY MR. HOFFMAN:
22     Q. You can answer.
23     A. Is it capital or assets?
24     Q. Both.
25     A. The bank capital is $10 million. And

1  the client assets that we have may be around
2  $70 million.
3     Q. Does Blue Bank specialize -- what kind
4  of lending does Blue Bank do?
5     A. Company loans. We do bridge loans for
6  mortgages. Personal loans. I mean, lines of
7  credit.
8     Q. Does Blue Bank do a lot of business
9  lending?
10         MR. RECOR: Objection as to form.
11     A. It depends on what you call a loan,
12  because I really don't dare to say a lot. I mean
13  it's part of the financial activities of the bank.
14  BY MR. HOFFMAN:
15     Q. Well you said you are a managing
16  director; correct?
17     A. Correct.
18     Q. So you manage specific accounts;
19  correct?
20     A. I don't manage specific accounts, but
21  I do have knowledge about the operations of the
22  bank.
23     Q. How many offices does Blue Bank have?
24     A. Only one. The main office.
25     Q. How many branches does it have?

1     A. None. That is normal in the offshore
2  banks.
3     Q. Give me a general breakdown of the
4  location of Blue Bank's clients -- actually not --
5  strike that.
6         Does Blue Bank typically lend outside
7  of Curaçao?
8     A. Yes.
9     Q. In what countries are its borrowers
10  from?
11         MR. RECOR: Objection as beyond the
12  scope, and also instruct not to answer as
13  to the extent that it would violate bank
14  secrecy laws and the laws of Curaçao.
15         THE WITNESS: Right.
16         So I'm here and I will follow my
17  attorney's suggestion.
18         MR. HOFFMAN: Does it violate --
19         MR. RECOR: Yes. Yesterday we met
20  with Eric de Vries, the Curaçao lawyer, who
21  instructed us not to respond on any
22  questions regarding other clients of the
23  bank, which would be illegal under
24  Curaçao --
25         MR. HOFFMAN: I'm not asking specific

1  clients. Just generally to try to see what
2  countries they lend in.
3         MR. RECOR: How is that within the
4  scope of this deposition?
5         MR. HOFFMAN: Because I want to know
6  if it's typical for them to be lending to
7  Florida businesses.
8         MR. RECOR: Why don't you ask that
9  question?
10         MR. HOFFMAN: I have to set a
11  predicate. I'm getting there.
12  BY MR. HOFFMAN:
13     Q. Without naming any specific customer,
14  client or business, does Blue Bank do a lot of
15  lending in the United States?
16         MR. RECOR: Objection as to form.
17     A. It does have credit activities in the
18  United States. I can't tell you very much or very
19  little because -- I mean I cannot be general. I
20  mean I cannot -- I cannot be that general; but yes,
21  we do have.
22  BY MR. HOFFMAN:
23     Q. Okay.
24         When a business approaches Blue Bank
25  about obtaining a loan, what is Blue Bank's process

1    **for considering the loan?**
2    A.  Okay.  The first step, if it's not a
3    bank client or client of the bank, the first thing
4    that we do is that we incorporate him or make him a
5    client of the bank in the portfolio of the bank,
6    client portfolio, because it's mandatory by the
7    regulating entity that -- to know that client.
8    And if it's a client that's already in
9    the client portfolio of the bank, the credit
10    manager is in charge of all the due diligence to
11    document, I mean, the credit, and take it up to the
12    committee with a recommendation to approve or not,
13    or if it's lacking other information, I mean, to
14    document that credit to see if it's approved or
15    not.
16    After the committee approves it, we
17    have to do a followup to credit the client's
18    account and then also do a followup during the
19    useful life of that credit.
20    **Q.  So let me -- let's see if we can break**
21    **that down a little bit.**
22    **So a business comes and applies for a**
23    **loan at Blue Bank.  Blue Bank first assigns a**
24    **credit manager to the file; correct?**
25    A.  We only have one single credit

1    director; correct.
2    **Q.  And it assigns that person.**
3    A.  Yes.  That person does all the due
4    diligence to support that credit and report to the
5    regulating entity, which is the Central Bank.
6    **Q.  And what documents will that credit**
7    **manager -- I'm going to call him a credit**
8    **manager -- typically ask for from the borrower?**
9    A.  The first thing that he has to do is,
10    I mean, is fill out the application of the bank
11    with all the information, I mean all the personal
12    data; origin of the funds; what does the company
13    do; bank references.  All the information that is
14    going to be given, I mean what is going to be the
15    behavior of the loan, the transfers that entity is
16    going to send.  And it's also going to do the
17    verifications through the internet and World-Check
18    of that company, or of the person, I mean,
19    depending on the case; financial information of the
20    client; analyzes and proposes -- makes a proposal
21    of the credit.
22    **Q.  Is there a specific set of documents**
23    **that the credit manager will typically ask for?**
24    A.  Yes.
25    **Q.  And tell me what those documents are.**

1    A.  Identification documents of the
2    person, normally two are asked or required, fill
3    out all the documents of the bank to open the
4    account.  You ask the client what is the type of
5    business that this person handles or manages, I
6    mean the clients, I mean the place where they do
7    business, to get another client first for opening
8    the account --
9    **Q.  Let me interrupt.**
10    **I'm not asking for what information**
11    **the credit manager tries to gather.**
12    **I'm asking what documents he requests**
13    **from the borrower.**
14    A.  Identification documents, financial
15    information from the client --
16    **Q.  What financial information?**
17    A.  -- that will allow you to know whether
18    or not that client has the capacity to pay the
19    loan.
20    **Q.  What financial information?**
21    A.  Tax returns, financial statements,
22    main -- what are their main clients, I mean places
23    where they do business, annual sales.  And, well,
24    you have to find out from the client what is the
25    reason why that person is requesting the credit.

1    What is it going to be used in.
2    **Q.  Okay.**
3    **So but the actual hard documents that**
4    **Blue Bank will typically request are tax returns**
5    **and financial statements; is that correct?**
6    A.  Yes.
7    **Q.  And are those tax returns and**
8    **financial statements the most important documents**
9    **that Blue Bank will rely on in making a credit**
10    **decision?**
11    A.  No.
12    **Q.  Why not?**
13    A.  Because it's a set of information that
14    is requested, not just the financial analysis.
15    You have to verify this company not
16    only through the internet, and it's not only the
17    information supplied by the client.  You have to
18    verify whether or not the client has repayment
19    capacity.
20    **Q.  And how do you verify that?**
21    A.  By the person, naturally, if the
22    person has a salary, if they have a job or has any
23    other mortgages.
24    If it's a company, you can check, I
25    mean, the main countries where this company is

Page 26

1  doing business, its clients, what are the main
2  clients. Depending on the amount of the loan, you
3  could ask for a collateral or not.
4      Q.  And then you said the credit manager
5  takes the loan to the -- what was it, the
6  committee?
7      A.  Correct.
8      Q.  And how many people are on that
9  committee?
10     A.  Currently, five.
11     Q.  What are their names?
12         MR. RECOR:  Do you want me to spell it
13  for you?
14         MR. HOFFMAN:  Sure.
15         MR. RECOR:  M-A-S-H-U-D.
16         THE WITNESS:  The last name is
17  M-E-Z-E-R-H-A-N-E.
18         Nelson Rafael same last name,
19  Mezerhane.
20         Jaime Castillo.  J-A-I-M-E
21  C-A-S-T-I-L-L-O.
22         Alfredo E-S-Q-U-I-V-A-R.
23         And me, Carlos Caridad, currently.
24  BY MR. HOFFMAN:
25     Q.  I was asking currently.

www.phippsreporting.com
888-811-3408

Page 27

1          And what does the -- how does the
2  committee reach its decision?
3      A.  You verify the documentation that
4  comes with the application that has been previously
5  analyzed by the credit manager.  So he places there
6  all the information that he believes or considers
7  is necessary for the credit, along with any
8  comments that he can make considers necessary or
9  any other documents that he would consider -- that
10  he believes are necessary in order to proceed with
11  the credit, or simply with his approval
12  recommendation.
13     Q.  And has this process been in place
14  since you started working for Blue Bank in 2016?
15     A.  And it was also the process before as
16  well.
17     Q.  So it was the process for evaluating
18  loans in 2015 as well.
19     A.  It's mandatory by the Central Bank
20  that you comply with all those requirements.
21     Q.  Okay.
22     A.  Remember that we are there to
23  guarantee the safety of all the financial deposits
24  of all the clients.
25     Q.  Okay.

www.phippsreporting.com
888-811-3408

Page 28

1          I want to start to talk about Mr.
2  Hané's relationship with Blue Bank.
3          To the best of your knowledge, how was
4  Mr. Hané introduced to representatives of Blue
5  Bank?
6      A.  I was not present when that
7  introduction or application was made.
8          What I was able to read in the file is
9  that he was referred by Mr. Jaime Castillo.
10     Q.  And what loan did eventually Blue Bank
11  issue to Mr. Hané or to one of -- any of Mr. Hané's
12  businesses?
13     A.  If I'm not mistaken, he was given a
14  $300,000 loan, or credit.
15     Q.  When you say "he," it was given
16  directly to him or was given to one of the
17  businesses?
18     A.  No.  To the company.  To the company.
19     Q.  Which company?
20     A.  The Florida company that belongs to
21  Mr. Hané in Florida is Jorge Hané's Laboratory.
22     Q.  Is that Jorgehane Laboratories, Corp.?
23     A.  Yes.
24     Q.  And is your testimony that you don't
25  have any firsthand knowledge about how Mr. Hané was

www.phippsreporting.com
888-811-3408

Page 29

1  introduced to Blue Bank; right?
2      A.  What I was able to read in the file.
3      Q.  But you weren't around in 2015.  So
4  you don't know personally.
5      A.  No, I don't know the details.
6      Q.  Okay.
7          Just one important thing, I can tell
8  you understand some English, so just be careful to
9  let me finish my question before you start talking,
10  just because she can't record multiple things going
11  on at the same time.
12     A.  I apologize, sir.
13     Q.  Okay.
14          What documents in the file did you see
15  that show that he was referred by Jaime Castillo?
16     A.  An email.
17     Q.  And what did that email say?
18     A.  Word by word?  I don't remember
19  exactly what it said, but it was introducing Mr.
20  Hané so that he could be incorporated to the client
21  portfolio of the bank.
22     Q.  Is this the same Mr. Castillo who was
23  on the credit committee?
24     A.  Currently, yes.
25     Q.  Was he on the credit committee then?

www.phippsreporting.com
888-811-3408

Page 30

1      A. No.
2          MR. HOFFMAN: I'm going to introduce
3  this as Exhibit No. 2.
4          (Thereupon, Defendant's No. 2,
5          10-27-15 Email, was marked for
6          Identification.)
7          MR. HOFFMAN: Do you have any extra
8  copies of this?
9          MR. RECOR: I think I do.
10         Yeah, I have a second copy.
11 BY MR. HOFFMAN:
12         Q. I'm showing you what the court
13 reporter has marked as Exhibit 2.
14             This is an email from Mr. Castillo
15 dated October 27, 2015; correct?
16         A. Correct.
17         Q. I only received this document today.
18 So I'm going to ask you to read it and then have it
19 translated.
20         THE INTERPRETER: It is in Spanish.
21         MR. HOFFMAN: Actually I have no idea,
22 but I believe it's in Spanish.
23         A. All right.
24 BY MR. HOFFMAN:
25         Q. Okay.

Page 31

1              And is this the email you were
2  referring to earlier when you said that Mr. Hané
3  was introduced to Blue Bank by Mr. Castillo?
4          A. Yes.
5          Q. And this was part of the loan file?
6          A. Okay. The credit file, it has two
7  components. I mean one in an electronic component
8  and the hard copy.
9              This was in the file as such. I mean
10 not the electronic file, but the hard copy in the
11 bank's files.
12         Q. And you reviewed this email in advance
13 of today's deposition.
14         A. Yes.
15         Q. I know that this is a little unusual,
16 but, because of the circumstances, I'm going to ask
17 you to read the email out loud and let it get
18 translated through the translator.
19         A. Says:
20         "From: Jcastillo@grupomezerhane.com.
21         "Sent: Tuesday, October 27, 2015,
22 6:34 p.m.
23         "To: Cornelis Rojer, Danette Izijk
24 and Alice Capriles.
25         "Cc: Nelson J. Mezerhane.

Page 32

1         "Subject, opening of an account."
2          Q. Okay. Let's start here.
3              The email is address is
4  jcastillo@grupomezerhane.com?
5          A. Correct.
6          Q. To the best of your knowledge, what is
7  grupomezerhane.com?
8          A. It's a conglomerate of companies that
9  include newspapers, financial institutions and
10 communications.
11         Q. Is part of that conglomerate Blue
12 Bank?
13         A. The owner of Blue Bank in 100 percent
14 is Premiere International Group.
15         Q. And who owns Premiere International
16 Group?
17         MR. RECOR: Object. Beyond the scope.
18         He can still respond as he knows.
19         A. I have no knowledge of who are the
20 owners of those companies.
21 BY MR. HOFFMAN:
22         Q. Okay.
23         A. That is, the stock structure.
24         Q. And that entity, that Premiere -- what
25 was the name of the entity?

Page 33

1          A. Premiere International.
2          Q. Where is that based out of?
3          A. Curaçao.
4          Q. Okay.
5              Who is Cornelis Rojer?
6          A. He was a previous managing director.
7          Q. Of what?
8          A. Of Blue Bank.
9          Q. So as of October 27, 2015, he was the
10 managing director?
11         A. Correct.
12         Q. Who is Danette Izijk?
13         A. She's the operations manager.
14         Q. What does the operations manager do?
15         A. They verify -- they verify all the
16 operations activity of the bank, transfers,
17 clients; I mean the operations activity.
18         Q. Is Danette Izijk still in that
19 position?
20         A. Yes.
21         Q. And Cornelis Rojer, when did he leave
22 his position as managing director?
23         A. In December 2016.
24         Q. Do you know where he is now?
25         A. No.

Page 34

1      Q. Who is Alice Capriles?
2      A. She's like the one in charge of the
3  clients. She's like the client executive.
4      Q. What does a client executive do?
5      A. This is the person that's going to
6  incorporate the client to the bank. She's the
7  person who's going to ask for the documentation
8  from the client and the application from the client
9  to incorporate it to the client file.
10     Q. Is she the credit manager?
11     A. No. Because the subject here is the
12 opening of an account. It's not a credit
13 application.
14     Q. When we talk about account, we're
15 talking about a bank account, like a checking
16 account or a savings account?
17     A. Like to do any type of commercial
18 transaction, you need an account. It's mandatory
19 by the Central Bank.
20     Q. Okay.
21     Have you spoken to Mr. Castillo about
22 this email?
23     A. No.
24     Q. As of October 2015, I think you said
25 before that Mr. Castillo was not on the credit

www.phippsreporting.com
888-811-3408

Page 35

1  committee; correct?
2      A. Correct.
3      Q. Cornelis Rojer, was he on the
4  committee?
5      A. Yes.
6      Q. Danette Izijk, was she on the
7  committee?
8      A. No.
9      Q. And Alice Capriles, was she on the
10 committee?
11     A. No.
12     Q. Nelson Mezerhane, who is that?
13     A. Mr. Mezerhane is from the Mezerhane
14 Group.
15     Q. And what's his role at Blue Bank?
16     A. In Blue Bank? He has no specific
17 role.
18     Q. You testified earlier that he's on the
19 credit committee now; right?
20     A. No. It's Nelson Rafael.
21     Q. Which is not -- oh, so that's not
22 Nelson J. Mezerhane.
23     A. No.
24     Q. Are they father and son?
25     A. Yes.

www.phippsreporting.com
888-811-3408

Page 36

1      Q. Which one is the father and which one
2  is the son?
3      A. Nelson Rafael is the son, and Nelson
4  J. is the father.
5      Could we take a small recess?
6      MR. HOFFMAN: Sure.
7      (Whereupon, a short break was taken
8  and, upon reconvening, the following
9  proceedings were had:)
10 BY MR. HOFFMAN:
11     Q. Have you spoken with Mr. Castillo
12 about this email?
13     A. No.
14     Q. Have you spoken to Mr. Castillo about
15 this case at all?
16     A. Briefly. Very briefly.
17     Q. And when did you speak with him?
18     A. Yesterday.
19     Q. Yesterday. Okay.
20     A. One minute or less. I mean we just
21 saw each other in the hallway and he asked me why I
22 was here and that.
23     Q. I may have asked this before but, as
24 of October 27, 2015, Mr. Castillo did not have a
25 formal role at Blue Bank; correct?

www.phippsreporting.com
888-811-3408

Page 37

1      A. Formally? No.
2      Q. What about informally?
3      A. For 2015? Not that I'm aware of.
4      Q. Why would Mr. Castillo send an email
5  about a new client to these four people?
6      MR. RECOR: Objection as to form.
7      A. I have no idea why he did it at that
8  particular moment.
9  BY MR. HOFFMAN:
10     Q. Does Mr. Castillo often refer
11 customers to Blue Bank?
12     MR. RECOR: Objection to form.
13     A. I don't know -- I don't know what you
14 mean by often. It could be one, it could be 1,000,
15 100,000.
16     I don't know.
17 BY MR. HOFFMAN:
18     Q. Fair enough.
19     Are you aware of any other customers
20 that Mr. Castillo has referred to Blue Bank?
21     A. Yes.
22     Q. And what was Nelson J. Mezerhane's
23 role with Blue Bank?
24     A. He doesn't have a direct role in Blue
25 Bank. He is the last beneficiary of the structure.

www.phippsreporting.com
888-811-3408

Page 38

```
 1    I don't know whether or not in 100 percent, but he
 2    is one of the last beneficiaries.
 3         Q.  When you say "beneficiaries," you mean
 4    owners?
 5         A.  Yes.
 6         Q.  And it appears -- and Mr. Castillo
 7    works for Grupo Mezerhane.
 8         A.  Correct.
 9         Q.  Which, I assume, Nelson J. Mezerhane
10    is also a part of.
11         A.  Yes.
12         Q.  Okay.  Let's go back to the email.
13    Just continue reading from the text.
14         A.  Okay.
15         "Dear sir, good afternoon.
16         "We have obtained as a client the
17    company Hane Laboratories, which is a very
18    prestigious company in the development,
19    manufacturing and distribution of products
20    to lose weight with a great distribution
21    network in Colombia and Argentina."
22         Q.  Stop for a second.
23         When he says in the beginning "we have
24    obtained as a client," do you know who he's
25    referring to?
```

Page 39

```
 1         A.  No.
 2         Q.  Do you know where Mr. Castillo
 3    obtained this information from?
 4         A.  No.
 5         Q.  Do you know -- strike that.
 6         Continue reading.
 7         A.  It says:
 8         "The brand of the greatest
 9    distribution is Reduce Fat Fast.
10         "The contact has been made through Dr.
11    Mezerhane, with the owner of the firm,
12    Mr. Jorge Hané."
13         Q.  Okay.  Dr. Mezerhane is Nelson J.
14    Mezerhane?
15         A.  Yes.
16         Q.  And have you -- have you spoken with
17    Mr. Mezerhane about Mr. Hané?
18         A.  No.
19         Q.  Do you know how they know each other?
20         A.  No.
21         Q.  Continue.
22         A.  Says:
23         "I really request from you that
24    tomorrow at first thing in the morning you
25    send me a complete package of all the forms
```

Page 40

```
 1    to open an account in order so that we can
 2    link this company with us as soon as
 3    possible.
 4         "Best regards, I'm awaiting for the
 5    information, regards, Jaime Castillo."
 6         MR. HOFFMAN:  Did you skip two lines
 7    there?  Did he read the whole thing or did
 8    he skip --
 9         THE INTERPRETER:  No.
10         MR. HOFFMAN:  He read the whole thing?
11         THE INTERPRETER:  Yeah.
12         MR. HOFFMAN:  Shows you I can't follow
13    it at all.
14    BY MR. HOFFMAN:
15         Q.  Do you know where Mr. Castillo got
16    this $300,000 number from?
17         A.  No.
18         Q.  Are you aware of any other lending
19    relationships between Grupo Mezerhane and Mr. Hané?
20         A.  With Blue Bank?
21         Q.  No.
22         With any other -- any other of the
23    entities within Grupo Mezerhane?
24         A.  With Coltefinanciera.
25         Q.  Okay.
```

Page 41

```
 1         To the best of your knowledge, is
 2    anything contained in this email false?
 3         A.  I wouldn't dare to say that anything
 4    is false.  No.
 5         False with respect to what?
 6         Q.  I don't know.  Mr. Castillo made
 7    statements in this email.  I just want to know if
 8    it's Blue Bank's position that those statements are
 9    true statements or false statements.
10         A.  This is sent out by -- I mean,
11    personally by Mr. Castillo.  He's not sending it in
12    the name of Blue Bank.
13         Q.  So let me ask it a little differently.
14         Does Blue Bank have any reason to
15    believe that any of these statements in this email
16    are false?
17         A.  No.
18         Q.  Was this email the way that Mr. Hané
19    was introduced to Blue Bank?
20         A.  I don't know.
21         Q.  So you don't know if there was any
22    contact between Mr. Hané and Blue Bank before this
23    email was sent?
24         A.  I don't know.
25         And I apologize for the interruption.
```

Page 42

1      Not that I'm aware of.
2      Q.  Understood.
3          To the best of your knowledge, what
4  was the followup steps taken after Mr. Castillo
5  sent this email?
6      A.  All right.  I sent -- as is indicated
7  in the email, you have to link the client with the
8  bank, opening the account.
9          So the document that I required in
10 order to open the account must have been required
11 from the client that is mentioned in this email.
12     Q.  Do you have any of the documents that
13 were provided in order to open that account?
14     A.  All the clients of Blue Bank must have
15 a file with all the necessary documents in order to
16 open the account.
17     Q.  What are the necessary documents to
18 open an account?
19     A.  The ones that are mentioned here.
20     Q.  No.
21     A.  Okay.  The opening form, identity
22 documents, the signed document where the client
23 accepts all the terms and conditions of the bank,
24 the acceptance of online banking, and all the
25 information that's required in those forms, I mean

Page 43

1  the activity that the client expects to have with
2  those funds.  All the information that are required
3  in that form.
4          It's a form that has several sections.
5  Know your client, address, email addresses,
6  telephone numbers, commercial activity, what type
7  of business does it do, how does the company
8  maintain the money, what is the purpose of the
9  business activity.  That is only reference to the
10 opening of the account.
11     Q.  And was a bank account opened?
12     A.  Yes.
13     Q.  And was that bank account in the name
14 of Jorgehane Laboratories Corp.?
15     A.  Yes.
16     Q.  Was any money put in that account
17 initially?
18     A.  When the accounts are opened, not
19 necessarily it has to have any funds.  I mean none
20 of the accounts have any funds.
21     Q.  Do you know if this account had funds?
22     A.  It had?  I don't know.
23     Q.  When was the loan process started?
24     A.  Through what I remember from the file,
25 it was October or November.

Page 44

1          I do remember that I was not present
2  at the time.
3      Q.  Right.
4          So just to, I guess, clarify again,
5  this is not based on your personal knowledge;
6  correct?
7      A.  Correct.
8      Q.  This is based on your review of the
9  file.
10     A.  And also from what I can remember.
11     Q.  How can you remember any of it?  You
12 weren't here.
13     A.  No.
14         What I meant is -- I don't mean that
15 at the time -- I don't mean the time when the
16 account was opened.
17         From what I remember of seeing in the
18 file.
19     Q.  Understood.
20         But you understand that the testimony
21 you are giving is on behalf of Blue Bank; correct?
22     A.  Correct.
23         The questions that were asked -- that
24 we were requested to answer.
25     Q.  Okay.

Page 45

1      Was there a credit manager appointed
2  to the loan request?
3      A.  The one that is assigned, I mean, to
4  every single application, the one that was at the
5  time and the one that is currently there.
6      Q.  And with respect to the loan requested
7  by Jorgehane Laboratories in late October/November,
8  2015, who was the credit manager?
9      A.  Ramsey Martinus.
10     Q.  And is that spelled M-A-R-T-I-N-U-S?
11     A.  Yes.
12     Q.  Is Mr. Martinus still with Blue Bank?
13     A.  No.
14     Q.  When did he leave Blue Bank?
15     A.  If I'm not mistaken, it was in May,
16 2017.
17     Q.  Do you know where he is now?
18     A.  In Curaçao, but --
19     Q.  Do you know where he works?
20     A.  No.
21     Q.  Have you ever spoken to Mr. Martinus
22 about the Jorgehane Laboratories' loan?
23     A.  Of all the loans in the portfolio.
24 Not about this specific loan.  We did talk because
25 we checked loan by loan verifying the status of

Page 46

1 each one.
2 Q. So would it have been Mr. Martinus's
3 job to collect documents from Jorgehane
4 Laboratories concerning the loan?
5 A. Correct.
6 Q. And what documents did he -- did he
7 obtain?
8 A. Of what I can remember seeing in the
9 file, the emails that were composed for the opening
10 of the account, a credit analysis that he
11 performed, the recommendation to take this
12 application to the credit committee with a
13 recommendation or without one.
14 Q. That wasn't my question.
15 What documents did Mr. Martinus obtain
16 from Mr. Hané or Hane Laboratories -- or Jorgehane
17 Laboratories?
18 A. He must have requested the reason why
19 he was asking for the loan, purpose of the credit,
20 and the agreement of the terms and conditions.
21 Q. Let me restate.
22 I'm asking did he request -- did he --
23 did Mr. Martinus request tax returns from Jorgehane
24 Laboratories?
25 A. He must have done it.

Page 47

1 Q. Why do you say that he must have done
2 it?
3 A. Because that's -- that's normal
4 procedure for any credit.
5 Q. And how would he have requested it, by
6 email? By phone? What's the method of
7 communication?
8 A. He could have done it through an
9 email, through a phone call. He could have
10 contacted a client and said, in order for me to
11 process your application, I need these documents.
12 He could have done it through an email.
13 Q. So I understand he could have done it
14 those ways, but do you know how he actually did it
15 in this case?
16 A. I believe -- I can't remember
17 exactly -- that there is an email requesting
18 financial statements and the purpose of the credit.
19 Q. There is an email from Mr. Martinus to
20 Mr. Hané?
21 A. I don't know if it's directly
22 requesting it to him or one of the persons that
23 works for him.
24 Q. Fair enough. But I haven't seen that
25 email. So I need a copy of that email sent to me.

Page 48

1 A. Okay.
2 Q. So in Jorgehane Laboratories' credit
3 application file, there are copies of Jorgehane
4 Laboratories' tax returns; correct?
5 A. Yes.
6 Q. For what years?
7 A. If I remember correctly, it's 2013 and
8 2014. And the ones for 2015 were also requested.
9 I mean that's what I seem to remember, because it
10 is a pretty large file.
11 Q. And the tax returns 2013, '14 and
12 possibly 2015, those were analyzed by Mr. Martinus?
13 A. Correct.
14 Q. And those contributed to his decision
15 whether to recommend the loan or not recommend the
16 loan.
17 A. It's part of the information that
18 helps him make the recommendation. But it's not
19 only based exclusively on that information.
20 Q. That wasn't -- I didn't ask if it was
21 the only decision, but it was part of the decision;
22 correct?
23 A. Yes.
24 Q. Does Blue Bank have any reason to
25 believe that the 2013, '14 or '15 tax returns of

Page 49

1 Jorgehane Laboratories contain false information?
2 A. I don't want to say that for sure
3 because it was not my role to determine whether or
4 not the information was false, and I'm not there to
5 determine whether the information is false or not
6 because I have no evidence.
7 Remember, the main function of the
8 managing directors of the bank is that the -- is to
9 guarantee that the credits are granted protecting
10 our clients' best interests and of the
11 stockholders.
12 So we receive the information from the
13 client and we start, I mean, based on the good
14 faith.
15 Q. Okay. Please just answer the
16 questions that I'm asking. I want to keep this
17 moving as quickly as possible.
18 Does Blue Bank have any reason to
19 believe that the 2014 -- 2013, 2014, and 2015 tax
20 returns contained false information?
21 A. I don't know.
22 Q. In this lawsuit, is it Blue Bank's
23 position that the information contained in those
24 tax returns was false?
25 A. The tax returns that were filed at

Page 50

1    that moment were used in the credit analysis, and
2    they contributed to make the decision.
3        So a company that was presenting those
4    tax returns seemed like a company that could be
5    given a credit with the consequences of the
6    ulterior bankruptcy, we couldn't have imagined
7    that.
8        I mean with those tax returns that
9    were filed, not that the information was false, but
10   was the truest possible information.
11       Q.  I think you are overthinking my
12   question.
13       Blue Bank contends in this lawsuit
14   that Mr. Hané made false statements in connection
15   with these loans; correct?
16       A.  Correct.
17       Q.  Were these 2013, 2014 and 2015 tax
18   returns among the false documents that Blue Bank is
19   alleging?
20       It's a yes or no answer.
21       MR. RECOR:  I'll object.  It's not
22   necessarily a yes or no answer.
23       First 2015, there is no evidence that
24   that was ever reviewed by anyone --
25       MR. HOFFMAN:  He said 2015.

Page 51

1        MR. RECOR:  Well, it was reviewed in
2    2015.  I don't know how he completed tax
3    returns in 2015 for that time.
4        The complaint speaks for itself, and
5    the question is beyond the scope that it is
6    a contention interrogatory.
7        THE WITNESS:  What I did say before in
8    my answer was that the tax returns for 2015
9    were checked.  I mean I said they could
10   have been requested from the client.
11       MR. HOFFMAN:  Could you go back to my
12   last question?
13       (Thereupon, a portion of the record
14   was read by the court reporter:
15       "Question: Were these 2013 and 2014 and
16   2015 tax returns among the false documents
17   that Blue Bank is alleging?")
18       THE WITNESS:  We don't have the tax
19   returns for 2015.
20       We do have the ones for 2013 and 2014.
21   BY MR. HOFFMAN:
22       Q.  I don't think that answers the
23   question.
24       I just wanted to know if it is Blue
25   Bank's position that the 2013 and 2014 tax returns

Page 52

1    provided by Mr. -- in connection with the Jorgehane
2    Laboratories' credit application were false.
3        A.  Partially.  The documents, yes,
4    because we don't -- we did not base our decision
5    only -- or exclusively on those documents that he
6    provided, but other documents that he also
7    provided.
8        Q.  You are answering questions that I'm
9    not asking.
10       I just want to know -- and I'm going
11   to ask this all day if I need to, but I just want
12   to know if --
13       A.  And I will keep answering all day long
14   if it's necessary.  And that is part of the
15   information and I cannot answer yes or no.
16       Q.  Okay.
17       So is the answer that Blue Bank does
18   not know whether the 2013 and 2014 tax returns were
19   false?
20       A.  I cannot answer if all the information
21   is false.  It could be partially, because it was
22   based on that that the decision was made.
23       It doesn't correspond -- it doesn't
24   correspond to me to say whether it was false or
25   not.  It's the tax authorities who could say yes or

Page 53

1    no.
2        Q.  Okay.
3        But is it Blue Bank's position that
4    the tax returns were false, the 2013 and 2014 tax
5    returns were false, or does Blue Bank not know
6    whether they contain false information?
7        MR. RECOR:  I'll repeat the same
8    objection, that it's a contention
9    interrogatory.  It's also been asked and
10   answered several times.
11       MR. HOFFMAN:  It actually really
12   hasn't been answered.  I'm really not
13   trying to pull anything here.
14       I just want to know if Blue Bank
15   thinks the tax returns were false.
16       MR. RECOR:  I think you can look at
17   his prior answers and you can look at
18   the --
19       MR. HOFFMAN:  I can have her read
20   since the line of questioning started, but
21   I really don't want to.
22   BY MR. HOFFMAN:
23       Q.  There are multiple statements in the
24   complaint that Mr. Hané provided false information
25   to Blue Bank, and I'm just trying to narrow down

Page 54

1  what that false information was.
2       A.  And we do -- we do keep our position
3  that part of the information that was supplied was
4  not -- was not true information, but I cannot say
5  exclusively that that information were his tax
6  returns.  But there was information that was not
7  true.
8       Q.  Okay.
9            So when you say there was information
10 that was not true, are the tax returns part of the
11 not true information or the stuff that you don't
12 know whether it was true or not?
13      A.  The information in the tax returns
14 could be true, which was the one that was provided,
15 but it did not reflect that it was a company that
16 was in some type of financial problem.
17      Q.  Okay.  I'm going to try one last time.
18 I think that Mr. Hané's 2014 tax
19 returns were 100 percent true.
20            Do you agree with me?
21      A.  That's -- that's what you think and I
22 respect your statement that they are 100 percent
23 true.  But I cannot confirm the same if 100 percent
24 is true.
25            It's not -- it doesn't -- it's not my

Page 55

1  role to say that.  It's the tax authorities who can
2  say that.
3            Blue Bank does think that the
4  information provided by Mr. Hané, not only the tax
5  returns because, I mean, the information that we
6  use to arrive at that decision were not only his
7  tax returns, there was other information that he
8  did not provide, some information that he -- that
9  he had at the time.
10           When you do a credit application, it's
11 important that that company provides all the
12 information about the company.  It was reflected
13 there that it was in many, many countries that had
14 many networks of distribution, that it was a
15 successful product, it was a company that was in
16 constant growth, and that it needed the loan for --
17 as working capital.
18           So based on all the information that
19 he provided, is that we decided that not all the
20 information that he provided was true and correct.
21 He didn't inform us that he had an open case in
22 Colombia because of false marketing, that he had an
23 open case in Colombia.
24           So based on all that information that
25 he provided is that we concluded that he did not

Page 56

1  provide all of the true and correct information.
2  Because he was doing a credit application, it's
3  mandatory that he provides all the information to
4  be true and correct.
5            MR. HOFFMAN:  So I'm going to
6       understand this that he's not willing to
7       answer whether he thinks the tax returns
8       were true or false, or whether he doesn't
9       know?  And I'm not going to conclude
10      today's deposition because I'm going to
11      leave this question open and we'll have to
12      come back to it.
13           MR. RECOR:  I object to that.  And
14      again, asked and answered.
15           If you look through several, several
16      times, he says he doesn't know if they are
17      true or false.
18           MR. HOFFMAN:  Okay.
19 BY MR. HOFFMAN:
20      Q.  Your attorney just said -- so your
21 attorney just said that your testimony was you
22 don't know whether they are true or false.  Is that
23 correct?
24      A.  It's correct.
25      Q.  All right.

Page 57

1       A.  The tax returns.
2       Q.  Tax returns, yes.
3            In addition to tax returns, what other
4  documents did Jorgehane Laboratories Corp. provide
5  to the credit manager?
6       A.  Identification documents, the contact
7  people at his company.  Emails that I mentioned.
8  Emails where he mentioned how successful he was in
9  other countries with his product.
10      Q.  Let's stop here.
11           What forms of identification did he
12 provide?
13      A.  Passports.  And if I remember
14 correctly, there is a driver's license.
15      Q.  Do you have any reason to believe that
16 those documents were not accurate?
17      A.  No.  They were accurate.
18      Q.  You said he provided contact people
19 for individuals at Jorgehane Laboratories; correct?
20      A.  Yes.
21      Q.  How did he provide that?
22      A.  He copied the emails.
23      Q.  Copied emails.
24           Has Blue Bank produced those emails in
25 this case?

Page 58

```
1          A.  I will have to check the file, but I
2     believe so.
3          Q.  Okay.
4              And then the next thing you said after
5     contact people were emails; correct?
6          A.  Correct.
7          Q.  Let's be specific.
8              What emails are you referring to?
9          A.  There is one where he mentions the
10    activity of the company and how successful it was,
11    and the countries where they were present.  And the
12    signatures at the end of the emails that indicate
13    to me the countries where the company is present.
14    And providing information to the credit manager how
15    successful the company was.  It was like a
16    guaranty, I mean, to -- for the approval of the
17    credit.
18         Q.  Okay.
19             So I've received two sets of emails as
20    copies from Blue Bank, and I want to go through
21    them with you.
22             (Thereupon, Defendant's No. 3, 11/5
23             Email, was marked for Identification.)
24    BY MR. HOFFMAN:
25         Q.  What you have in front of you is an
```

Page 59

```
1     email from November 5th.
2          A.  Yes.
3          Q.  And who is that email from?
4          A.  From @jorgehanelaboratories.com.
5          Q.  Why don't you read the email out loud?
6          A.  It's sent to the Director of Blue
7     Bank, Cornelis Rojer, copy Ramsey Martinus, Ricardo
8     Zurlo, Jeffrey Weiss.
9              Says:
10             "Mr. Rojer, through this letter I am
11    requesting a loan for $300,000.  I do
12    accept the 10 percent annual interest with
13    a payment of monthly interest.
14             "You can count on a warranty of this
15    loan, my personal reference.
16             "It is my commitment a minimum first
17    payment of 25 percent of the capital owed
18    so that it can be renewed if I request it.
19    And if I request it, the balance at the end
20    of that period is -- which is one year.
21             "Please let me know when this money is
22    available in my account so that I can make
23    some transfers.  I understand that it would
24    be today or at the latest tomorrow.
25             "Thank you very much.  Regards, Jorge
```

Page 60

```
1     Hané."
2          Q.  Okay.
3              So up until this point, there is -- is
4     it Blue Bank's position that there are any false
5     statements up until this point in the email?
6          MR. RECOR:  Objection as to form.
7     BY MR. HOFFMAN:
8          Q.  He can answer.
9          MR. RECOR:  It's ambiguous at this
10    point.
11         A.  Can you please repeat the question?
12    BY MR. HOFFMAN:
13         Q.  I said up until this point in the
14    email, the muchas gracias point of the email, are
15    there any statements from Mr. Hané that Blue Bank
16    contends are false?
17         A.  Up until this moment?  No.
18         Q.  Okay.
19         A.  Right now here he's talking about my
20    account, and it's actually the company's account.
21             So there are some things that are not
22    exactly precise.
23         Q.  Okay.  Good catch.  Good.
24             (Thereupon, Defendant's No. 4, Email
25             Chain, was marked for Identification.)
```

Page 61

```
1     BY MR. HOFFMAN:
2          Q.  I'm showing you an email conversation
3     with a number of individual emails.  Correct?
4          A.  All right.  Correct.
5          Q.  So the last email in the exhibit, the
6     last email, which is on the last page, this is the
7     first one in time chronologically.
8          A.  This one.
9          Q.  So the first email, then, would be the
10    November 4, 2015 at 8:29 p.m.; correct?
11         A.  Correct.
12         Q.  Why don't you read that email?
13         A.  From jorgehanelab.com, sent Wednesday
14    November 4, 2015, 8:29 p.m.
15             To Cornelis Rojer, copy Ramsey
16    Martinus, Jeffrey Weiss.  So the subject is a
17    certificate of $100,000.
18         MR. RECOR:  You skipped one.
19             So the record is clear -- I know it's
20    an exhibit.
21         MR. HOFFMAN:  It's fine.
22         THE WITNESS:  "Mr. Rojer, through this
23    I am requesting to constitute a certificate
24    of deposit of $100,000 for 30 days.  Later
25    I will give you instructions regarding the
```

Page 62

1    use of these monies.
2        "I appreciate you let me know what is
3    the interest that your bank will pay on
4    this certificate.
5        "Thank you very much.
6        "In regards, Jorge Hané."
7    BY MR. HOFFMAN:
8        Q.  So up until this point of the email,
9    it's fair to say there are no false statements;
10   correct?
11       A.  Correct.  That is by November 4th.
12       Q.  Yeah.
13       A.  Correct.
14       Q.  Turn to the third page, do you see on
15   the bottom 3 of 5?
16       A.  3 of 5.
17       Q.  So there is an email dated -- from
18   j@jorgehanelab -- November 25th, 2015 at 9:07 a.m.
19       Do you see what I'm referring to?
20       A.  Yes.
21       Q.  Can you read that email?
22       A.  From jorgehanelab.com sent on Tuesday,
23   November 5th, 2015 at 9:57 a.m. to Ramsey Martinus
24   and Cornelis Rojer, copy to Ricardo Zurlo and
25   Jeffrey Weiss.  The subject is the $100,000

www.phippsreporting.com
888-811-3408

Page 63

1    certificate.
2        Q.  Okay.
3        A.  Says:
4        "Ramsey, let's do 100,000 30 days with
5    0.35 percent per month.
6        "Were the 300,000 already credited to
7    my account?
8        "In regards, Jorge Hané."
9        Q.  Again, the same question I asked
10   before, up until this point of this email, no false
11   statements; correct?
12       A.  By November 5th, 2015?  No.
13       Q.  And then just on page 1 of 5, all the
14   way at the top, there is an email dated
15   November 5th, 2015, 11:10 a.m.  This one is in
16   English.  You can skip who it's to.
17       It's from j@jorgehanelab.com.  And it
18   states the purpose of the loan -- of loan is
19   working capital.
20       A.  But we don't have the top of this.
21       Q.  You don't have the top.  What do you
22   mean?
23       A.  You see this is the answer, but --
24       Q.  Right.  Okay.  Fair enough.
25       But that portion of the email, you

www.phippsreporting.com
888-811-3408

Page 64

1    have no reason to believe that the loans were not
2    intended for working capital; correct?
3        A.  According to what he states in this
4    email, no.  I mean by this time.
5        Q.  Okay.
6        MR. HOFFMAN:  Maybe we can stipulate
7    to this.  I want to have to go print
8    it out again and clean up the exhibit, but
9    all that's on the top is just the heading.
10   This is the email that's there.  Some
11   reason the exhibit got cut off, but it's
12   the same email.
13       MR. RECOR:  So you want to put on the
14   record that it was sent from Jorge Hané on
15   November 5th at 11:10 a.m. to Ramsey
16   Cornelis at Blue Bank, copy to Ricardo
17   Zurlo and Jeffrey Weiss.
18       MR. HOFFMAN:  Thank you.
19   BY MR. HOFFMAN:
20       Q.  So in the complaint Blue Bank filed
21   against Mr. Hané, there are repeated references to
22   false statements in emails.
23       What are those in reference to?
24       A.  It refers to facts that occurred, I
25   mean, after the reception of the emails.

www.phippsreporting.com
888-811-3408

Page 65

1        Q.  So it's not the emails that I just
2    showed you.
3        A.  By the time that these were received,
4    no.  But for later dates, yes.
5        Q.  So there are emails -- -- strike that.
6        There are additional emails that
7    contain false statements that I have not shown you.
8        A.  So if we analyze these emails with
9    later dates, there is information that does not
10   correspond to what is being said here.
11       Q.  Tell me what.
12       A.  Let's say, for example, that the loan
13   was going to be used for working capital.  That
14   there was going to be a certificate opened up for
15   $100,000 opened up for 30 days, so the money of the
16   certificate was used, and there are the emails that
17   are not here when he said how successful the
18   company and the products that were sold, and that
19   it was present in all these countries that are
20   mentioned here.
21       Q.  Let's take those one at a time.
22       The first thing you said that was
23   false related to whether the loan was going to be
24   used for working capital.
25       A.  Correct.

www.phippsreporting.com
888-811-3408

Page 66

```
 1        Q.  Why do you believe that that statement
 2   is false?
 3        A.  Because all those transfers should
 4   have been made to the company that was going to be
 5   using the working capital.  So working capital, I
 6   mean it is used to generate, I mean what is
 7   understood in the financial world, I use working my
 8   capital to power up my products, power up my
 9   products, and the use of the transfers were made
10   for -- those transfers were made to companies which
11   should explain why it was the purpose -- what was
12   the purpose of that they gave to the use of those
13   monies that were transferred to them as evidence
14   that we brought here today.
15        Q.  So let me make sure I understand.
16           So you are saying there was a false
17   statement because the money was not used for
18   working capital.
19        A.  Correct.
20        Q.  And what is your understanding for
21   what the funds were used for?
22        A.  According to the transfers, it was not
23   used for the intended use.
24        Q.  What transfers are you referring to?
25           MR. RECOR:  He's asking me for the
```

www.phippsreporting.com
888-811-3408

Page 67

```
 1   documents.
 2           I don't know if you want --
 3           MR. HOFFMAN:  Yeah.
 4           MR. RECOR:  -- the transfer documents.
 5           Do you want me to mark it as an
 6   exhibit?
 7           MR. HOFFMAN:  No, let's just look at
 8   it first.  I want to see what document he's
 9   talking about and then we can mark it.
10           THE WITNESS:  Okay.  There is a
11   transfer made to a company by the name of
12   Jorgehane Laboratories Colombia for an
13   amount of $200,000.
14           Since the loan was given as working
15   capital for a company located in Florida,
16   this is a transfer to a company which is
17   based in Colombia.
18   BY MR. HOFFMAN:
19        Q.  Let's stop there.  So just to restate
20   that, tell me if I'm saying something incorrect.
21   Blue Bank's position is that the money
22   was not used for working capital as evidenced by
23   the fact that Jorgehane Laboratories Corp.
24   transferred the money to Jorgehane Laboratories
25   Colombia, SAS; correct?
```

www.phippsreporting.com
888-811-3408

Page 68

```
 1        A.  Not exclusively.
 2        Q.  Not exclusively, but among the
 3   reasons.
 4        A.  Yes.  Because if I request a loan for
 5   working capital, what is correct by the person who
 6   is requesting the loan from the bank is the
 7   guaranty they use the resources that were requested
 8   are used as working capital.
 9           And according to what happened in the
10   company, I mean in the short-term, it is evidence
11   that the capital was not used, or the money was not
12   used for the purpose that was intended.
13        Q.  Fair enough.
14           So do you know what a subsidiary is?
15        A.  Yes.
16        Q.  And what's your understanding of what
17   that is?
18        A.  The company -- well, not necessarily
19   even though they have the same name, they are
20   subsidiaries.
21        Q.  That was my question.  I just wanted
22   to know what a subsidiary is, or what his
23   understanding of what a subsidiary is.
24        A.  The companies that are established, I
25   mean companies that belong to a group, these
```

www.phippsreporting.com
888-811-3408

Page 69

```
 1   companies are established in other countries and
 2   somehow they have a relationship, I mean based on
 3   stock or the products that are manufactured.  And
 4   it's important that the bank are notified.
 5           You are asking me what subsidiaries
 6   are.
 7        Q.  Yeah.  We can stop.  Let me rephrase.
 8   I don't want to be too open-ended.
 9           Are you aware that Jorgehane
10   Laboratories Colombia, SAS is wholly-owned by
11   Jorgehane Laboratories Corp.?
12        A.  I did not have that knowledge.
13        Q.  If that were true, and the Blue
14   Bank -- the $200,000 from Blue Bank were used by
15   Jorgehane Laboratories Colombia, which is
16   wholly-owned by Jorgehane Laboratories, would it
17   change your position that the money was not used
18   for working capital?
19        A.  It was not -- that's not what was
20   informed to the bank, that this money was going to
21   be used by the subsidiary, and not all the names of
22   the subsidiaries that they had were provided.
23        Q.  Other than the $200,000 wire -- let's
24   just go ahead and mark that transfer document as
25   No. 5.
```

www.phippsreporting.com
888-811-3408

Page 70

1        (Thereupon, Defendant's No. 5,
2    $200,000 Wire Transfer Document, was marked
3    for Identification.)
4    BY MR. HOFFMAN:
5        Q.  Other than the $200,000 wire we just
6    talked about, what other -- you got to let me
7    finish.
8        A.  I'm sorry.  It was a transfer?
9        Q.  I've got to start over now.
10       Other than the $200,000 wire reflected
11   in Exhibit 5, what other evidence is Blue Bank
12   relying on in stating that the loan was not used
13   for working capital?
14       A.  We are not only basing it on the
15   confirmation that it was not going to be used as
16   working capital, but also the information that was
17   provided, I mean their presence in other countries,
18   how successful the product was.
19       Q.  Let me cut you off.  You have to
20   answer my question.  I wasn't asking you about
21   that.  I'm trying to focus on the working capital
22   position.
23       Other than the $200,000 wire reflected
24   in Exhibit 5, why else does Blue Bank think that
25   the loan was not intended to be used for working

Page 71

1    capital?
2        A.  The working capital has to pay for
3    suppliers, has to pay for merchandise, has to pay
4    in order to produce, because their credit
5    application is made on -- is based on that it's
6    going to be invested in based on its good faith.
7        The bank grants them the credit;
8    right?  Of course just remember that we have to
9    analyze the information that is provided to us.  It
10   has to be true and correct information.  And all
11   the money must be used for the purpose that appears
12   in the application.
13       Q.  Is that -- is that contained -- is
14   that part of the loan documents, to your
15   understanding?
16       A.  You mean --
17       Q.  Let me rephrase.
18       Is there anything in the loan
19   documents that you are aware of that requires the
20   funds be used for the purpose stated in the loan
21   application?
22       A.  Yes.  In the -- it is stated on a
23   commitment letter that -- in a letter that was sent
24   by the credit manager in that email, he's
25   requesting the purpose for what the funds are

Page 72

1    intended so that he can put it on the commitment
2    letter.
3        And that commitment letter, besides
4    the purpose of the credit, are all the terms and
5    conditions in order to grant the loan.  And the
6    commitment on behalf of the client, what is the --
7    how they intend to pay back the loan.
8        MR. HOFFMAN:  Off the record for a
9    second.
10       (Whereupon, a short break was taken
11   and, upon reconvening, the following
12   proceedings were had:)
13       (Whereupon, Interpreter Edgar Chacon
14   withdrew from the room and was replaced by
15   Interpreter Gustavo Lairet.)
16       THE COURT REPORTER:  Raise your right
17   hand, please.
18       Do you solemnly swear to interpret
19   from English to Spanish and from Spanish to
20   English to the best of your ability?
21       THE INTERPRETER:  I do.
22       MR. HOFFMAN:  Can you read back the
23   last question and answer?
24       (Thereupon, a portion of the record
25   was read by the court reporter:

Page 73

1        "Question:  Is there anything in the
2    loan documents that you are aware of that
3    requires the funds be used for the purpose
4    stated in the loan application?
5        "Answer:  Yes.  In the -- it is stated
6    on a commitment letter that -- in a letter
7    that was sent by the credit manager in that
8    email, he's requesting the purpose for what
9    the funds are intended so that he can put
10   it on the commitment letter.
11       And that commitment letter, besides
12   the purpose of the credit, are all the
13   terms and conditions in order to grant the
14   loan.  And the commitment on behalf of the
15   client, what is the -- how they intend to
16   pay back the loan.")
17   BY MR. HOFFMAN:
18       Q.  Okay.  So let's just circle back.
19       In terms of the false statements that
20   Blue Bank alleges Mr. Hané made in connection with
21   the loans, you've talked about the working capital
22   representation, and I think that's all.
23       What other false representations did
24   Mr. Hané make?
25       A.  When I reviewed the credit file, it

Page 74

1    reflects the different documents that were obtained
2    through the internet about the companies of the
3    group Jorge Hané, the ones that were successful and
4    the expectations that the company had about the
5    near future.  And they reflect constantly the
6    growth of the product that they are producing.
7            Q.  Okay.
8                And these were internet searches
9    conducted by the credit manager?
10           A.  Within the procedures of following the
11   companies, it is included or contemplated that you
12   should do a followup of information through the
13   web.
14           Q.  So I just want to understand the
15   process.
16               So Mr. Hané and Jorgehane Laboratories
17   asked for a loan, they submit the credit
18   application, and then Blue Bank goes onto the
19   internet to see if everything matches up.
20           A.  The argument or the question they are
21   saying is partially correct.  It's not exclusively
22   on the internet, but also the documents that the
23   client provides us and the tools that the credit
24   manager has to analyze.
25           Q.  Okay.

www.phippsreporting.com
888-811-3408

Page 75

1            A.  And the members of the credit
2    committee.
3            Q.  I didn't ask if it was exclusively.
4            A.  My apologies.  I understood that it
5    was exclusively.
6            Q.  Don't worry about it.
7                I just -- I'm just trying to figure
8    out the process, because you indicated that there
9    were false statements on the internet.
10               So is it correct to say that, as part
11   of his review of the application, the credit
12   manager went onto the internet and searched or
13   tried to verify the facts about Mr. Hané and the
14   company?
15           A.  The search, they are not only done
16   through the placing the search of the name, but
17   also the emails, the companies, and the information
18   provided by the client that indicates that they
19   were promoting the product.
20           Q.  I don't understand.
21               Do you know what websites Blue Bank
22   looked at in connection with the internet research
23   portion of the credit process?
24           A.  I cannot recall all of them.  And I
25   didn't do the search either, but I recall that I

www.phippsreporting.com
888-811-3408

Page 76

1    read in the file one that says jorgehanelab.com.
2            Q.  Okay.
3                So -- so your assumption is that the
4    credit manager went to that website.
5            A.  Looking in my hands the documents,
6    yes.
7            Q.  You don't know that personally, but
8    since the document was in the file, that's your
9    assumption.
10           A.  It is correct.
11           Q.  And to the best of your knowledge,
12   what does Blue Bank claim was false on the
13   jorgehanelab.com website?
14               MR. RECOR:  I'll object to -- it's a
15   contention interrogatories.
16               To the extent you know personally, you
17   can answer that.
18           A.  Okay.  It's not exclusively that web
19   page.
20   BY MR. HOFFMAN:
21           Q.  Let's take a step back.
22               Nothing that I ask you today do I want
23   an answer about exclusively.  Unless I ask for
24   something to be exclusive, assume that it's not.
25               So I just want to know, you had

www.phippsreporting.com
888-811-3408

Page 77

1    mentioned as one of the items -- you had mentioned
2    as one of the false statements the jorgehanelab.com
3    website, and I just want to know what those false
4    statements were.
5            A.  That it is a successful business in
6    more than 100 countries with more than
7    30,000 points of sales, and a business that is
8    improving and constantly producing new products and
9    renovating itself, guarantying the consumers, or
10   the possible potential consumers, that product,
11   that it is a business that they can feel secure or
12   safe that the product that they are marketing is of
13   excellent quality.
14           Q.  And which of those statements are
15   false?
16           A.  That it is a successful business.  It
17   had a case that was pending -- or it was in the
18   process in Colombia that was being processed of
19   false advertising or deceiving advertising, one of
20   the affiliates.
21               So I think it's important so that you
22   can measure the risk that you are assuming that
23   when all the affiliates in the group are in a good
24   financial situation that allows us as a bank to
25   grant the credit or not.

www.phippsreporting.com
888-811-3408

Page 78

1    Q.  Okay.
2        So at any point that you are aware of,
3    did Mr. Hané tell anybody at Blue Bank go check out
4    my website to see how healthy my company is?
5        A.  It is something that is not
6    necessarily that the client requests to us because
7    it is a procedure for all and each one of the
8    bank's clients that request a credit.
9        Q.  So it's not like Mr. Hané comes to
10   Blue Bank and says, look at my website.  Instead
11   it's that he applies for credit, and as part of
12   your procedures, you check out his website.
13       A.  Together with the other documentation.
14       Q.  Not exclusively.
15       A.  And it is important to mention --
16       Q.  No.  Let me just ask questions.
17       A.  It is part of the answer.
18       Q.  I think my question has been answered
19   already.  Let me ask my next question.
20       A.  I would like to continue.  It is
21   important.
22       Q.  But your attorney can ask you later.
23       So we talked about the false statement
24   regarding working capital which Blue Bank alleges,
25   we've talked about the internet.

Page 79

1        Are there any other false statements
2    that Blue Bank contends Mr. Hané made?
3        A.  We were not given the information or
4    provided the information that the company in
5    Colombia was being under an investigation by the
6    authorities of that country.
7        Q.  Is this -- which company in Colombia
8    are you talking about?
9        A.  I don't recall the exact name of the
10   company, but -- it is one that declared bankruptcy,
11   but it is one of the companies that belongs to the
12   group.
13       Q.  Is it the Jorgehane Laboratories
14   Colombia, SAS; that one?
15       A.  If I'm not mistaken, yes.
16       Q.  All right.
17       That's the same company that Blue Bank
18   took issue with receiving money from the loan.
19       A.  The client is responsible of
20   transferring that money, not us.
21       Q.  Right.
22       But I just -- earlier when we were
23   talking about working capital, you stated that, as
24   an example of Mr. Hané misusing the loan funds,
25   that he transferred money to Jorgehane Laboratories

Page 80

1    Colombia, SAS.
2        A.  And also to the company
3    Reducefatfast.com, LLC.
4        Q.  That wasn't my question.
5        Remember we had a whole conversation
6    about the $200,000 wire?
7        A.  Yes.
8        Q.  So the same company you are saying he
9    made the false statements about is the same company
10   that received the $200,000 wire.
11       A.  And we don't have any type of
12   verification or guaranty how the money was used and
13   if it was for working capital.
14       Q.  I just wanted to know if it was the
15   same company.
16       A.  If we're going to evaluate this as an
17   affiliate, that's what you are saying, you have to
18   provide us with all the information about that
19   affiliate.
20       Q.  That wasn't my question.
21       A.  That is my inquiry.  That's what I'm
22   concerned about.
23       Q.  I ask questions.  You answer
24   questions.
25       I just wanted to --

Page 81

1        A.  You can.  That's fine.
2        Q.  I just wanted to make sure it was
3    the -- that we're talking about the same company.
4        A.  Yes.
5        Q.  Was there anywhere in writing that
6    Mr. Hané stated that his company was not under
7    investigation by any government?
8        A.  Can you repeat the question?
9        MR. HOFFMAN:  You can read it.
10       (Thereupon, a portion of the record
11   was read by the court reporter:
12       "Question:  Was there anywhere in
13       writing that Mr. Hané stated that his
14       company was not under investigation by any
15       government?")
16       A.  Not that I recall, but he didn't state
17   it to the bank either.
18   BY MR. HOFFMAN:
19       Q.  In what document should Mr. Hané have
20   stated?
21       A.  When you do a credit application, it
22   is important to provide all the information about
23   his businesses and the affiliate businesses.
24       Q.  Did Mr. Hané sign a credit
25   application?

Page 82

```
1        A.  He sent an email, electronic email
2   with the application.  And I don't recall if the
3   file has any signature.
4        MR. RECOR:  Do you have the
5        application?
6        MR. HOFFMAN:  I had a credit
7   application which was not prepared by him,
8   though.
9        Okay.  Let's just get to that now
10  then.
11       (Thereupon, Defendant's No. 6, Credit
12   Application, was marked for
13   Identification.)
14  BY MR. HOFFMAN:
15       Q.  I'm showing you what's been marked as
16  Exhibit 6, which on the top states "credit
17  application."
18       When you were making references to a
19  credit application before, is Exhibit 6 what you
20  were referring to?
21       A.  No.
22       Q.  Then what were you referring to?
23       A.  The credit application is another
24  document.  This is an internal document.
25       The credit application is when the
```

Page 84

```
1        Q.  The email that you were just referring
2   to, was that Exhibit 3?
3        A.  Can I see it?
4        Yes.
5        Q.  Other than what's stated in Exhibit 3,
6   did Mr. Hané furnish any other information in
7   writing to Blue Bank?
8        A.  Yes.
9        Q.  What is that?
10       A.  He didn't provide the information, but
11  he ratified with his signature in the commitment
12  letter where he commits to notify the bank against
13  any legal procedure against him or his business.
14  And, in this case, it's a credit to a business.
15  And he has to notify us because he can compromise
16  the credit.
17       Q.  Okay.
18       Is that a reference to the commitment
19  letter?
20       A.  Yes.
21       Q.  Aside from the commitment letter, were
22  there any other -- well, strike that.
23       Aside from Exhibit 3 and the
24  commitment letter, were there any other documents
25  furnished to Blue Bank which were false?
```

Page 83

```
1   client expresses that he wants a credit to be given
2   to him by the bank.
3        Q.  Is there a form that he fills out?
4        A.  Not that I recall.
5        Q.  So that the client credit application
6   could be verbal.
7        A.  It should be in writing.
8        Q.  Okay.
9        Is this one in writing, Mr. Hané's in
10  writing?
11       A.  I remember that there is an email
12  where he requests and he indicates if he's in
13  agreement with the credit and the terms.
14       Q.  I have not seen that email.
15       Did you see that email when you were
16  preparing for today's meeting?
17       A.  I think I saw it this morning where it
18  talks about the interest rate and that he can give
19  a personal guaranty.  This credit application is
20  the one that's prepared by the credit manager.
21       MR. HOFFMAN:  Off the record for a
22  second.
23       (Whereupon, an off-the-record
24  discussion was had:)
25  BY MR. HOFFMAN:
```

Page 85

```
1        A.  The commitment letter in this exhibit
2   and the information that he gave us about his
3   products.
4        Q.  Okay.
5        Where is that contained in writing?
6        A.  If I'm not mistaken, there is an email
7   where he notifies us about the products and how
8   successful the business is.
9        I can verify -- I can review --
10       Q.  I'll stop -- I'll wait here.
11       What are you talking about?
12       MR. RECOR:  Do you want me to show
13  him?
14       MR. HOFFMAN:  The only emails --
15       MR. RECOR:  I don't want to coach him,
16  but --
17       MR. HOFFMAN:  The only emails that I
18  have are the ones that I've shown.  So I
19  just want to know what he's talking about.
20  Let's let him find it.
21       MR. RECOR:  I think what he's talking
22  about is not in front of him, but it was
23  produced to you.
24       MR. HOFFMAN:  There was a different
25  document that was produced?
```

Page 86

1    MR. RECOR:  Right.
2    MR. HOFFMAN:  That was furnished to
3  Blue Bank?  All right.  Let's see it.
4    MR. RECOR:  Well, let me ask him if
5  this is what it is.
6    MR. HOFFMAN:  Let me just see what it
7  is.  Okay.
8    This was in -- where was that
9  produced?
10    MR. RECOR:  It's in the drop box.
11    MR. HOFFMAN:  Not in the BBI emails in
12  the drop box.
13    Okay, let's -- back one second.
14    (Whereupon, a short break was taken
15  and, upon reconvening, the following
16  proceedings were had:)
17    MR. HOFFMAN:  Let's mark this as
18  Exhibit 7.
19    (Thereupon, Defendant's No. 7, Emails,
20  was marked for Identification.)
21    MR. RECOR:  It has my email because I
22  printed it from my drop box.
23    MR. HOFFMAN:  Do you have a second
24  copy of that?
25    MR. RECOR:  That's the only one I

Page 87

1    have.
2    MR. HOFFMAN:  We'll have to pass it
3  back and forth.
4    MR. RECOR:  Do you want to make a copy
5  of it?
6    MR. HOFFMAN:  I probably should.
7    (Off the record.)
8  BY MR. HOFFMAN:
9    Q.  I'm going to be handing you what's
10  been marked as Exhibit 7.  This has two emails on
11  it.  On the bottom of the page it references an
12  email on October 29, 2015 at 1:23 p.m. from
13  j@jorgehanelab to Nelson Mezerhane.
14    A.  Correct.
15    Q.  Can you read that email for me?
16    A.  As you previously indicated, from
17  jorgehanelab to Nelson Mezerhane with a copy to
18  Violy McCausland, and it says:
19    "Hello, Nelson.  I'm sending you more
20  information about Jorgehane Laboratories
21  and Jorge Hané.  A hug.  Jorge."
22    Q.  And is this one of the emails that --
23  or one of the written documents that Blue Bank is
24  asserting was falsely provided by Mr. Hané?
25    A.  Yes.  Yes.

Page 88

1    Q.  Okay.
2    If I'm correct, you testified earlier
3  that Nelson Mezerhane is not a member of Blue Bank.
4    A.  Correct.
5    Q.  Who is Violy McCausland?
6    A.  I don't know who it is.
7    What I can see is that it is one of
8  the beneficiaries of the wire transfers that was
9  sent by Jorge, the company of Jorge Hané.  But I
10  don't know who it is.
11    Q.  Okay.
12    And page 2 of Exhibit 7 about
13  Jorgehane Laboratories --
14    A.  Correct.
15    Q.  -- you can take some time to read it.
16    I want to know what do you believe is
17  false on this page?
18    A.  As I indicated before, this is the web
19  page that I was referring to and that contains
20  information that is not 100 percent true.
21    One of the pages, one of the
22  information, if we read carefully the email, it
23  indicates that it's been sold in more than 35 --
24  no, 45,000 pharmacies in Latin American countries,
25  Argentina, Colombia, Peru, Costa Rica, Honduras,

Page 89

1    Nicaragua, Panama, Guatemala, El Salvador.
2    Q.  What information does Blue Bank have
3  to indicate that's not true?
4    A.  If the information is true or correct,
5  this transmits to me or gives me the information
6  that this is a healthy company, and that is what
7  I'm concerned in order to evaluate the credit.
8    Q.  So in Blue Bank's opinion, because the
9  company went out of business, that shows that this
10  information in Exhibit 7 was false.
11    MR. RECOR:  Object.  It's a contention
12  interrogatory.  But you can answer.
13    A.  Let me explain to you once more.
14    We are not basing it exclusively in
15  this type of email.  We cannot conclude, but it is
16  part of the information that was received that is
17  provided to the bank in order to evaluate the
18  credit.
19    And here it states that it is in
20  countries like Colombia, for example, that it is
21  true, but Mr. Jorge Hané did not mention that the
22  company was in the process of an investigation by
23  the authorities for false advertising.
24    And if you read this information, what
25  is showing or transmitting, that it is a company

Page 90

1    that is not -- I cannot conclude that this company
2    is close to having any type of financial problems.
3    That was only known by the person that was sending
4    the information.
5    BY MR. HOFFMAN:
6         Q.   Let me follow up on that.
7              Going back to page 1 of Exhibit 7, so
8    this was an email from Mr. Hané to Nelson
9    Mezerhane; correct?
10        A.   Correct.
11        Q.   And Blue Bank is considering that the
12   equivalence of information furnished to Blue Bank.
13        A.   Information that can help us to
14   evaluate the credit, yes.
15        Q.   So when Mr. Hané sends information to
16   Mr. Mezerhane, that's to help Blue Bank make its
17   decision whether to loan money.
18        A.   No.
19        Q.   Then why are we talking about this
20   email?
21        A.   Because it's not that it was sent to
22   Mr. Mezerhane.
23             It's because it helps us as part of
24   the credit file.
25        Q.   My original question that got us

Page 91

1    talking about this email was what written documents
2    were furnished by Mr. Hané to Blue Bank that were
3    false?
4              You told me -- correct me if I'm
5    wrong -- that the working capital representation,
6    the email in Exhibit 3.
7         A.   Correct.
8         Q.   The commitment letter, and Exhibit 7.
9         A.   And other additional information.
10        Q.   Well, let's -- we'll get to the
11   additional information.
12             Do you consider the email contained in
13   Exhibit 7 from --
14        A.   Correct.
15        Q.   -- information -- strike that.
16             Do you consider Mr. Hané's email on
17   October 29, 2015 to Nelson Mezerhane email
18   furnished -- information furnished to Blue Bank for
19   the purpose of considering the loan?
20        A.   Part of the information.
21        Q.   I'm not asking if it's the only
22   information.
23             I just want to know if this email is
24   one of the items that Blue Bank relied on in making
25   its decision to loan money.

Page 92

1         A.   Not based on that email.  The decision
2    was not made based on the email.
3         Q.   Was the email a part of the
4    decisionmaking process?
5         A.   Yes.
6         Q.   Okay.
7              So the email from Mr. Hané to Nelson
8    Mezerhane was part of Blue Bank's due diligence?
9         A.   Not necessarily, because it is in the
10   file.  I cannot confirm that.
11             Remember that I was not there at the
12   time.
13        Q.   I'm aware of that.  But you are here
14   today testifying for Blue Bank.
15             You understand that; right?
16        A.   Perfectly.
17        Q.   And Blue Bank has alleged that
18   Mr. Hané provided false written statements to Blue
19   Bank in order to get the loan.  You are aware of
20   that?
21        A.   Correct.
22        Q.   Is Exhibit 7 one of those false
23   documents?
24        A.   Of course, yes.
25        Q.   Okay.  Good.

Page 93

1              So when Mr. Mezerhane received this
2    email, he received it on behalf of Blue Bank.
3         A.   No.
4         Q.   What am I missing here?  How are the
5    last two things you just said possible at the same
6    time?  And let me put a finer point on it.
7              How could an email not sent to Blue
8    Bank be part of Blue Bank's decisionmaking?
9         A.   Let me put it this way.
10             When you use a banking reference, it
11   doesn't necessarily mean that the other bank is
12   basing it on the information that it received.  The
13   information helps or assists.
14             This is not a process where you can
15   evaluate evidence, No. 1, No. 2, No. 3.  It is a
16   process of credit approval.  It's not being done by
17   Mr. Mezerhane.  It's by the directors and the
18   people that work in the bank that are required --
19   this is a responsibility to guaranty to the
20   governing or regulators that you do the due
21   diligence in order to approve the credit in order
22   to compromise the resources or the funds of our
23   clients.
24             And in that condition, this is why I'm
25   here today defending the interests of my clients of

Page 94

1  Blue Bank representing Blue Bank.
2       Q.  I get it.  And I don't want to be here
3  all day.
4       A.  If that's necessary.  I'm really
5  interested in this because it is important to
6  clarify this.
7       Q.  I'm with you.  We're on the same page.
8       A.  And that's why I travel from Curaçao
9  especially for this appointment.
10      Q.  I hope you enjoy your time in Miami,
11  but let's go through this.
12          I just need to know so I can prepare
13  for trial, is this one of the false emails that
14  Blue Bank is claiming Mr. Hané provided in order to
15  obtain a loan?
16      A.  That and several information that he
17  omitted.
18      Q.  I didn't ask about that.  I'm asking
19  about this email, Exhibit 7 only.
20      A.  I'm helping you prepare for the case.
21      Q.  No.
22          I just want to know, is this one of
23  the emails -- when I say "this," I mean
24  Exhibit 7 -- that Blue Bank is relying on when it
25  claims that Mr. Hané furnished false statements in

Page 95

1  order to obtain a loan?
2       A.  That one and other emails and
3  information.
4          MR. HOFFMAN:  We're getting to the
5  point that this is nonresponsive.
6          I just need to know --
7          MR. RECOR:  He's told you yes and
8  something else.
9          What else do you want?
10  BY MR. HOFFMAN:
11      Q.  So the answer -- without the something
12  else, is the answer yes?
13          I understand that there were other
14  things relied on.
15          Just yes or no, is this one of the
16  items?
17      A.  Yes.
18      Q.  Okay.
19          If you look at Exhibit 7 on the top,
20  you see Nelson Mezerhane forwarded the email to
21  Jaime Castillo.
22          I believe you testified earlier that
23  in 2015, Mr. Castillo was not part of Blue Bank.
24  Is that correct?
25      A.  It is not correct.

Page 96

1       Q.  What was Mr. Castillo's position with
2  Blue Bank in 2015?
3       A.  He didn't have any position at Blue
4  Bank, Mr. Castillo.
5          Now he's part currently of the credit
6  committee.
7       Q.  But in 2015, he was not.
8       A.  I'm going to talk now on a personal
9  basis so that I can explain.
10          Blue Bank, like the other offshore
11  banks that are located in Curaçao, they have people
12  that send clients, and they have also computer
13  sites that provide information, the legal
14  department that provide assistance like Brian, and
15  that doesn't mean that they are part of the bank.
16      Q.  So they provide assistance to the
17  bank.
18      A.  Or they provide information or they
19  remit said clients to see if they can qualify
20  through Blue Bank or not.
21          At no time this implies that they are
22  going to make a decision to approve the credit.  We
23  don't have the responsibility to approve the
24  credit.
25      Q.  Okay.

Page 97

1       A.  In accordance with the people that are
2  legally authorized by the supervisory of the
3  regulators, their procedures, they are perfectly or
4  clearly established.  And it's not based in the
5  decision of the people that provide us with
6  information.
7       Q.  Are those procedures in writing?
8       A.  Yes.
9       Q.  And those procedures come from the
10  government of Curaçao?
11      A.  The procedures are prepared based on
12  the norms and regulations of the regulating
13  institution.
14      Q.  But who prepares them?
15      A.  It is prepared by the bank, and it is
16  reviewed by the internal auditors and the external
17  auditors also and by the Central Bank.
18      Q.  I don't believe I have a copy of those
19  procedures, but I believe they were requested.  So
20  I'm going to reiterate that request, that I do need
21  a copy of those procedures.
22          MR. RECOR:  Do you want to take a
23  break and discuss that?
24          MR. HOFFMAN:  Sure.
25          Go off for a second.

Page 98

```
 1              (Whereupon, an off-the-record
 2       discussion was had:)
 3   BY MR. HOFFMAN:
 4       Q.  So my last -- I think the last thing
 5   that was on the record is me requesting a copy of
 6   whatever those internal procedures are.
 7       A.  I'm going to check them and I will
 8   give them to you.
 9       Q.  I appreciate that.  And I recognize
10   we're under confidentiality.  So I'm not going to
11   do anything with them.
12          MR. RECOR:  During the break, my
13       understanding is that they are available
14       online at the public website for the
15       Central Bank of Curaçao.
16          If there is something different, which
17       is new information to me, then we'll look
18       into that and get back to you.
19          MR. HOFFMAN:  He testified that they
20       were prepared inhouse.
21          MR. RECOR:  I understand.
22   BY MR. HOFFMAN:
23       Q.  Are you aware if Jaime Castillo was
24   aware that Jorge Hané Colombia was under
25   investigation?
```

Page 99

```
 1       A.  No, not as far as I know.
 2       Q.  No, you don't know, or no, he didn't
 3   know?
 4       A.  I cannot answer on behalf of
 5   Mr. Castillo.
 6       Q.  So you don't know.
 7       A.  I don't know.
 8       Q.  Do you know if Nelson J. Mezerhane
 9   knew that Mr. Hané's Colombian entity was under
10   investigation?
11       A.  I cannot respond either for
12   Mr. Mezerhane, but I assume that he didn't know
13   because we are not going to give a credit to a
14   person that has financial problems.
15       Q.  But you are aware that Coltefinanciera
16   as of October of 2015 had existing loans to Mr.
17   Hané's Colombian entity; right?
18       A.  I read it yesterday.
19       Q.  That was the first time you became
20   aware of that?
21       A.  I heard about it, but I didn't have
22   the documents or the amounts.
23       Q.  Okay.
24          The credit application, No. 6?
25       A.  Yes.
```

Page 100

```
 1       Q.  So I'm now making reference to
 2   Exhibit 6 which is titled Credit Application.
 3          Do you have that in front of you?
 4       A.  Yes, sir.
 5       Q.  Who prepared this credit application?
 6       A.  As indicated there, the author is
 7   Mr. Ramsey Martinus.
 8       Q.  So if you look to the right of Mr.
 9   Martinus's name, you see a credit application date
10   of November 3rd, 2015, and a revision date of
11   December 1st, 2016.
12          Do you see what I'm referring to?
13       A.  Yes, sir.
14       Q.  Do you know why this credit
15   application was revised?
16       A.  It is the normal procedure that
17   indicates the date where the credits are going to
18   be reviewed, the complete documentation.  That
19   doesn't mean that you don't do a followup during
20   the year.
21       Q.  Okay.
22          So if I'm correct, the loan was issued
23   in the first week of November 2015; is that
24   correct?
25       A.  Was reviewed.
```

Page 101

```
 1       Q.  Not reviewed.
 2          I'm talking about the loan, not the
 3   credit application.
 4          The money was provided in early
 5   November; correct?
 6       A.  I would have to check when it was
 7   credited to the account to give you an exact date.
 8       Q.  But what you are saying it's possible
 9   -- strike that.
10          You are saying it would be normal for
11   this credit application to be revised even after
12   the loan is issued.
13       A.  It is correct.
14       Q.  Are you aware if there is an earlier
15   version of this credit application in Blue Bank's
16   file?
17       A.  Not as far as I can recall.
18       Q.  So when you looked through Blue Bank's
19   file -- I'm sorry, take a step back.  I was asking
20   that incorrectly.
21          So this revision occurred more than a
22   year after the loan was issued.
23       A.  It is not correct.
24       Q.  Well it was revised -- the revision
25   date is December 1st, 2016.
```

Page 102

1   A.  The credit was requested on
2   November 3rd, and the credit manager indicates that
3   it's going to be reviewed again on December -- in
4   December, 2016.
5       Q.  So your testimony is this was prepared
6   -- strike that.
7       So your testimony is that the version
8   that's Exhibit 6 is the one -- was the one prepared
9   on November 3rd, 2015.
10      A.  That is in the file.
11      Q.  Is that a yes?
12      A.  I don't know.  I don't remember if
13  there is another one, but this could be.
14      Q.  I'm just trying to get what the date
15  of this credit application.
16      Is the credit application date
17  November 3rd, 2015?
18      A.  Yes.
19      Q.  Okay.
20      Turn to page 2 of Exhibit 6.  You see
21  under account relationship experience, which is the
22  third bolded paragraph, it states:
23      "This is a new relationship strongly
24      recommended by our head office in Miami."
25      Who is the head office in Miami?

Page 103

1   A.  We don't have a main office here.
2   It's only in Curaçao.
3       Q.  So what does this mean?
4       A.  It's the head office of the Mezerhane
5   group.
6       Q.  So it's a reference to Mr. Castillo
7   and Mr. Mezerhane; correct?
8       A.  Not necessarily both of them.  It
9   could also be another one of the directors that is
10  present in Miami.
11      Q.  Who is that?
12      A.  At the time I don't know who were the
13  persons that were members of the group.
14      Remember that I was not there in 2015,
15  and it doesn't mention here who recommended him.
16  And it is a recommendation.
17      Q.  So there is nothing in the file that
18  indicates who in Miami strongly recommended the
19  loan?
20      A.  Not that I recall.
21      Q.  We reviewed earlier an email from
22  Mr. Castillo introducing Mr. Hané.
23      Do you recall?
24      A.  Yes.
25      Q.  Isn't it likely that that's what this

Page 104

1   is referring to?
2       A.  I don't know.
3       Q.  And then just turn to the second to
4   last page of the exhibit.
5       Do you see "recommendation" in the
6   middle?
7       "Credit is highly being recommended by
8       head office in Miami based on client's
9       weight loss products in the market for
10      years."
11      A.  Correct.
12      Q.  Again, you don't know who the head
13  office in Miami is a reference to?
14      A.  Not that I recall or that I know.  And
15  I repeat again, it is a recommendation.
16      For example, I can recommend Apple as
17  a successful company in the world of computing, of
18  technology.  That doesn't mean that if Apple is
19  providing false information, it means that I'm
20  doing it to try to cheat the bank.
21      Q.  Okay.
22      Are you aware that Mr. Mezerhane was
23  formally a personal friend of Mr. Hané?
24      A.  Not as far as I know.
25      Q.  You didn't know that?

Page 105

1   A.  No.  Not that I recall.
2       Q.  Couple of more questions on this
3   document.
4       The interest rate charge was 10
5   percent; is that correct?  It may not be on this
6   document.
7       A.  Yes, it is.  10 percent.
8       Q.  Okay.
9       How did Blue Bank come up with the 10
10  percent interest rate?
11      A.  The decision of how this interest rate
12  was reached, I don't personally know the
13  information.  I don't know the rates of interest
14  that were in the market at the time of this loan,
15  but it is an interest rate that is not outside of
16  the market.
17      Q.  That was my next question.
18      Do you consider this a high interest
19  rate for the type of loan being provided?
20      A.  No.  No.
21      Q.  What about that the loan had a
22  one-year --
23      A.  Not because of the risk that you are
24  assuming.
25      Q.  The loan had a maturity date of

Page 106

1    **November 4, 2016; correct?**
2        A.  Where can I see that?
3           Okay.  Yes.
4        **Q.  Is that -- strike that.**
5           **Is a one-year loan typical for loans**
6    **of this type?**
7        A.  Yes.
8        **Q.  Are you aware if the credit**
9    **application was ever shown to Mr. Hané?**
10       A.  No.  It's for the internal use of the
11   bank.  It is not a document that is shown to the
12   clients.
13       **Q.  Just for the record, I see he's**
14   **reading the document in English.  So he can read**
15   **English; correct?  Because if not, we can have it**
16   **translated.**
17       A.  My native tongue is Spanish.  I prefer
18   to have the assistance of the interpreter.
19           MR. RECOR:  Let me just state for the
20           record that Exhibit 8 is not the full
21           document as it seems it doesn't include the
22           terms and references -- terms and
23           conditions or the personal guaranty that's
24           at issue.
25           MR. HOFFMAN:  I have a separate --

www.phippsreporting.com
888-811-3408

Page 107

1    this is what I printed out from the drop
2    box.  And I have a contract suretyship as a
3    separate document.
4        Do you have a complete copy there?
5        MR. RECOR:  It's in this --
6        MR. HOFFMAN:  What was given to me
7    today?
8        MR. RECOR:  Yes.  And that document at
9    the end references that it incorporates the
10   guaranty and the general terms and
11   conditions.
12       MR. HOFFMAN:  This is a problem
13   because I'm getting this --
14       MR. RECOR:  I assure you have the
15   general terms and conditions, which I think
16   are actually an exhibit to the first
17   amended complaint.
18       MR. HOFFMAN:  No, I don't think you
19   attached any exhibits to -- this is a
20   21-page document.  There is nothing
21   attached to the complaint.
22       MR. RECOR:  Well, I'm positive you
23   have this in a drop box if it's not
24   attached to the complaint.  And you have
25   this we gave you today as well.

www.phippsreporting.com
888-811-3408

Page 108

1        MR. HOFFMAN:  This is signed
2    October 28th and this is signed
3    November 4th.
4        (Thereupon, Defendant's No. 8,
5        Commitment Letter, was marked for
6        Identification.)
7    BY MR. HOFFMAN:
8        **Q.  So I'm showing you the commitment**
9    **letter without the enclosures as Exhibit 8 now.**
10       **When we were talking before about the**
11   **false documents that Mr. Hané allegedly provided to**
12   **Blue Bank, you referenced the working capital**
13   **representation, Exhibit 3, Exhibit 7, and a**
14   **commitment letter.**
15       **What in this commitment letter does**
16   **Blue Bank contend is false?**
17       A.  As is stated in its name, it's a
18   commitment letter where the client commits to
19   comply with all the terms and conditions
20   established.
21       And one of the parts here in this
22   commitment letter is that the client is required to
23   notify the bank immediately any lawsuit or legal
24   proceeding that is being done against them or some
25   -- something that compromises the commitment

www.phippsreporting.com
888-811-3408

Page 109

1    acquired in this document, and to provide all the
2    necessary information to the bank when there are
3    important changes or that compromise the financial
4    situation of the company.
5        **Q.  Okay.**
6           **So you are saying --**
7        A.  And if I'm not mistaken also, there is
8    no notification to the bank from Mr. Jorge Hané as
9    he agreed committed in this agreement.
10       **Q.  So to restate what you are saying, the**
11   **reason this document constitutes a false statement**
12   **is because Mr. Hané did not comply with the**
13   **requirement to notify the bank of legal proceedings**
14   **against it.**
15       A.  As he agreed to do so.  He hid
16   information.
17       **Q.  I'm just trying to figure out the**
18   **timing of it.**
19       **Is the problem that after he signed**
20   **this, he should have provided notice and then did**
21   **not?**
22       A.  Correct.
23       **Q.  Okay.**
24       A.  This is a document that obliged both
25   parties.

www.phippsreporting.com
888-811-3408

Page 110

1    Q.  I understand.
2    A.  And if I read it in detail, I can tell
3  you in which other areas he did not comply with
4  this commitment.
5    Q.  Who is the borrower?
6    A.  Jorgehane Laboratories Corp.
7    Q.  Which, to your understanding, is a
8  Florida company; right?
9    A.  Correct.
10    Q.  Are you aware of any legal proceedings
11  against Jorgehane Laboratories Corp., the Florida
12  company?
13    A.  Not that I -- but the affiliates as he
14  indicated, as you mentioned earlier, the affiliate.
15    Q.  So just to make sure I understand the
16  position.  The issue is that an affiliate of the
17  borrower had a legal proceeding against it.
18    A.  And it was going to compromise all the
19  other companies because, if not, all of them
20  wouldn't have gone bankrupt.
21       If this company was able to continue
22  paying the loan without -- this company requested a
23  credit and has other affiliates that were using the
24  funds as part, that means that the financial impact
25  that affects the other companies should have been

Page 111

1  notified to the bank.
2    Q.  So again, this goes back to what we
3  said before.  The problem was after this document
4  got signed -- when I say "this document," I'm
5  referring to the commitment letter -- Mr. Hané had
6  obligations to provide notice to the bank and
7  didn't.  Correct?
8    A.  Correct.
9    Q.  Did Blue Bank ever do any due
10  diligence on Mr. Hané's personal finances?
11    A.  Not that I recall that it is in the
12  file.
13    Q.  So Mr. Hané's tax returns -- personal
14  tax returns are not in the file?
15    A.  I don't know if it's his or the ones
16  for the company.
17       Can I review it?
18    Q.  Yes.
19    A.  This is Hane Laboratories Corp.  It
20  belongs to the business.
21    Q.  Okay.
22       Before I go to that, you are aware
23  that the Colombian entity, Jorgehane Laboratories
24  Colombian, SA, filed bankruptcy in Colombia;
25  correct?

Page 112

1    A.  Yes.
2    Q.  Did Blue Bank have an attorney in that
3  case?
4    A.  Not that I recall.
5    Q.  Did Blue Bank collect any money in
6  that case?
7    A.  Not that I recall.
8    Q.  Did Blue Bank obtain any documents
9  during that bankruptcy?
10    A.  Not that I recall or that is in the
11  file.
12    Q.  Did you review Mr. Hané's bankruptcy
13  filings?
14    A.  I saw it yesterday.  I reviewed it
15  yesterday, but not in detail.  It is quite a large
16  document.
17    Q.  Is there somebody else at Blue Bank
18  that did review Mr. Hané's bankruptcy filings?
19    A.  The persons that are responsible are
20  not in the bank.  The managing director and the
21  credit director, they are no longer with the bank,
22  the ones that were there at the time.
23    Q.  So as of today, there is no one in
24  Blue Bank more knowledgeable than you about the
25  contents of Mr. Hané's bankruptcy filings.

Page 113

1    A.  Correct.  That is also another matter
2  that is with the attorney that is assisting us.
3    Q.  Don't tell me what you talked about
4  with your attorney.
5       Do you believe -- and by you, I mean
6  Blue Bank -- that Mr. Hané is hiding assets from
7  the bankruptcy court?
8       MR. RECOR:  Object to the extent it's
9  a contention interrogatory.
10       MR. HOFFMAN:  He still should answer.
11       MR. RECOR:  To the extent you know or
12  you think --
13       THE WITNESS:  Can you repeat the
14  question?
15       (Thereupon, a portion of the record
16  was read by the court reporter:
17       "Question:  Don't tell me what you
18  talked about with your attorney.
19       Do you believe -- and by you, I mean
20  Blue Bank -- that Mr. Hané is hiding assets
21  from the bankruptcy court?")
22       THE WITNESS:  Mr. Jorge Hané did not
23  provide all the information about all the
24  companies that he had at the time.  But
25  that is the responsibility of where he

Page 114

```
 1          filed for bankruptcy to determine if he hid
 2     something.  But there are companies that
 3     don't appear there that should be
 4     registered or included.
 5   BY MR. HOFFMAN:
 6          Q.  Did Blue Bank file a separate lawsuit
 7     against Jorgehane Laboratories Corp.?
 8          A.  Where?
 9          Q.  Anywhere.
10          A.  Not that I recall.
11          Q.  I'm going to ask you about some of the
12     businesses referenced in the complaint.
13          Jorge Hané Holdings, LLC, are you
14     familiar with this entity?
15          A.  With the name.
16          Q.  Do you know if this business ever
17     operated?
18          A.  I don't know.
19          Q.  Jorgehane Laboratories, SA?
20          A.  No.
21          Q.  Never heard of it?
22          A.  I heard about it, but I'm not familiar
23     with it.  I don't have the details.
24          Q.  Jorgehane Laboratories de Centro
25     America, are you familiar with that entity?
```

Page 115

```
 1          A.  No.
 2          Q.  Because It Works, LLC?
 3          A.  They are companies that I could have
 4     heard or saw when I was reviewing the file.
 5          Q.  As you sit here today, you don't
 6     remember --
 7          A.  I would have to review the file in
 8     more detail.
 9          Q.  And then Reducefatfast.com, LLC?
10          A.  I think that that was one of the
11     companies that received the wire transfers.
12          Q.  Other than that, do you know anything
13     else about the company?
14          A.  I think it's one of the businesses
15     that the wife of Dr. Hané is the owner or a wire
16     was sent.  She's a director or --
17          Q.  Okay.  That's fine.
18          Are you aware that Mr. Hané reached a
19     settlement with the trustee in his bankruptcy case?
20          A.  Yes.
21          Q.  Have you reviewed that settlement?
22          A.  No.
23          Q.  Does Blue Bank think that settlement
24     was fair?
25          A.  I did not review it.  In the credit
```

Page 116

```
 1     file there should be Blue Bank cannot give an
 2     opinion for the decisions made by the trustee.  We
 3     are not in agreement because all the information
 4     was not provided, all the required information was
 5     not provided.
 6          Q.  Do you know why Blue Bank did not
 7     object to the settlement?
 8          A.  I don't know.
 9          Q.  If Blue Bank contends that Mr. Hané
10     did not produce all the documents he was required
11     to produce, why didn't you say something to the
12     Judge about it?
13          MR. RECOR:  I'll object and instruct
14     him not to answer to the extent it requires
15     attorney-client privileged information.
16          A.  I'll follow the recommendation of --
17   BY MR. HOFFMAN:
18          Q.  So it's based on -- so it was based on
19     communications with your lawyer.  Don't tell me
20     about that.
21          A.  I won't tell you anything.
22          Q.  I think I'm close to done.
23          Let me take a minute out with Mr. Hané
24     and we can wrap it up.
25          (Whereupon, a short break was taken
```

Page 117

```
 1          and, upon reconvening, the following
 2          proceedings were had:)
 3   BY MR. HOFFMAN:
 4          Q.  How many employees does Blue Bank
 5     have?
 6          A.  Right now we are 14 employees.
 7          Q.  All in Curaçao?
 8          A.  The 14, yes.
 9          Q.  Are there any other employees,
10     executives or officers, directors outside of
11     Curaçao?
12          A.  Yes.
13          Q.  And who's that?
14          A.  We have them in Venezuela, persons
15     recommend clients to us in Miami, we have directors
16     also in Miami.
17          Q.  You said you've been working for Blue
18     Bank since, I believe, it was April of 2016?
19          A.  August 2016.
20          Q.  In your time there, have you worked on
21     other loans except for the one we're talking about
22     today?
23          A.  Other loans also.
24          Q.  Based in the United States?
25          A.  Yes.
```

Page 118

```
1        Q.  Would you say in a general sense that
2   the loan to Jorge Hané Laboratories Corp. is a
3   typical loan for Blue Bank?
4        MR. RECOR:  Objection as to form.
5        A.  It is within the parameters of the
6   loans that we approve.  The credit doesn't have
7   anything in particular.
8   BY MR. HOFFMAN:
9        Q.  Issuing a loan for $300,000 for one
10  year --
11       A.  Correct.
12       Q.  -- is something that Blue Bank does
13  frequently or often?
14       MR. RECOR:  Objection as to form.
15       A.  It depends.  It depends on what you
16  call frequently.
17       To us, we are a financial institute or
18  entity, and our job is to approve loans and to
19  invest money, and purchase and sale of currency is
20  the nature of the financial institution, to loan
21  money.  Different time periods, different person,
22  different companies.
23  BY MR. HOFFMAN:
24       Q.  Why didn't Blue Bank request any
25  collateral?
```

Page 119

```
1        A.  We have a guaranty of Mr. Jorge Hané
2   that is real.
3        Q.  What about collateral?
4        THE INTERPRETER:  That's the
5   collateral.  I'm sorry.  I made a mistake.
6   That's the collateral.
7        A.  Depending on the credits that we
8   approve or give, we can request a collateral or
9   not.  It depends on if it's long-range.  It depends
10  on if it's a real estate loan.  But the usual that
11  is typical for this type of business that requests
12  a credit for $300,000 is not a large amount.  We
13  evaluate the ability of payment that the business
14  has in accordance with the information that the
15  client supplies to us, because none of the clients
16  that we have as of this day is going to request a
17  credit if they are not with the disposition -- they
18  don't have the disposition of paying it back.
19       And reviewing the studies that were
20  done and based on the information obtained that it
21  was a successful company with the presence in more
22  than 100 countries with more than 45,000 pharmacies
23  where they were, it was considered to be a risk
24  that we could assume without a collateral.
25       Q.  Are you aware that the company was
```

Page 120

```
1   losing money at the time of the loan?
2        A.  It doesn't mean the company during the
3   life of a company.  You could have a time period
4   that you have losses and you could see that it was
5   recovering according to the information that was
6   supplied to us.
7        And as a result of that information
8   and that the request for the loan was for working
9   capital and the sales that were shown to us, we
10  considered that it was a company that there was no
11  risk of being insolvent.  And at no time we were
12  told or notified that the company was having
13  financial problems.
14       Q.  So is it your testimony that Blue Bank
15  didn't issue this loan just because Mr. Castillo
16  and Mr. Mezerhane asked the bank to do it?
17       A.  We didn't do it based on that
18  recommendation or those recommendations.  The
19  Central Bank authorities do not allow that, that we
20  issue credits without doing the due diligence and
21  just following the recommendation of a person that
22  is known to the bank.
23       It is our responsibility to guaranty
24  the funds that our clients have.  We have more than
25  2,000 clients and we have the responsibility to
```

Page 121

```
1   guard their deposits.
2        Q.  Because it looks to me that the only
3   actual document that you received from Mr. Hané was
4   two tax returns.  There is no financial statement,
5   there is no bank statement, nothing else in the
6   file.  And it strikes me that's highly unusual when
7   somebody applies for a mortgage, they need
8   thousands of pages of documents.
9        Wouldn't you at least admit that you
10  treated due diligence lightly at Blue Bank?
11       A.  I respect your opinion, but I don't
12  share it.
13       Q.  So it's not --
14       A.  I haven't finished yet.
15       I was not there at the time that the
16  credit was approved, but based in my experience of
17  what I have seen at Blue Bank is that they guaranty
18  that you are complying with everything that is
19  established by the regulator.  And the loans can
20  have a recommendation, be recommended, but that
21  doesn't mean that they are going to be approved
22  based on a recommendation, because you have to
23  remember it is not money from the owners.  It is
24  money for the people that are saving the money
25  there, money from the customers, or any other
```

Page 122

```
 1   person that makes a recommendation to us has no
 2   bearing or participation in the decision process
 3   that we make.
 4        Q.  So I know you testified earlier that
 5   you are on the credit committee now.
 6        A.  Correct.
 7        Q.  Would you approve a loan where the
 8   only documents you received were two years of tax
 9   returns showing the company was losing money?
10        A.  I repeat --
11        Q.  No, I don't need you to repeat.  Just
12   it's conceivable that you would do it?
13        A.  I'm not going to make the decision by
14   myself.  I'm going to base my decision on the
15   recommendation of the credit manager --
16        Q.  But would you be comfortable --
17        A.  -- and the rest of the members of the
18   committee.
19        Q.  But would you personally be
20   comfortable with such a decision?
21        A.  Yes.
22        Q.  Okay.  Just a few more questions.
23        Do you know Nelson Mezerhane
24   personally?
25        A.  Yes.
```

Page 123

```
 1        Q.  How do you know him?
 2        MR. RECOR:  Let me just object to the
 3   extent there is two Nelson Mezerhanes.
 4   BY MR. HOFFMAN:
 5        Q.  I'm talking about the father.
 6        A.  Okay.
 7        As I already mentioned before, I
 8   worked at a financial institution and I was
 9   contacted to work for the group at the bank in
10   Curaçao.  I met with his son and another of the
11   directors for the bank.  They did an interview and
12   they verified -- did a background check of all my
13   information, background.  But before that, I didn't
14   know any of the persons that were in the
15   meeting, the first job interview.
16        Afterwards on my second trip to Miami,
17   I was introduced to Dr. Mezerhane.
18        Q.  And that was the first time you met
19   him?
20        A.  Yes.
21        Q.  The job you had before you started
22   working for Blue Bank was unrelated to Mezerhane,
23   the father?
24        A.  None.
25        Q.  When was the last time you spoke with
```

Page 124

```
 1   Nelson Mezerhane?
 2        A.  That I spoke to him or that I saw him?
 3        Q.  Let's go with you saw him.
 4        A.  I had the opportunity to see him in a
 5   conference of the group idea in October -- I don't
 6   recall the exact date.
 7        Q.  When was the last time you spoke with
 8   him?
 9        A.  I don't remember.
10        Q.  Did you speak to him in connection
11   with this deposition?
12        A.  No.
13        Q.  Did you speak to him in connection
14   with Mr. Hané's bankruptcy case?
15        A.  No.
16        Q.  Did you speak to him about the
17   Jorgehane Laboratories at all?
18        A.  No.
19        MR. HOFFMAN:  I'm done.
20        Do you want to read or waive?
21        MR. RECOR:  I don't think we need a
22   stip; right?  I would like to just attach
23   the protective order as an exhibit.
24        MR. HOFFMAN:  Why don't you just do
25   it?
```

Page 125

```
 1        MR. RECOR:  I'll attach as Exhibit 9
 2   the protective order entered into this
 3   case, an agreed protective order that
 4   provides the procedure after a deposition.
 5        If he orders, I'll take a copy.
 6        MR. HOFFMAN:  I have to talk to him.
 7        (Thereupon, Defendant's No. 9,
 8   Protective Order, was marked for
 9   Identification.)
10        (Thereupon, the reading and signing of
11   this deposition was waived.)
12        The proceedings concluded at 3:30
13   p.m.)
14
15
16
17
18
19
20
21
22
23
24
25
```

1              CERTIFICATE OF OATH
                INTERPRETED PROCEEDINGS
2
3     THE STATE OF FLORIDA )
4     COUNTY OF MIAMI-DADE)
5
6
7        I, the undersigned authority, certify that
8     Edgar Chacon personally appeared before me and
9     was duly sworn/affirmed on the 2nd day of
10    February, 2018.
11
12
13    Signed this 27th day of February, 2018.
14
15
16
17
18    _____
       Aurora C. Sloan, FPR
19      Notary Public - State of Florida
       My Commission No. GG105318
20      My Commission Expires: May 23, 2021
21
22
23
24
25

www.phippsreporting.com
888-811-3408

            CERTIFICATE OF OATH
THE STATE OF FLORIDA )
COUNTY OF MIAMI-DADE  )

I, the undersigned authority, certify that
Carlos Julio Caridad Zambrano personally
appeared before me and was duly sworn on the
2nd day of February, 2018.
Signed this 27th day of February, 2018.

_____
Aurora C. Sloan, FPR

Notary Public - State of Florida
My Commission No. GG105318
My Commission Expires: May 23, 2021

www.phippsreporting.com
888-811-3408

1              CERTIFICATE OF OATH
                INTERPRETED PROCEEDINGS
2
3     THE STATE OF FLORIDA )
4     COUNTY OF MIAMI-DADE)
5
6
7        I, the undersigned authority, certify that
8     Gustavo Lairet personally appeared before me
9     and was duly sworn/affirmed on the 2nd day of
10    February, 2018.
11
12
13    Signed this 27th day of February, 2018.
14
15
16
17
18    _____
       Aurora C. Sloan, FPR
19      Notary Public - State of Florida
       My Commission No. GG105318
20      My Commission Expires: May 23, 2021
21
22
23
24
25

www.phippsreporting.com
888-811-3408

           CERTIFICATE OF REPORTER

THE STATE OF FLORIDA )
COUNTY OF MIAMI-DADE )

I, Aurora C. Sloan, Florida Professional Reporter,
certify that I was authorized to and did
stenographically report the foregoing deposition of
Carlos Julio Caridad Zambrano, pages 4 through 125;
that a review of the transcript was not requested;
and that the transcript is a true and complete
record of my stenographic notes.
I further certify that I am not a relative,
employee, attorney, or counsel of any of the
parties, nor am I a relative or employee of any of
the parties' attorneys or counsel connected with
the action, nor am I financially interested in the
action.

DATED this 27th day of February, 2018.

_____
Aurora C. Sloan, FPR

www.phippsreporting.com
888-811-3408

**A**

**a.m** 1:19 4:2
  62:18,23 63:15
  64:15
**ability** 4:7 72:20
  119:13
**able** 7:7 28:8
  29:2 110:21
**accept** 59:12
**acceptance**
  42:24
**accepts** 42:23
**account** 22:18
  24:4,8 32:1
  34:12,14,15,16
  34:16,18 40:1
  42:8,10,13,16
  42:18 43:10,11
  43:13,16,21
  44:16 46:10
  59:22 60:20,20
  63:7 101:7
  102:21
**accounting** 9:2
**accounts** 8:25
  19:18,20 43:18
  43:20
**accurate** 57:16
  57:17
**acquired** 109:1
**action** 129:17,18
**activities** 19:13
  21:17
**activity** 33:16,17
  43:1,6,9 58:10
**actual** 25:3
  121:3
**addition** 57:3
**additional** 65:6
  91:9,11
**address** 32:3
  43:5
**addresses** 43:5
**admit** 121:9
**advance** 31:12
**advertising**

**affiliate** 80:17
  80:19 81:23
  110:14,16
**affiliates** 77:20
  77:23 110:13
  110:23
**affirm** 4:10
**affirmed** 4:16
**afternoon** 38:15
**agency** 7:1
**Agnetti** 1:20 2:9
**agree** 54:20
**agreed** 109:9,15
  125:3
**agreement** 46:20
  83:13 109:9
  116:3
**ahead** 69:24
**Alfredo** 26:22
**Alice** 31:24 34:1
  35:9
**alleged** 92:17
**allegedly** 108:11
**alleges** 73:20
  78:24
**alleging** 50:19
  51:17
**allow** 24:17
  120:19
**allows** 16:13
  77:24
**ambiguous** 60:9
**amended** 107:17
**America** 114:25
**American** 88:24
**amount** 26:2
  67:13 119:12
**amounts** 99:22
**analysis** 25:14
  46:10 50:1
**analyze** 65:8
  71:9 74:24
**analyzed** 27:5
  48:12
**analyzes** 23:20
**annual** 24:23

59:12
**answer** 5:23,24
  14:14 18:2,22
  20:12 44:24
  49:15 50:20,22
  51:8 52:15,17
  52:20 56:7
  60:8 63:23
  70:20 72:23
  73:5 76:17,23
  78:17 80:23
  89:12 95:11,12
  99:4 113:10
  116:14
**answered** 10:19
  53:10,12 56:14
  78:18
**answering** 52:8
  52:13
**answers** 5:19
  12:15 51:22
  53:17
**anybody** 78:3
**apologies** 75:4
**apologize** 29:12
  41:25
**appear** 114:3
**APPEARAN...**
  2:1
**appeared** 126:8
  127:8 128:10
**appears** 38:6
  71:11
**Apple** 104:16,18
**application** 3:16
  16:2,3,23
  23:10 27:4
  28:7 34:8,13
  45:4 46:12
  47:11 48:3
  52:2 55:10
  56:2 71:5,12
  71:21 73:4
  74:18 75:11
  81:21,25 82:2
  82:5,7,12,17
  82:19,23,25

83:5,19 99:24
  100:2,5,9,15
  101:3,11,15
  102:15,16
  106:9
**applied** 8:8 16:9
**applies** 22:22
  78:11 121:7
**appointed** 45:1
**appointment**
  94:9
**appreciate** 62:2
  98:9
**approaches**
  21:24
**approval** 27:11
  58:16 93:16
**approve** 14:15
  22:12 93:21
  96:22,23 118:6
  118:18 119:8
  122:7
**approved** 6:23
  7:1,5 13:12
  22:14 121:16
  121:21
**approves** 22:16
**approving** 13:21
**April** 117:18
**area** 7:17,24 8:5
  8:9 9:3
**areas** 110:3
**Argentina** 38:21
  88:25
**argument** 74:20
**arrive** 55:6
**Aside** 84:21,23
**asked** 24:2 36:21
  36:23 44:23
  53:9 56:14
  63:9 74:17
  120:16
**asking** 15:18
  20:25 24:10,12
  26:25 46:19,22
  49:16 52:9
  66:25 69:5

70:20 91:21
  94:18 101:19
**asserting** 87:24
**assets** 18:19,23
  19:1 113:6,20
**assigned** 10:7
  45:3
**assigns** 22:23
  23:2
**assist** 9:7
**assistance** 96:14
  96:16 106:18
**assisting** 113:2
**assists** 93:13
**assume** 15:10
  38:9 76:24
  99:12 119:24
**assuming** 77:22
  105:24
**assumption** 76:3
  76:9
**assure** 107:14
**attach** 124:22
  125:1
**attached** 107:19
  107:21,24
**attorney** 15:9
  56:20,21 78:22
  112:2 113:2,4
  113:18 129:14
**attorney's** 20:17
**attorney-client**
  116:15
**attorneys**
  129:16
**auditors** 14:5
  97:16,17
**August** 7:4,10
  7:16,22 9:10
  11:10 117:19
**Aurora** 1:24
  126:18 127:18
  128:21 129:6
  129:25
**author** 100:6
**authorities**
  52:25 55:1

79:6 89:23
120:19
**authority** 126:7
127:7 128:8
**authorized** 97:2
129:7
**available** 59:22
98:13
**Avenue** 2:4
**awaiting** 40:4
**aware** 37:3,19
40:18 42:1
69:9 71:19
73:2 78:2
92:13,19 98:23
98:24 99:15,20
101:14 104:22
106:8 110:10
111:22 115:18
119:25

**B**

**back** 6:1 14:23
38:12 51:11
56:12 72:7,22
73:16,18 76:21
86:13 87:3
90:7 98:18
101:19 111:2
119:18
**background**
17:18,21 18:11
123:12,13
**balance** 59:19
**bank** 1:8 6:19,21
6:23 7:5,10,12
7:13,15 8:4,9
8:11,16,20 9:2
9:7,16,19 10:3
10:5,8,16,18
11:13,23,23
12:2,15,18,21
12:22,25 13:1
13:4,9,17 14:9
14:16 18:17,19
18:25 19:3,4,8
19:13,22,23

20:6,13,23
21:14,24 22:3
22:3,5,5,9,23
22:23 23:5,10
23:13 24:3
25:4,9 27:14
27:19 28:2,5
28:10 29:1,21
31:3 32:12,13
33:8,16 34:6
34:15,19 35:15
35:16 36:25
37:11,20,23,25
40:20 41:12,14
41:19,22 42:8
42:14,23 43:11
43:13 44:21
45:12,14 48:24
49:8,18 50:13
50:18 51:17
52:17 53:5,14
53:25 55:3
57:24 58:20
59:7 60:15
62:3 64:16,20
68:6 69:4,14
69:14,20 70:11
70:24 71:7
73:20 74:18
75:21 76:12
77:24 78:3,10
78:24 79:2,17
81:17 83:2
84:7,12,25
86:3 87:23
88:3 89:2,17
90:11,12,16
91:2,18,24
92:14,17,19
93:2,8,11,18
94:1,1,14,24
95:23 96:2,4
96:10,15,17,20
97:15,17 98:15
104:20 105:9
106:11 108:12
108:16,23

109:2,8,13
111:1,6,9
112:2,5,8,17
112:20,21,24
113:6,20 114:6
115:23 116:1,6
116:9 117:4,18
118:3,12,24
120:14,16,19
120:22 121:5
121:10,17
123:9,11,22
**bank's** 20:4
21:25 31:11
41:8 49:22
51:25 53:3
60:4 67:21
78:8 89:8 92:8
93:8 101:15,18
**banking** 8:7
42:24 93:10
**bankrupt**
110:20
**bankruptcy** 1:1
15:1,4,15,19
50:6 79:10
111:24 112:9
112:12,18,25
113:7,21 114:1
115:19 124:14
**banks** 8:7 20:2
96:11
**base** 52:4 122:14
**based** 33:2 44:5
44:8 48:19
49:13 52:22
55:18,24 67:17
69:2 71:5,6
92:1,2 97:4,11
104:8 116:18
116:18 117:24
119:20 120:17
121:16,22
**basic** 5:15
**basing** 70:14
89:14 93:12
**basis** 96:9

**BBI** 86:11
**BBVA** 11:12,20
11:22
**Beach** 1:21 2:10
2:10
**bearing** 122:2
**began** 4:1 7:9
**beginning** 38:23
**behalf** 2:3,8 8:3
12:15 44:21
72:6 73:14
93:2 99:4
**behavior** 23:15
**believe** 17:8
30:22 41:15
47:16 48:25
49:19 57:15
58:2 64:1 66:1
88:16 95:22
97:18,19 113:5
113:19 117:18
**believes** 27:6,10
**belong** 68:25
**belongs** 15:16
28:20 79:11
111:20
**beneficiaries**
38:2,3 88:8
**beneficiary**
37:25
**best** 4:7 28:3
32:6 40:4 41:1
42:3 49:10
72:20 76:11
**beyond** 18:20
20:11 32:17
51:5
**bit** 22:21
**Blue** 1:8 6:19,21
7:10,12,12,15
8:3,10 9:15
11:23 12:2,15
12:18,21,22
13:4,9,17
18:17 19:3,4,8
19:23 20:4,6
21:14,24,25

22:23,23 25:4
25:9 27:14
28:2,4,10 29:1
31:3 32:11,13
33:8 35:15,16
36:25 37:11,20
37:23,24 40:20
41:8,12,14,19
41:22 42:14
44:21 45:12,14
48:24 49:18,22
50:13,18 51:17
51:24 52:17
53:3,5,14,25
55:3 57:24
58:20 59:6
60:4,15 64:16
64:20 67:21
69:13,14 70:11
70:24 73:20
74:18 75:21
76:12 78:3,10
78:24 79:2,17
84:7,25 86:3
87:23 88:3
89:2,8 90:11
90:12,16 91:2
91:18,24 92:8
92:14,17,18
93:2,7,8 94:1,1
94:14,24 95:23
96:2,3,10,20
101:15,18
105:9 108:12
108:16 111:9
112:2,5,8,17
112:24 113:6
113:20 114:6
115:23 116:1,6
116:9 117:4,17
118:3,12,24
120:14 121:10
121:17 123:22
**board** 9:22
**bolded** 102:22
**borrower** 23:8
24:13 110:5,17

**borrowers** 20:9
**bottom** 62:15
  87:11
**Boulevard** 1:21
  2:10
**box** 86:10,12,22
  107:2,23
**branches** 19:25
**brand** 39:8
**break** 22:20
  36:7 72:10
  86:14 97:23
  98:12 116:25
**breakdown** 20:3
**Brian** 2:6 96:14
**Brian@recorr...**
  2:6
**Brickell** 2:4
**bridge** 19:5
**briefly** 36:16,16
**brought** 66:14
**business** 19:8
  21:14,24 22:22
  24:5,7,23 26:1
  43:7,9 77:5,7
  77:11,16 84:13
  84:14 85:8
  89:9 111:20
  114:16 119:11
  119:13
**businesses** 13:5
  13:22 14:11
  21:7 28:12,17
  81:23,23
  114:12 115:14

————————
**C**
————————
**C** 1:24 126:18
  127:18 128:21
  129:6,25
**C-A-M-A-R-...**
  11:4
**C-A-M-I-L-E**
  11:8
**C-A-R-I-D-A-D**
  4:24
**C-A-R-L-O-S**

5:2
**C-A-S-T-I-L-...**
  26:21
**call** 19:11 23:7
  47:9 118:16
**called** 6:19 16:4
**Camargo** 10:25
**Camile** 11:8
**capacity** 24:18
  25:19
**capital** 18:23,25
  55:17 59:17
  63:19 64:2
  65:13,24 66:5
  66:5,8,18
  67:15,22 68:5
  68:8,11 69:18
  70:13,16,21
  71:1,2 73:21
  78:24 79:23
  80:13 91:5
  108:12 120:9
**Capriles** 31:24
  34:1 35:9
**careful** 29:8
**carefully** 88:22
**Caridad** 1:15
  3:2 4:15,22
  26:23 128:9
  129:9
**Carlos** 1:15 3:2
  4:15,22 5:2
  26:23 128:9
  129:9
**case** 1:3 5:12
  15:1,4,15,19
  23:19 36:15
  47:15 55:21,23
  57:25 77:17
  84:14 94:20
  112:3,6 115:19
  124:14 125:3
**Castillo** 26:20
  28:9 29:15,22
  30:14 31:3
  34:21,25 36:11
  36:14,24 37:4

37:10,20 38:6
  39:2 40:5,15
  41:6,11 42:4
  95:21,23 96:4
  98:23 99:5
  103:6,22
  120:15
**Castillo's** 96:1
**catch** 60:23
**Cc** 31:25
**Central** 6:23 7:5
  9:2,19 10:3,8
  10:18 23:5
  27:19 34:19
  97:17 98:15
  120:19
**Centro** 114:24
**certificate** 3:4,5
  3:6,7 61:17,23
  62:4 63:1
  65:14,16 126:1
  127:1 128:1
  129:1
**certify** 126:7
  127:7 128:8
  129:7,13
**Chacon** 2:14
  72:13 126:8
**Chain** 3:15
  60:25
**change** 69:17
**changes** 109:3
**CHAPTER** 1:3
**charge** 7:17,23
  22:10 34:2
  105:4
**cheat** 104:20
**check** 13:25 17:9
  17:21 18:10
  25:24 58:1
  78:3,12 98:7
  101:6 123:12
**checked** 8:15
  13:24 14:1,2
  15:9 45:25
  51:9
**checking** 34:15

**chronologically**
  61:7
**circle** 73:18
**circumstances**
  31:16
**claim** 76:12
**claiming** 94:14
**claims** 94:25
**clarify** 6:6 44:4
  94:6
**clean** 64:8
**clear** 6:4,24 7:9
  61:19
**clearly** 97:4
**client** 19:1 21:14
  22:3,3,5,6,7,8
  22:9 23:20
  24:4,7,15,18
  24:24 25:17,18
  29:20 34:3,4,6
  34:8,8,9 37:5
  38:16,24 42:7
  42:11,22 43:1
  43:5 47:10
  49:13 51:10
  72:6 73:15
  74:23 75:18
  78:6 79:19
  83:1,5 108:18
  108:22 119:15
**client's** 22:17
  104:8
**clients** 8:19 20:4
  20:22 21:1
  24:6,22 26:1,2
  27:24 33:17
  34:3 42:14
  78:8 93:23,25
  96:12,19
  106:12 117:15
  119:15 120:24
  120:25
**clients'** 49:10
**close** 90:2
  116:22
**coach** 85:15
**collateral** 26:3

118:25 119:3,5
  119:6,8,24
**collect** 46:3
  112:5
**Colombia** 38:21
  55:22,23 67:12
  67:17,25 69:10
  69:15 77:18
  79:5,7,14 80:1
  88:25 89:20
  98:24 111:24
**Colombian** 99:9
  99:17 111:23
  111:24
**Coltefinanciera**
  1:8 40:24
  99:15
**come** 56:12 97:9
  105:9
**comes** 22:22
  27:4 78:9
**comfortable**
  122:16,20
**coming** 14:1
  15:8
**comments** 27:8
**commercial**
  34:17 43:6
**Commission**
  126:19,20
  127:19,20
  128:24,25
**commitment**
  3:17 16:4,5,25
  59:16 71:23
  72:1,3,6 73:6
  73:10,11,14
  84:11,18,21,24
  85:1 91:8
  108:5,8,14,15
  108:18,22,25
  110:4 111:5
**commits** 84:12
  108:18
**committed**
  109:9
**committee** 16:3

22:12,16 26:6
26:9 27:2
29:23,25 35:1
35:4,7,10,19
46:12 75:2
96:6 122:5,18
**communication**
47:7
**communicatio...**
32:10 116:19
**companies** 16:9
17:17 32:8,20
66:10 68:24,25
69:1 74:2,11
75:17 79:11
110:19,25
113:24 114:2
115:3,11
118:22
**company** 16:15
17:12,14,15,19
19:5 23:12,18
25:15,24,25
28:18,18,19,20
38:17,18 40:2
43:7 50:3,4
54:15 55:11,12
55:15 57:7
58:10,13,15
65:18 66:4
67:11,15,16
68:10,18 74:4
75:14 78:4
79:4,7,10,17
80:2,8,9,15
81:3,6,14 88:9
89:6,9,22,25
90:1 104:17
109:4 110:8,12
110:21,22
111:16 115:13
119:21,25
120:2,3,10,12
122:9
**company's**
60:20
**complaint** 51:4

53:24 64:20
107:17,21,24
114:12
**complete** 39:25
100:18 107:4
129:11
**completed** 51:2
**compliance** 8:4
**comply** 27:20
108:19 109:12
110:3
**complying** 10:17
121:18
**component** 31:7
**components**
31:7
**composed** 9:23
46:9
**compromise**
84:15 93:22
109:3 110:18
**compromises**
108:25
**computer** 96:12
**computing**
104:17
**conceivable**
122:12
**concerned** 80:22
89:7
**concerning** 46:4
**conclude** 56:9
89:15 90:1
**concluded** 55:25
125:12
**condition** 93:24
**conditions** 42:23
46:20 72:5
73:13 106:23
107:11,15
108:19
**conducted** 74:9
**conference**
124:5
**CONFIDENT...**
1:14
**confidentiality**

98:10
**confirm** 54:23
92:10
**confirmation**
70:15
**conglomerate**
32:8,11
**connected**
129:16
**connection**
50:14 52:1
73:20 75:22
124:10,13
**consequences**
50:5
**consider** 27:9
91:12,16
105:18
**considered**
119:23 120:10
**considering**
13:18 22:1
90:11 91:19
**considers** 27:6,8
**constant** 55:16
**constantly** 74:5
77:8
**constitute** 61:23
**constitutes**
109:11
**consulted** 10:11
**consumers** 77:9
77:10
**contact** 39:10
41:22 57:6,18
58:5
**contacted** 47:10
123:9
**contacts** 8:13,18
10:10
**contain** 49:1
53:6 65:7
**contained** 41:2
49:20,23 71:13
85:5 91:12
**contains** 88:19
**contemplated**

74:11
**contend** 108:16
**contends** 50:13
60:16 79:2
116:9
**contention** 51:6
53:8 76:15
89:11 113:9
**contents** 112:25
**continue** 38:13
39:6,21 78:20
110:21
**contract** 107:2
**contributed**
48:14 50:2
**conversation**
61:2 80:5
**copied** 57:22,23
**copies** 30:8 48:3
58:20
**copy** 12:8 30:10
31:8,10 47:25
59:7 61:15
62:24 64:16
86:24 87:4,17
97:18,21 98:5
107:4 125:5
**Cornelis** 31:23
33:5,21 35:3
59:7 61:15
62:24 64:16
**Corp** 12:19,23
28:22 43:14
57:4 67:23
69:11 110:6,11
111:19 114:7
118:2
**correct** 7:11
9:13,14 10:22
13:19 15:11,22
15:23 19:16,17
19:19 22:24
23:1 25:5 26:7
30:15,16 32:5
33:11 35:1,2
36:25 38:8
44:6,7,21,22

46:5 48:4,13
48:22 50:15,16
55:20 56:1,4
56:23,24 57:19
58:5,6 61:3,4
61:10,11 62:10
62:11,13 63:11
64:2 65:25
66:19 67:25
68:5 71:10
74:21 75:10
76:10 87:14
88:2,4,14 89:4
90:9,10 91:4,7
91:14 92:21
95:24,25
100:22,24
101:5,13,23
103:7 104:11
105:5 106:1,15
109:22 110:9
111:7,8,25
113:1 118:11
122:6
**correctly** 48:7
57:14
**correspond**
52:23,24 65:10
**correspondent**
8:7
**corruption**
16:14 18:10
**Costa** 88:25
**counsel** 129:14
129:16
**count** 59:14
**countries** 20:9
21:2 25:25
55:13 57:9
58:11,13 65:19
69:1 70:17
77:6 88:24
89:20 119:22
**country** 79:6
**COUNTY** 126:4
127:4 128:3
129:4

**Couple** 105:2
**course** 71:8
  92:24
**court** 1:1 4:3,9
  5:19 6:2 30:12
  51:14 72:16,25
  81:11 113:7,16
  113:21
**credit** 3:16 9:5,6
  9:8 13:1 14:17
  14:18 15:16
  16:2,6,7,9,18
  16:23 17:6
  19:7 21:17
  22:9,11,14,17
  22:19,24,25
  23:4,6,7,21,23
  24:11,25 25:9
  26:4 27:5,7,11
  28:14 29:23,25
  31:6 34:10,12
  34:25 35:19
  45:1,8 46:10
  46:12,19 47:4
  47:18 48:2
  50:1,5 52:2
  55:10 56:2
  57:5 58:14,17
  71:4,7,24 72:4
  73:7,12,25
  74:9,17,23
  75:1,11,23
  76:4 77:25
  78:8,11 81:21
  81:24 82:6,11
  82:16,19,23,25
  83:1,5,13,19
  83:20 84:14,16
  89:7,18 90:14
  90:24 93:16,21
  96:5,22,24
  99:13,24 100:2
  100:5,9,14
  101:3,11,15
  102:1,2,15,16
  104:7 106:8
  110:23 112:21

115:25 118:6
  119:12,17
  121:16 122:5
  122:15
**credited** 63:6
  101:7
**creditor** 17:3
**credits** 14:7 49:9
  100:17 119:7
  120:20
**criminal** 16:14
  18:11
**Curaçao** 6:12,14
  6:23 7:2,5 10:7
  10:18 20:7,14
  20:20,24 33:3
  45:18 94:8
  96:11 97:10
  98:15 103:2
  117:7,11
  123:10
**currency** 118:19
**currently** 9:9
  11:9 26:10,23
  26:25 29:24
  45:5 96:5
**customer** 21:13
**customers** 8:10
  8:13 37:11,19
  121:25
**cut** 64:11 70:19

────────
**D**
────────

**Danette** 31:23
  33:12,18 35:6
**dare** 19:12 41:3
**data** 23:12
**date** 100:9,10,17
  101:7,25
  102:14,16
  105:25 124:6
**dated** 30:15
  62:17 63:14
  129:20
**dates** 65:4,9
**day** 52:11,13
  94:3 119:16

126:9,13 127:9
  127:13 128:11
  128:12 129:20
**days** 15:11,13
  61:24 63:4
  65:15
**de** 20:20 114:24
**Dear** 38:15
**Debtor** 1:6
**deceiving** 77:19
**December** 33:23
  100:11 101:25
  102:3,4
**decide** 13:10
**decided** 55:19
**decision** 25:10
  27:2 48:14,21
  48:21 50:2
  52:4,22 55:6
  90:17 91:25
  92:1 96:22
  97:5 105:11
  122:2,13,14,20
**decisionmaking**
  92:4 93:8
**decisions** 9:8
  10:16,18 116:2
**declared** 79:10
**Defendant** 1:12
  2:8 3:12
**Defendant's**
  3:13,14,14,15
  3:15,16,17,17
  3:18 12:4 30:4
  58:22 60:24
  70:1 82:11
  86:19 108:4
  125:7
**defending** 93:25
**department**
  8:22 9:6 96:14
**departments**
  10:7
**depending** 23:19
  26:2 119:7
**depends** 19:11
  118:15,15

119:9,9
**deposit** 61:24
**deposition** 1:15
  3:13 5:5,10 6:8
  12:5,9 21:4
  31:13 56:10
  124:11 125:4
  125:11 129:8
**depositions** 5:16
**deposits** 27:23
  121:1
**description** 3:9
  3:12 7:21
**detail** 110:2
  112:15 115:8
**detailed** 7:20
  15:6
**details** 29:5
  114:23
**determine** 49:3
  49:5 114:1
**development**
  38:18
**different** 74:1
  85:24 98:16
  118:21,21,22
**differently** 41:13
**diligence** 14:10
  22:10 23:4
  92:8 93:21
  111:10 120:20
  121:10
**direct** 3:3 4:18
  37:24
**directly** 28:16
  47:21
**director** 6:17,21
  6:25 7:6 9:13
  9:21 11:17,20
  13:1,23 14:17
  14:18 16:6
  17:3 19:16
  23:1 33:6,10
  33:22 59:6
  112:20,21
  115:16
**directors** 9:15

9:23,24 10:1
  10:11,13,14,15
  10:22 49:8
  93:17 103:9
  117:10,15
  123:11
**directors'** 9:22
**discuss** 97:23
**discussion** 83:24
  98:2
**disposition**
  119:17,18
**distribution**
  38:19,20 39:9
  55:14
**DISTRICT** 1:1
**DIVISION** 1:2
**document** 3:16
  12:12 16:6
  22:11,14 30:17
  42:9,22 67:8
  69:24 70:2
  76:8 81:19
  82:24,24 85:25
  105:3,6 106:11
  106:14,21
  107:3,8,20
  109:1,11,24
  111:3,4 112:16
  121:3
**documentation**
  16:17 27:3
  34:7 78:13
  100:18
**documents** 15:3
  15:14,18 16:5
  16:17 17:2
  23:6,22,25
  24:1,3,12,14
  25:3,8 27:9
  29:14 42:12,15
  42:17,22 46:3
  46:6,15 47:11
  50:18 51:16
  52:3,5,6 57:4,6
  57:16 67:1,4
  71:14,19 73:2

74:1,22 76:5
84:24 87:23
91:1 92:23
99:22 108:11
112:8 116:10
121:8 122:8
**doing** 26:1 56:2
104:20 120:20
**Dr** 39:10,13
115:15 123:17
**driver's** 57:14
**drop** 86:10,12
86:22 107:1,23
**due** 14:10 22:10
23:3 92:8
93:20 111:9
120:20 121:10
**duly** 4:16 126:9
127:9 128:10
**duties** 7:21

————————
**E**
**E-S-Q-U-I-V-...**
26:22
**earlier** 31:2
35:18 79:22
88:2 95:22
101:14 103:21
110:14 122:4
**early** 101:4
**Edgar** 2:14
72:13 126:8
**either** 75:25
81:17 99:11
**El** 89:1
**electronic** 15:25
31:7,10 82:1
**email** 3:14,14,15
29:16,17 30:5
30:14 31:1,12
31:17 32:3
34:22 36:12
37:4 38:12
41:2,7,15,18
41:23 42:5,7
42:11 43:5
47:6,9,12,17

47:19,25,25
58:23 59:1,3,5
60:5,14,14,24
61:2,5,6,9,12
62:8,17,21
63:10,14,25
64:4,10,12
71:24 73:8
82:1,1 83:11
83:14,15 84:1
85:6 86:21
87:12,15 88:22
89:15 90:8,20
91:1,6,12,16
91:17,23 92:1
92:2,3,7 93:2,7
94:19 95:20
103:21
**emails** 3:17 16:2
16:21 46:9
57:7,8,22,23
57:24 58:5,8
58:12,19 61:3
64:22,25 65:1
65:5,6,8,16
75:17 85:14,17
86:11,19 87:10
87:22 94:13,23
95:2
**employed** 11:11
**employee** 129:14
129:15
**employees** 117:4
117:6,9
**employment**
6:25 7:10
**enclosures** 108:9
**English** 4:6,7
12:10 29:8
63:16 72:19,20
106:14,15
**enjoy** 94:10
**entered** 5:11
125:2
**entire** 16:7
**entities** 40:23
**entity** 6:18 9:18

13:14 14:4
22:7 23:5,15
32:24,25 99:9
99:17 111:23
114:14,25
118:18
**equivalence**
90:12
**Eric** 20:20
**especially** 94:9
**Esquire** 2:6,11
**established**
13:13 68:24
69:1 97:4
108:20 121:19
**estate** 119:10
**evaluate** 80:16
89:7,17 90:14
93:15 119:13
**evaluating** 27:17
**eventually** 28:10
**evidence** 49:6
50:23 66:13
68:10 70:11
93:15
**evidenced** 67:22
**exact** 79:9 101:7
124:6
**exactly** 29:19
47:17 60:22
**EXAMINATI...**
3:3 4:18
**examined** 4:17
**example** 8:20
65:12 79:24
89:20 104:16
**excellent** 77:13
**exclusive** 76:24
**exclusively**
48:19 52:5
54:5 68:1,2
74:21 75:3,5
76:18,23 78:14
89:14
**executive** 34:3,4
**executives**
117:10

**exhibit** 12:9
30:3,13 61:5
61:20 64:8,11
67:6 70:11,24
82:16,19 84:2
84:5,23 85:1
86:18 87:10
88:12 89:10
90:7 91:6,8,13
92:22 94:19,24
95:19 100:2
102:8,20 104:4
106:20 107:16
108:9,13,13
124:23 125:1
**exhibits** 3:9,9,12
3:12 107:19
**existing** 99:16
**expectations**
74:4
**expects** 43:1
**experience**
102:21 121:16
**Expires** 126:20
127:20 128:25
**explain** 66:11
89:13 96:9
**expresses** 83:1
**extent** 20:13
76:16 113:8,11
116:14 123:3
**external** 14:4
97:16
**extra** 30:7

————————
**F**
**fact** 67:23
**facts** 64:24
75:13
**fair** 13:16 37:18
47:24 62:9
63:24 68:13
115:24
**faith** 49:14 71:6
**fallen** 14:7
**false** 41:2,4,5,9
41:16 49:1,4,5

49:20,24 50:9
50:14,18 51:16
52:2,19,21,24
53:4,5,6,15,24
54:1 55:22
56:8,17,22
60:4,16 62:9
63:10 64:22
65:7,23 66:2
66:16 73:19,23
75:9 76:12
77:2,3,15,19
78:23 79:1
80:9 84:25
88:17 89:10,23
91:3 92:18,22
94:13,25
104:19 108:11
108:16 109:11
**falsely** 87:24
**familiar** 11:25
12:2,17,22
14:25 15:3
14:14,22,25
**familiarity** 13:4
**far** 99:1 101:17
104:24
**Fast** 39:9
**Fat** 39:9
**father** 35:24
36:1,4 123:5
123:23
**February** 1:19
126:10,13
127:10,13
128:11,12
129:20
**feel** 77:11
**figure** 75:7
109:17
**figures** 16:8
**file** 15:16,22,24
16:1,1,7 17:6
22:24 28:8
29:2,14 31:5,6
31:9,10 34:9
42:15 43:24

44:9,18 46:9
48:3,10 58:1
73:25 76:1,8
82:3 90:24
92:10 101:16
101:19 102:10
103:17 111:12
111:14 112:11
114:6 115:4,7
116:1 121:6
**filed** 49:25 50:9
64:20 111:24
114:1
**files** 13:24,25
15:25 31:11
**filings** 112:13,18
112:25
**fill** 23:10 24:2
**fills** 83:3
**finances** 111:10
**financial** 10:6
16:8 17:5,16
19:13 23:19
24:14,16,20,21
25:5,8,14
27:23 32:9
47:18 54:16
66:7 77:24
90:2 99:14
109:3 110:24
118:17,20
120:13 121:4
123:8
**financially**
129:17
**find** 16:13 24:24
85:20
**fine** 5:13 61:21
81:1 115:17
**finer** 93:6
**finish** 5:21,22
29:9 70:7
**finished** 121:14
**firm** 39:11
**first** 4:16 22:2,3
22:23 23:9
24:7 39:24

50:23 59:16
61:7,9 65:22
67:8 99:19
100:23 107:16
123:15,18
**firsthand** 28:25
**five** 26:10
**Florida** 1:1,21
2:5,10 21:7
28:20,21 67:15
110:8,11 126:3
126:19 127:3
127:19 128:2
128:23 129:3,6
**focus** 70:21
**follow** 13:12
20:16 40:12
90:6 116:16
**following** 4:1
36:8 72:11
74:10 86:15
117:1 120:21
**follows** 4:17
**followup** 22:17
22:18 42:4
74:12 100:19
**foregoing** 129:8
**form** 14:12
17:25 19:10
21:16 37:6,12
42:21 43:3,4
60:6 83:3
118:4,14
**formal** 36:25
**formally** 37:1
104:23
**forms** 39:25
42:25 57:11
**forth** 87:3
**forwarded** 95:20
**four** 37:5
**FPR** 1:24 126:18
127:18 128:21
129:25
**frequently**
118:13,16
**Friday** 1:19

**friend** 104:23
**front** 58:25
85:22 100:3
**full** 4:20,25
106:20
**function** 7:8
49:7
**functions** 7:6
**funds** 8:14 23:12
43:2,19,20,21
66:21 71:20,25
73:3,9 79:24
93:22 110:24
120:24
**furnish** 84:6
**furnished** 84:25
86:2 90:12
91:2,18,18
94:25
**further** 129:13
**future** 74:5

_____

**G**

**G-E-R-I-N-G-...**
11:7
**gather** 24:11
**general** 20:3
21:19,20
107:10,15
118:1
**generally** 13:18
18:17 21:1
**generate** 66:6
**Geringes** 11:7
**getting** 21:11
95:4 107:13
**GG105318**
126:19 127:19
128:24
**give** 4:11,23
5:15 7:20
12:15 13:10
20:3 61:25
83:18 98:8
99:13 101:7
116:1 119:8
**given** 23:14

28:13,15,16
50:5 67:14
79:3 83:1
107:6
**gives** 89:5
**giving** 44:21
**go** 14:3 16:16
38:12 51:11
58:20 64:7
69:24 78:3
94:11 97:25
111:22 124:3
**goes** 74:18 111:2
**going** 5:17,18,18
5:19 6:4 23:7
23:14,14,16,16
25:1 29:10
30:2,18 31:16
34:5,7 52:10
54:17 56:5,9
56:10 65:13,14
65:23 66:4
69:20 70:15
71:6 80:15
87:9 90:7 96:8
96:22 97:20
98:7,10 99:13
100:17 102:3
110:18 114:11
119:16 121:21
122:13,14
**good** 4:20 38:15
49:13 60:23,23
71:6 77:23
92:25
**governing** 93:20
**government** 7:1
81:7,15 97:10
**gracias** 60:14
**grant** 72:5 73:13
77:25
**granted** 49:9
**grants** 71:7
**great** 38:20
**greatest** 39:8
**group** 7:3 32:14
32:16 35:14

68:25 74:3
77:23 79:12
103:5,13 123:9
124:5
**growth** 55:16
74:6
**Grupo** 38:7
40:19,23
**grupomezerha...**
32:7
**guarantee** 18:12
27:23 49:9
**guaranty** 58:16
68:7 80:12
83:19 93:19
106:23 107:10
119:1 120:23
121:17
**guarantying**
77:9
**guard** 121:1
**Guatemala** 89:1
**guess** 44:4
**Gustavo** 2:15
72:15 127:8

_____

**H**

**half** 11:16
**hallway** 36:21
**hand** 4:4 72:17
**handing** 87:9
**handles** 24:5
**hands** 76:5
**Hane** 1:5,11
38:17 46:16
111:19
**Hané** 15:4,14,17
15:19 28:4,11
28:21,25 29:20
31:2 39:12,17
40:19 41:18,22
46:16 47:20
50:14 53:24
55:4 60:1,15
62:6 63:8
64:14,21 73:20
73:24 74:3,16

75:13 78:3,9
79:2,24 81:6
81:13,19,24
84:6 87:21,24
88:9 89:21
90:8,15 91:2
92:7,18 94:14
94:25 98:24
103:22 104:23
106:9 108:11
109:8,12 111:5
113:6,20,22
114:13 115:15
115:18 116:9
116:23 118:2
119:1 121:3
**Hané's** 13:5,21
14:11,19,25
28:2,11,21
54:18 83:9
91:16 99:9,17
111:10,13
112:12,18,25
124:14
**happened** 68:9
**hard** 25:3 31:8
31:10
**head** 5:25
102:24,25
103:4 104:8,12
**heading** 64:9
**healthy** 78:4
89:6
**heard** 99:21
114:21,22
115:4
**Hello** 87:19
**help** 8:25 90:13
90:16
**helping** 7:18
94:20
**helps** 48:18
90:23 93:13
**hid** 109:15 114:1
**hiding** 113:6,20
**high** 105:18
**highly** 104:7

121:6
**history** 16:14
**Hoffman** 1:20
2:9,11 3:3 4:19
5:13,14 11:5
12:7 14:13
17:13 18:1,4
18:15,21 19:14
20:18,25 21:5
21:10,12,22
26:14,24 30:2
30:7,11,21,24
32:21 36:6,10
37:9,17 40:6
40:10,12,14
50:25 51:11,21
53:11,19,22
56:5,18,19
58:24 60:7,12
61:1,21 62:7
64:6,18,19
67:3,7,18 70:4
72:8,22 73:17
76:20 81:9,18
82:6,14 83:21
83:25 85:14,17
85:24 86:2,6
86:11,17,23
87:2,6,8 90:5
95:4,10 97:24
98:3,19,22
106:25 107:6
107:12,18
108:1,7 113:10
114:5 116:17
117:3 118:8,23
123:4 124:19
124:24 125:6
**Holdings** 114:13
**Honduras** 88:25
**hope** 94:10
**hug** 87:21

───── I ─────
**idea** 30:21 37:7
124:5
**identification**

12:6 24:1,14
30:6 57:6,11
58:23 60:25
70:3 82:13
86:20 108:6
125:9
**identity** 42:21
**illegal** 20:23
**imagined** 50:6
**immediately**
108:23
**impact** 110:24
**implies** 96:21
**important** 5:21
5:24 25:8 29:7
55:11 69:4
77:21 78:15,21
81:22 94:5
109:3
**Improvements**
8:8
**improving** 77:8
**include** 32:9
106:21
**included** 74:11
114:4
**incorporate** 22:4
34:6,9
**incorporated**
29:20
**incorporates**
107:9
**incorrect** 67:20
**incorrectly**
101:20
**INDEX** 3:1
**indicate** 58:12
89:3
**indicated** 42:6
75:8 87:16
88:18 100:6
110:14
**indicates** 75:18
83:12 88:23
100:17 102:2
103:18
**individual** 61:3

**individuals**
57:19
**inform** 55:21
**informally** 37:2
**information**
15:6 17:5,11
17:17,18 18:13
22:13 23:11,13
23:19 24:10,15
24:16,20 25:13
25:17 27:6
39:3 40:5
42:25 43:2
48:17,19 49:1
49:4,5,12,20
49:23 50:9,10
52:15,20 53:6
53:24 54:1,3,4
54:5,6,9,11,13
55:4,5,7,8,12
55:18,20,24
56:1,3 58:14
65:9 70:16
71:9,10 74:12
75:17 79:3,4
80:18 81:22
84:6,10 85:2
87:20 88:20,22
89:2,4,5,10,16
89:24 90:4,12
90:13,15 91:9
91:11,15,18,20
91:22 93:12,13
94:16 95:3
96:13,18 97:6
98:17 104:19
105:13 109:2
109:16 113:23
116:3,4,15
119:14,20
120:5,7 123:13
**informed** 69:20
**inhouse** 98:20
**initially** 43:17
**inquiry** 80:21
**insolvent** 120:11
**institute** 118:17

**institution** 18:14
97:13 118:20
123:8
**institutions** 10:6
17:16 32:9
**instruct** 20:12
116:13
**instructed** 20:21
**instructions**
61:25
**intend** 72:7
73:15
**intended** 64:2
66:23 68:12
70:25 72:1
73:9
**interest** 59:12,13
62:3 83:18
105:4,10,11,13
105:15,18
**interested** 94:5
129:17
**interests** 49:10
93:25
**internal** 14:4
82:24 97:16
98:6 106:10
**international**
1:8 6:19,21
7:13 17:20
32:14,15 33:1
**internet** 8:7
17:11 23:17
25:16 74:2,8
74:19,22 75:9
75:12,22 78:25
**interpret** 4:5
72:18
**INTERPRET...**
126:1 127:1
**interpreter** 2:14
2:15 3:4,5 4:8
11:2 30:20
40:9,11 72:13
72:15,21
106:18 119:4
**interrogatories**

76:15
**interrogatory**
51:6 53:9
89:12 113:9
**interrupt** 24:9
**interruption**
41:25
**interview**
123:11,15
**introduce** 30:2
**introduced** 28:4
29:1 31:3
41:19 123:17
**introducing**
29:19 103:22
**introduction**
28:7
**invest** 118:19
**invested** 71:6
**investigation**
79:5 81:7,14
89:22 98:25
99:10
**investigations**
16:10
**issue** 28:11
79:18 106:24
110:16 120:15
120:20
**issued** 12:18,22
13:4 14:11
100:22 101:12
101:22
**issues** 17:23
**Issuing** 118:9
**items** 77:1 91:24
95:16
**Izijk** 31:23
33:12,18 35:6

_____ J _____

**J** 31:25 35:22
36:4 37:22
38:9 39:13
99:8
**J-A-I-M-E**
26:20

**J-U-L-I-O** 5:3
j@jorgehanelab
62:18 87:13
j@jorgehanel...
63:17
**Jaime** 26:20
28:9 29:15
40:5 95:21
98:23
**January** 5:12
jcastillo@gru...
31:20 32:4
**Jeffrey** 59:8
61:16 62:25
64:17
**job** 6:16 7:21
8:18 9:4 10:13
10:24 11:15
25:22 46:3
118:18 123:15
123:21
**Jorge** 1:5,11
28:21 39:12
59:25 62:6
63:8 64:14
74:3 87:21,21
88:9,9 89:21
98:24 109:8
113:22 114:13
118:2 119:1
**Jorgehane** 12:18
12:23 28:22
43:14 45:7,22
46:3,16,23
48:2,3 49:1
52:1 57:4,19
67:12,23,24
69:9,11,15,16
74:16 79:13,25
87:20 88:13
110:6,11
111:23 114:7
114:19,24
124:17
jorgehanelab
87:17
jorgehanelab....

61:13 62:22
76:1,13 77:2
**jorgehanelabo...**
59:4
**Judge** 116:12
**Julio** 1:15 3:2
4:15,22 5:2
128:9 129:9

_____ K _____

**keep** 49:16
52:13 54:2
**kind** 19:3
**knew** 13:23 99:9
**know** 14:6 21:5
22:7 24:17
29:4,5 31:15
33:24 37:13,13
37:16 38:1,24
39:2,5,19,19
40:15 41:6,7
41:20,21,24
43:5,21,22
45:17,19 47:14
47:21 49:21
51:2,24 52:10
52:12,18 53:5
53:14 54:12
56:9,16,22
59:21 61:19
62:2 67:2
68:14,22 75:21
76:7,16,25
77:3 80:14
85:19 88:6,10
88:16 91:23
94:12,22 95:6
99:1,2,3,6,7,8
99:12 100:14
102:12 103:12
104:2,12,14,24
104:25 105:12
105:13 111:15
113:11 114:16
114:18 115:12
116:6,8 122:4
122:23 123:1

123:14
**knowledge** 9:5
13:6,8,17 14:5
14:10 19:21
28:3,25 32:6
32:19 41:1
42:3 44:5
69:12 76:11
**knowledgeable**
112:24
**known** 90:3
120:22
**knows** 32:18

_____ L _____

**Laboratories**
12:19,23 28:22
38:17 43:14
45:7 46:4,16
46:17,24 49:1
57:4,19 67:12
67:23,24 69:10
69:11,15,16
74:16 79:13,25
87:20 88:13
110:6,11
111:19,23
114:7,19,24
118:2 124:17
**Laboratories'**
45:22 48:2,4
52:2
**Laboratory**
28:21
**lacking** 22:13
**Lairet** 2:15
72:15 127:8
**large** 48:10
112:15 119:12
**Larin** 1:20 2:9
**late** 14:8 45:7
**latest** 59:24
**Latin** 88:24
**laundering**
18:10
**laws** 20:14,14
**lawsuit** 49:22

50:13 108:23
114:6
**lawyer** 20:20
116:19
**leave** 33:21
45:14 56:11
**legal** 17:23
84:13 96:13
108:23 109:13
110:10,17
**legally** 97:2
**lend** 20:6 21:2
**lending** 8:22
19:4,9 21:6,15
40:18
**let's** 18:17 22:20
32:2 38:12
57:10 58:7
63:4 65:12,21
67:7,19 69:23
73:18 76:21
82:9 85:20
86:3,13,17
91:10 94:11
124:3
**letter** 3:17 16:4
16:5,25 59:10
71:23,23 72:2
72:3 73:6,6,10
73:11 84:12,19
84:21,24 85:1
91:8 108:5,9
108:14,15,18
108:22 111:5
**level** 16:11
**license** 57:14
**life** 22:19 120:3
**lightly** 121:10
**line** 53:20
**lines** 19:6 40:6
**link** 40:2 42:7
**little** 21:19 22:21
31:15 41:13
**live** 6:11,12
**lived** 6:13
**LLC** 80:3
114:13 115:2,9

13:12 14:15,19
15:22 16:3
19:11 21:25
22:1,23 23:15
24:19 26:2,5
28:10,14 31:5
43:23 45:2,6
45:22,24,25,25
46:4,19 48:15
48:16 55:16
59:11,15 63:18
63:18 65:12,23
67:14 68:4,6
70:12,25 71:14
71:18,20 72:5
72:7 73:2,4,14
73:16 74:17
79:18,24 90:17
91:19,25 92:19
94:15 95:1
100:22 101:2
101:12,22
103:19 105:14
105:19,21,25
106:5 110:22
118:2,3,9,20
119:10 120:1,8
120:15 122:7
**loans** 12:18,22
13:4,10,18,21
14:11 19:5,5,6
27:18 45:23
50:15 64:1
73:21 99:16
106:5 117:21
117:23 118:6
118:18 121:19
**local** 9:17
**located** 67:15
96:11
**location** 20:4
**long** 6:13,20
52:13
**long-range**
119:9
**longer** 14:17
112:21

**look** 53:16,17
56:15 67:7
78:10 95:19
98:17 100:8
**looked** 75:22
101:18
**Looking** 76:5
**looks** 121:2
**lose** 38:20
**losing** 120:1
122:9
**loss** 104:9
**losses** 120:4
**lot** 9:5 19:8,12
21:14
**loud** 31:17 59:5

—————————
**M**
—————————
**M-A-R-T-I-N...**
45:10
**M-A-S-H-U-D**
26:15
**M-E-Z-E-R-H...**
26:17
**main** 19:24
24:22,22 25:25
26:1 49:7
103:1
**maintain** 43:8
**making** 9:7 25:9
82:18 91:24
100:1
**manage** 8:25
19:18,20
**manager** 11:18
14:22 22:10,24
23:7,8,23
24:11 26:4
27:5 33:13,14
34:10 45:1,8
57:5 58:14
71:24 73:7
74:9,24 75:12
76:4 83:20
102:2 122:15
**manages** 24:5
**managing** 6:17

6:20,25 7:6
9:12,15,20,23
10:15 11:17,19
13:23 19:15
33:6,10,22
49:8 112:20
**mandatory** 7:7
7:24,25 8:6
16:16 22:6
27:19 34:18
56:3
**manufactured**
69:3
**manufacturing**
38:19
**mark** 67:5,9
69:24 86:17
**marked** 12:5,9
30:5,13 58:23
60:25 70:2
82:12,15 86:20
87:10 108:5
125:8
**market** 104:9
105:14,16
**marketing** 55:22
77:12
**Martinus** 45:9
45:12,21 46:15
46:23 47:19
48:12 59:7
61:16 62:23
100:7
**Martinus's** 46:2
100:9
**matches** 74:19
**matter** 4:11
113:1
**maturity** 105:25
**McCausland**
87:18 88:5
**mean** 7:12 8:17
8:19 9:4 10:17
12:24 13:24
14:2,6,7,16,17
16:15 17:15,18
19:6,12 21:19

21:20 22:11,13
23:10,11,14,18
24:6,6,22
25:25 31:7,9
33:17 36:20
37:14 38:3
41:10 42:25
43:19 44:14,15
45:3 48:9
49:13 50:8
51:9 55:5
58:16 63:22
64:4,25 66:6,6
68:10,25 69:2
70:17 71:16
93:11 94:23
96:15 100:19
103:3 104:18
113:5,19 120:2
121:21
**means** 104:19
110:24
**meant** 44:14
**measure** 77:22
**meeting** 83:16
123:15
**member** 88:3
**members** 75:1
103:13 122:17
**mention** 78:15
89:21 103:15
**mentioned**
15:21 42:11,19
57:7,8 65:20
77:1,1 110:14
123:7
**mentions** 58:9
**merchandise**
71:3
**met** 20:19
123:10,18
**method** 47:6
**Mezerhane**
26:19 31:25
35:12,13,13,22
38:7,9 39:11
39:13,14,17

40:19,23 87:13
87:17 88:3
90:9,16,22
91:17 92:8
93:1,17 95:20
99:8,12 103:4
103:7 104:22
120:16 122:23
123:17,22
124:1
**Mezerhane's**
37:22
**Mezerhanes**
123:3
**Miami** 1:2,21,21
2:5,10,10
94:10 102:24
102:25 103:10
103:18 104:8
104:13 117:15
117:16 123:16
**MIAMI-DADE**
126:4 127:4
128:3 129:4
**Michael** 2:11
**middle** 104:6
**million** 18:25
19:2
**minimum** 59:16
**minute** 18:18
36:20 116:23
**missing** 16:20
93:4
**mistake** 119:5
**mistaken** 28:13
45:15 79:15
85:6 109:7
**misusing** 79:24
**moment** 37:8
50:1 60:17
**money** 18:10
43:8,16 59:21
65:15 66:17
67:21,24 68:11
69:17,20 71:11
79:18,20,25
80:12 90:17

91:25 101:4
112:5 118:19
118:21 120:1
121:23,24,24
121:25 122:9
**monies** 62:1
66:13
**month** 6:22 7:4
63:5
**monthly** 59:13
**morning** 4:20
39:24 83:17
**mortgage** 121:7
**mortgages** 19:6
25:23
**moving** 49:17
**Mshoffman@...**
2:12
**muchas** 60:14
**multiple** 29:10
53:23

**N**

**N.V** 1:8
**name** 4:21,25
17:14 26:16,18
32:25 41:12
43:13 67:11
68:19 75:16
79:9 100:9
108:17 114:15
**names** 26:11
69:21
**naming** 21:13
**narrow** 53:25
**native** 106:17
**natural** 8:19
**naturally** 25:21
**nature** 118:20
**near** 74:5
**necessarily** 18:3
18:5,6 43:19
50:22 68:18
78:6 92:9
93:11 103:8
**necessary** 27:7,8
27:10 42:15,17

52:14 94:4
109:2
**need** 11:1 34:18
47:11,25 52:11
94:12 95:6
97:20 121:7
122:11 124:21
**needed** 55:16
**needs** 6:1 18:1
**Nelson** 26:18
31:25 35:12,20
35:22 36:3,3
37:22 38:9
39:13 87:13,17
87:19 88:3
90:8 91:17
92:7 95:20
99:8 122:23
123:3 124:1
**network** 38:21
**networks** 55:14
**Never** 5:7
114:21
**new** 14:18 37:5
77:8 98:17
102:23
**newspapers** 32:9
**Nicaragua** 89:1
**nods** 6:1
**nonresponsive**
95:5
**normal** 20:1
47:3 100:16
101:10
**normally** 24:2
**norms** 97:12
**North** 1:21,21
2:10,10
**Notary** 126:19
127:19 128:23
**notes** 129:12
**notice** 3:13 12:4
12:8 109:20
111:6
**notification**
109:8
**notified** 69:4

111:1 120:12
**notifies** 85:7
**notify** 84:12,15
108:23 109:13
**November** 43:25
59:1 61:10,14
62:11,18,23
63:12,15 64:15
100:10,23
101:5 102:2,9
102:17 106:1
108:3
**number** 40:16
61:3
**numbers** 43:6

**O**

**oath** 3:4,5,6 6:9
126:1 127:1
128:1
**object** 32:17
50:21 56:13
76:14 89:11
113:8 116:7,13
123:2
**objection** 14:12
17:25 18:8
19:10 20:11
21:16 37:6,12
53:8 60:6
118:4,14
**obligated** 10:15
**obligations**
10:16 111:6
**obliged** 109:24
**obtain** 18:12
46:7,15 94:15
95:1 112:8
**obtained** 38:16
38:24 39:3
74:1 119:20
**obtaining** 21:25
**occasions** 8:17
**occurred** 64:24
101:21
**October** 30:15
31:21 33:9

34:24 36:24
43:25 87:12
91:17 99:16
108:2 124:5
**October/Nove...**
45:7
**off-the-record**
83:23 98:1
**office** 19:24
102:24,25
103:1,4 104:8
104:13
**officers** 117:10
**offices** 19:23
**offshore** 20:1
96:10
**oh** 35:21
**Okay** 4:25 6:6
8:21 11:6 13:2
13:15 14:23
16:19 18:16
21:23 22:2
25:2 27:21,25
29:6,13 30:25
31:6 32:2,22
33:4 34:20
36:19 38:12,14
39:13 40:25
42:21 44:25
48:1 49:15
52:16 53:2
54:8,17 56:18
58:3,18 60:2
60:18,23 63:2
63:24 64:5
67:10 73:18
74:7,25 76:2
76:18 78:1
82:9 83:8
84:17 85:4
86:7,13 88:1
88:11 92:6,25
95:18 96:25
99:23 100:21
102:19 104:21
105:8 106:3
109:5,23

111:21 115:17
122:22 123:6
**omitted** 94:17
**once** 89:13
**one-year** 105:22
106:5
**ones** 42:19 48:8
51:20 74:3
85:18 111:15
112:22
**online** 42:24
98:14
**open** 24:3 40:1
42:10,13,16,18
55:21,23 56:11
**open-ended** 69:8
**opened** 43:11,18
44:16 65:14,15
**opening** 24:7
32:1 34:12
42:8,21 43:10
46:9
**operated** 114:17
**operations** 7:18
7:22 8:9,16,20
11:18 19:21
33:13,14,16,17
**opinion** 89:8
116:2 121:11
**opportunity**
124:4
**order** 1:14 3:18
5:11 13:9 14:3
17:17 18:9
27:10 40:1
42:10,13,15
47:10 71:4
72:5 73:13
89:7,17 92:19
93:21,21 94:14
95:1 124:23
125:2,3,8
**orders** 125:5
**origin** 23:12
**original** 90:25
**outside** 20:6
105:15 117:10

**Overseas** 11:12
**overthinking**
  50:11
**owed** 59:17
**owner** 32:13
  39:11 115:15
**owners** 32:20
  38:4 121:23
**owns** 32:15

**P**
**P.A** 1:20 2:4,9
**p.m** 1:19 31:22
  61:10,14 87:12
  125:13
**package** 39:25
**page** 3:2,9,12
  61:6 62:14
  63:13 76:19
  87:11 88:12,17
  88:19 90:7
  94:7 102:20
  104:4
**pages** 1:17 2:14
  2:15 88:21
  121:8 129:9
**Panama** 89:1
**paper** 16:1
**paragraph**
  102:22
**parameters**
  118:5
**part** 14:16 19:13
  31:5 32:11
  38:10 48:17,21
  52:14 54:3,10
  71:14 75:10
  78:11,17 89:16
  90:23 91:20
  92:3,8 93:8
  95:23 96:5,15
  110:24
**partially** 52:3,21
  74:21
**participation**
  122:2
**particular** 37:8

118:7
**parties** 109:25
  129:15
**parties'** 129:16
**parts** 108:21
**pass** 87:2
**Passports** 57:13
**pay** 24:18 62:3
  71:2,3,3 72:7
  73:16
**paying** 110:22
  119:18
**payment** 59:13
  59:17 119:13
**penalty** 6:9
**pending** 77:17
**people** 14:15
  26:8 37:5 57:7
  57:18 58:5
  93:18 96:11
  97:1,5 121:24
**percent** 18:13
  32:13 38:1
  54:19,22,23
  59:12,17 63:5
  88:20 105:5,7
  105:10
**perfectly** 92:16
  97:3
**perform** 7:6,8
**performed**
  46:11
**period** 59:20
  120:3
**periods** 118:21
**perjury** 6:9
**person** 10:4
  12:17,21 14:20
  16:14,15 18:13
  23:2,3,18 24:2
  24:5,25 25:21
  25:22 34:5,7
  68:5 90:3
  99:14 118:21
  120:21 122:1
**personal** 19:6
  23:11 44:5

59:15 83:19
  96:8 104:23
  106:23 111:10
  111:13
**personally** 29:4
  41:11 76:7,16
  105:12 122:19
  122:24 126:8
  127:8 128:9
**persons** 47:22
  103:13 112:19
  117:14 123:14
**Peru** 88:25
**pharmacies**
  88:24 119:22
**phone** 47:6,9
**pick** 17:23
**place** 24:6 27:13
**places** 24:22
  27:5
**placing** 75:16
**Plaintiff** 1:9 2:3
  3:9
**platforms** 7:24
**please** 4:4,20
  7:20 12:20
  49:15 59:21
  60:11 72:17
**point** 60:3,5,10
  60:13,14 62:8
  63:10 78:2
  93:6 95:5
**points** 77:7
**portfolio** 22:5,6
  22:9 29:21
  45:23
**portfolios** 9:1
  12:24
**portion** 51:13
  63:25 72:24
  75:23 81:10
  113:15
**position** 7:15
  14:21 33:19,22
  41:8 49:23
  51:25 53:3
  54:2 60:4

67:21 69:17
  70:22 96:1,3
  110:16
**positions** 10:11
**positive** 107:22
**possible** 6:5 40:3
  49:17 50:10
  77:10 93:5
  101:8
**possibly** 48:12
**potential** 77:10
**power** 66:8,8
**precise** 60:22
**predicate** 21:11
**prefer** 106:17
**Premiere** 32:14
  32:15,24 33:1
**prepare** 94:12
  94:20
**prepared** 82:7
  83:20 97:11,15
  98:20 100:5
  102:5,8
**prepares** 97:14
**preparing** 83:16
**presence** 70:17
  119:21
**present** 2:14
  9:12 28:6 44:1
  58:11,13 65:19
  103:10
**presenting** 50:3
**prestigious**
  38:18
**pretty** 48:10
**previous** 9:4
  14:22 16:6
  33:6
**previously** 27:4
  87:16
**print** 64:7
**printed** 86:22
  107:1
**prior** 17:3 53:17
**privileged**
  116:15
**probably** 87:6

**problem** 54:16
  107:12 109:19
  111:3
**problems** 8:14
  8:15 90:2
  99:14 120:13
**procedure** 13:13
  47:4 78:7
  84:13 100:16
  125:4
**procedures**
  13:17 74:10
  78:12 97:3,7,9
  97:11,19,21
  98:6
**proceed** 27:10
**proceeding**
  108:24 110:17
**proceedings** 3:1
  4:1 36:9 72:12
  86:16 109:13
  110:10 117:2
  125:12 126:1
  127:1
**process** 5:16 9:5
  13:9,20 14:2
  16:18 21:25
  27:13,15,17
  43:23 47:11
  74:15 75:8,23
  77:18 89:22
  92:4 93:14,16
  122:2
**processed** 14:19
  77:18
**produce** 71:4
  116:10,11
**produced** 15:4
  15:14,19 16:6
  17:2 57:24
  85:23,25 86:9
**producing** 74:6
  77:8
**product** 55:15
  57:9 70:18
  74:6 75:19
  77:10,12

**products** 38:19
65:18 66:8,9
69:3 77:8 85:3
85:7 104:9
**Professional**
129:6
**projects** 7:18 8:6
**promoting**
75:19
**proposal** 23:20
**proposes** 23:20
**protecting** 49:9
**protective** 1:14
3:18 5:11
124:23 125:2,3
125:8
**provide** 5:19
55:8 56:1 57:4
57:12,21 80:18
81:22 84:10
96:13,14,16,18
97:5 109:1
111:6 113:23
**provided** 42:13
52:1,6,7 53:24
54:14 55:4,19
55:20,25 57:18
69:22 70:17
71:9 75:18
79:4 87:24
89:17 92:18
94:14 101:4
105:19 108:11
109:20 116:4,5
**provides** 55:11
56:3 74:23
125:4
**providing** 58:14
104:19
**Provincial** 11:12
**public** 98:14
126:19 127:19
128:23
**pull** 53:13
**purchase** 118:19
**purpose** 43:8
46:19 47:18

63:18 66:11,12
68:12 71:11,20
71:25 72:4
73:3,8,12
91:19
**put** 43:16 64:13
72:1 73:9 93:6
93:9

---

**Q**

**qualify** 96:19
**quality** 77:13
**question** 5:22,25
6:5 10:20
12:20 21:9
29:9 46:14
50:12 51:5,12
51:15,23 56:11
60:11 63:9
68:21 70:20
72:23 73:1
74:20 78:18,19
80:4,20 81:8
81:12 90:25
105:17 113:14
113:17
**questioning**
53:20
**questions** 5:17
20:22 44:23
49:16 52:8
78:16 80:23,24
105:2 122:22
**quickly** 49:17
**quite** 112:15

---

**R**

**R-I-V-E-R** 11:8
**Rafael** 26:18
35:20 36:3
**Raise** 4:3 72:16
**Ramsey** 45:9
59:7 61:15
62:23 63:4
64:15 100:7
**rate** 83:18 105:4
105:10,11,15

105:19
**rates** 105:13
**ratified** 84:11
**reach** 27:2
**reached** 105:12
115:18
**read** 12:10 28:8
29:2 30:18
31:17 40:7,10
51:14 53:19
59:5 61:12
62:21 72:22,25
76:1 81:9,11
87:15 88:15,22
89:24 99:18
106:14 110:2
113:16 124:20
**reading** 38:13
39:6 106:14
125:10
**real** 119:2,10
**really** 19:12
39:23 53:11,12
53:21 94:4
**reason** 24:25
41:14 46:18
48:24 49:18
57:15 64:1,11
109:11
**reasons** 68:3
**recall** 75:24,25
79:9 81:16
82:2 83:4
101:17 103:20
103:23 104:14
105:1 111:11
112:4,7,10
114:10 124:6
**receive** 49:12
**received** 30:17
58:19 65:3
80:10 89:16
93:1,2,12
115:11 121:3
122:8
**receiving** 79:18
**reception** 64:25

**recess** 36:5
**recognize** 98:9
**recommend**
48:15,15
104:16 117:15
**recommendati...**
22:12 27:12
46:11,13 48:18
103:16 104:5
104:15 116:16
120:18,21
121:20,22
122:1,15
**recommendati...**
120:18
**recommended**
102:24 103:15
103:18 104:7
121:20
**reconvening**
36:8 72:11
86:15 117:1
**Recor** 2:4,6 5:8
14:12 17:10,25
18:8,20 19:10
20:11,19 21:3
21:8,16 26:12
26:15 30:9
32:17 37:6,12
50:21 51:1
53:7,16 56:13
60:6,9 61:18
64:13 66:25
67:4 76:14
82:4 85:12,15
85:21 86:1,4
86:10,21,25
87:4 89:11
95:7 97:22
98:12,21
106:19 107:5,8
107:14,22
113:8,11
116:13 118:4
118:14 123:2
124:21 125:1
**record** 5:9 29:10

51:13 61:19
64:14 72:8,24
81:10 83:21
87:7 98:5
106:13,20
113:15 129:12
**recovering**
120:5
**Reduce** 39:9
**Reducefatfast....**
80:3 115:9
**refer** 37:10
**reference** 43:9
59:15 64:23
84:18 93:10
100:1 103:6
104:13
**referenced**
108:12 114:12
**references** 23:13
64:21 82:18
87:11 106:22
107:9
**referred** 28:9
29:15 37:20
**referring** 31:2
38:25 58:8
62:19 66:24
82:20,22 84:1
88:19 100:12
104:1 111:5
**refers** 64:24
**reflect** 54:15
74:5
**reflected** 55:12
70:10,23
**reflects** 74:1
**regarding** 17:6
20:22 61:25
78:24
**regards** 40:4,5
59:25 62:6
63:8
**registered** 114:4
**regulating** 9:18
13:14 14:4
22:7 23:5

97:12
**regulations** 7:24
    7:25 8:6 97:12
**regulator** 121:19
**regulators** 93:20
    97:3
**reiterate** 97:20
**related** 65:23
**relationship**
    11:22 28:2
    69:2 102:21,23
**relationships**
    40:19
**relative** 129:13
    129:15
**relied** 91:24
    95:14
**rely** 25:9
**relying** 70:12
    94:24
**remember** 27:22
    29:18 43:24
    44:1,10,11,17
    46:8 47:16
    48:7,9 49:7
    57:13 71:8
    80:5 83:11
    92:11 102:12
    103:14 115:6
    121:23 124:9
**remit** 96:19
**renewed** 59:18
**renovating** 77:9
**repayment**
    25:18
**repeat** 12:20
    53:7 60:11
    81:8 104:15
    113:13 122:10
    122:11
**repeated** 64:21
**rephrase** 69:7
    71:17
**replaced** 72:14
**report** 9:20,25
    10:2,4 14:3
    23:4 129:8

**reported** 1:23
    9:2
**reporter** 3:7 4:3
    4:9 5:19 6:2
    30:13 51:14
    72:16,25 81:11
    113:16 129:1,6
**reports** 10:5
**representation**
    73:22 91:5
    108:13
**representations**
    73:23
**representatives**
    28:4
**representing**
    94:1
**request** 25:4
    39:23 45:2
    46:22,23 59:18
    59:19 68:4
    78:8 97:20
    118:24 119:8
    119:16 120:8
**requested** 25:14
    44:24 45:6
    46:18 47:5
    48:8 51:10
    68:7 97:19
    102:1 110:22
    129:10
**requesting**
    24:25 47:17,22
    59:11 61:23
    68:6 71:25
    73:8 98:5
**requests** 24:12
    78:6 83:12
    119:11
**required** 24:2
    42:9,10,25
    43:2 93:18
    108:22 116:4
    116:10
**requirement** 7:7
    109:13
**requirements**

27:20
**requires** 9:18
    71:19 73:3
    116:14
**requisite** 7:7
**research** 75:22
**resources** 68:7
    93:22
**respect** 41:5
    45:6 54:22
    121:11
**respond** 20:21
    32:18 99:11
**responsibilities**
    14:22
**responsibility**
    10:2 93:19
    96:23 113:25
    120:23,25
**responsible**
    79:19 112:19
**rest** 122:17
**restate** 8:1 46:21
    67:19 109:10
**result** 120:7
**returns** 24:21
    25:4,7 46:23
    48:4,11,25
    49:20,24,25
    50:4,8,18 51:3
    51:8,16,19,25
    52:18 53:4,5
    53:15 54:6,10
    54:13,19 55:5
    55:7 56:7 57:1
    57:2,3 111:13
    111:14 121:4
    122:9
**review** 44:8
    75:11 85:9
    111:17 112:12
    112:18 115:7
    115:25 129:10
**reviewed** 15:21
    16:21 31:12
    50:24 51:1
    73:25 97:16

100:18,25
    101:1 102:3
    103:21 112:14
    115:21
**reviewing** 115:4
    119:19
**revised** 100:15
    101:11,24
**revision** 100:10
    101:21,24
**Rica** 88:25
**Ricardo** 59:7
    62:24 64:16
**Rieber** 2:4
**right** 4:3 6:3,7
    6:10 7:14 8:2
    20:15 29:1
    30:23 35:19
    42:6 44:3
    56:25 60:19
    61:4 63:24
    71:8 72:16
    79:16,21 86:1
    86:3 92:15
    99:17 100:8
    110:8 117:6
    124:22
**risk** 77:22
    105:23 119:23
    120:11
**River** 11:8
**Rojer** 31:23 33:5
    33:21 35:3
    59:7,10 61:15
    61:22 62:24
**role** 8:4 35:15,17
    36:25 37:23,24
    49:3 55:1
**room** 72:14
**rules** 5:15

_____
**S**
_____

**S** 2:11
**S.A** 1:8
**SA** 111:24
    114:19
**safe** 77:12

**safety** 27:23
**salary** 25:22
**sale** 118:19
**sales** 24:23 77:7
    120:9
**Salvador** 89:1
**SAS** 67:25 69:10
    79:14 80:1
**saving** 121:24
**savings** 34:16
**saw** 15:7,8,16
    36:21 83:17
    112:14 115:4
    124:2,3
**saying** 66:16
    67:20 74:21
    80:8,17 101:8
    101:10 109:6
    109:10
**says** 31:19 38:23
    39:7,22 56:16
    59:9 63:3 76:1
    78:10 87:18
**scope** 18:20
    20:12 21:4
    32:17 51:5
**search** 75:15,16
    75:25
**searched** 75:12
**searches** 74:8
**second** 30:10
    38:22 72:9
    83:22 86:13,23
    97:25 104:3
    123:16
**secrecy** 20:14
**sections** 43:4
**secure** 77:11
**see** 21:1 22:14
    22:20 29:14
    62:14,19 63:23
    67:8 74:19
    78:4 83:15
    84:3 86:3,6
    88:7 95:20
    96:19 100:9,12
    102:20 104:5

106:2,13 120:4
124:4
**seeing** 44:17
46:8
**seen** 12:12 15:5
15:14 16:1,1,8
47:24 83:14
121:17
**send** 23:16 37:4
39:25 96:12
**sending** 41:11
87:19 90:3
**sends** 90:15
**sense** 118:1
**sent** 31:21 41:10
41:23 42:5,6
47:25 59:6
61:13 62:22
64:14 71:23
73:7 82:1 88:9
90:21 93:7
115:16
**separate** 11:23
106:25 107:3
114:6
**separated** 11:24
**set** 21:10 23:22
25:13
**sets** 58:19
**setting** 7:23
**settlement**
115:19,21,23
116:7
**shakes** 6:1
**share** 121:12
**short** 11:20 36:7
72:10 86:14
116:25
**short-term**
68:10
**show** 29:15
85:12
**showed** 65:2
**showing** 12:8
30:12 61:2
82:15 89:25
108:8 122:9

**shown** 65:7
85:18 106:9,11
120:9
**shows** 40:12
89:9
**sign** 81:24
**signature** 82:3
84:11
**signatures** 58:12
**signed** 42:22
108:1,2 109:19
111:4 126:13
127:13 128:12
**signing** 125:10
**similar** 16:17
**simply** 27:11
**single** 22:25 45:4
63:16
**sir** 29:12 38:15
100:4,13
**sit** 115:5
**sites** 96:13
**situation** 77:24
109:4
**skip** 40:6,8
**skipped** 61:18
**Sloan** 1:24
126:18 127:18
128:21 129:6
129:25
**small** 36:5
**sold** 65:18 88:23
**solemnly** 4:5,9
72:18
**somebody**
112:17 121:7
**son** 35:24 36:2,3
123:10
**soon** 40:2
**sorry** 70:8
101:19 119:5
**SOUTHERN**
1:1
**Spanish** 2:14,15
4:6,6 30:20,22
72:19,19
106:17

**speak** 36:17
124:10,13,16
**speaks** 51:4
**special** 7:18
**specialize** 19:3
**specific** 13:3
19:18,20 20:25
21:13 23:22
35:16 45:24
58:7
**specifically** 8:5
12:25 13:20
**spell** 11:3 26:12
**spelled** 45:10
**spelling** 4:23
**spellings** 11:1
**spoke** 123:25
124:2,7
**spoken** 34:21
36:11,14 39:16
45:21
**start** 28:1 29:9
32:2 49:13
70:9
**started** 27:14
43:23 53:20
123:21
**starting** 7:4
**state** 4:20 5:9
81:16 106:19
126:3,19 127:3
127:19 128:2
128:23 129:3
**stated** 9:12
71:20,22 73:4
73:5 79:23
81:6,13,20
84:5 108:17
**statement** 54:22
66:1,17 78:23
109:11 121:4,5
**statements**
24:21 25:5,8
41:7,8,9,9,15
47:18 50:14
53:23 60:5,15
62:9 63:11

64:22 65:7
73:19 75:9
77:2,4,14 79:1
80:9 92:18
94:25
**states** 1:1 17:24
21:15,18 63:18
64:3 82:16
89:19 102:22
117:24
**stating** 70:12
**status** 45:25
**stenographic**
129:12
**stenographica...**
1:23 129:11
**step** 22:2 76:21
101:19
**steps** 42:4
**stip** 124:22
**stipulate** 64:6
**stock** 32:23 69:3
**stockholders**
49:11
**stop** 38:22 57:10
67:19 69:7
85:10
**strike** 12:1,3
20:5 39:5 65:5
84:22 91:15
101:9 102:6
106:4
**strikes** 121:6
**strongly** 102:23
103:18
**structure** 32:23
37:25
**studies** 119:19
**stuff** 54:11
**subject** 32:1
34:11 61:16
62:25
**submit** 74:17
**subsidiaries**
68:20 69:5,22
**subsidiary** 68:14
68:22,23 69:21

**successful** 55:15
57:8 58:10,15
65:17 70:18
74:3 77:5,16
85:8 104:17
119:21
**suggestion** 20:17
**Suite** 1:21 2:4
2:10
**summarize**
16:19
**supervised** 9:1
**supervising** 9:24
10:1,12,14,21
**supervisor** 10:9
**supervisory** 97:2
**supplied** 25:17
54:3 120:6
**suppliers** 71:3
**supplies** 119:15
**support** 23:4
**sure** 26:14 36:6
49:2 66:15
81:2 97:24
110:15
**suretyship** 107:2
**swear** 4:5,10
72:18
**sworn** 4:16
128:10
**sworn/affirmed**
126:9 127:9
**system** 17:20

---

**T**

**take** 22:11 36:5
46:11 65:21
76:21 88:15
97:22 101:19
116:23 125:5
**taken** 5:6,10
16:3 36:7 42:4
72:10 86:14
116:25
**takes** 26:5
**talk** 18:17 28:1
34:14 45:24

96:8 125:6
**talked** 70:6
73:21 78:23,25
113:3,18
**talking** 29:9
34:15 60:19
67:9 79:8,23
81:3 85:11,19
85:21 90:19
91:1 101:2
108:10 117:21
123:5
**talks** 83:18
**tax** 24:21 25:4,7
46:23 48:4,11
48:25 49:19,24
49:25 50:4,8
50:17 51:2,8
51:16,18,25
52:18,25 53:4
53:4,15 54:5
54:10,13,18
55:1,4,7 56:7
57:1,2,3
111:13,14
121:4 122:8
**technology**
104:18
**telephone** 43:6
**tell** 8:1 10:12
16:20 21:18
23:25 29:7
65:11 67:20
78:3 110:2
113:3,17
116:19,21
**terms** 5:10 42:23
46:20 72:4
73:13,19 83:13
106:22,22
107:10,15
108:19
**testified** 4:17
35:18 88:2
95:22 98:19
122:4
**testifying** 92:14

**testimony** 3:2
4:10 28:24
44:20 56:21
102:5,7 120:14
**text** 38:13
**Thank** 59:25
62:5 64:18
**thing** 6:8 22:3
23:9 29:7
39:24 40:7,10
58:4 65:22
98:4
**things** 29:10
36:22 60:21
93:5 95:14
**think** 10:19 16:4
30:9 34:24
50:11 51:22
53:16 54:18,21
55:3 70:24
73:22 77:21
78:18 83:17
85:21 98:4
107:15,18
113:12 115:10
115:14,23
116:22 124:21
**thinks** 53:15
56:7
**third** 62:14
102:22
**thousands** 121:8
**three** 9:17,23,24
9:25 10:21,25
**time** 8:12 15:7
29:11 44:2,15
44:15 45:5
51:3 54:17
55:9 61:7 64:4
65:3,21 88:15
92:12 93:6
94:10 96:21
99:19 103:12
105:14 112:22
113:24 117:20
118:21 120:1,3
120:11 121:15

123:18,25
124:7
**times** 53:10
56:16
**timing** 109:18
**title** 6:16
**titled** 100:2
**today** 12:15
30:17 59:24
66:14 76:22
92:14 93:25
107:7,25
112:23 115:5
117:22
**today's** 31:13
56:10 83:16
**told** 91:4 95:7
120:12
**tomorrow** 39:24
59:24
**tongue** 106:17
**tool** 17:16 18:9
18:12
**tools** 16:12
74:23
**top** 63:14,20,21
64:9 82:16
95:19
**total** 18:19
**totally** 11:23,24
**transaction**
34:18
**transcript**
129:10,11
**transfer** 3:15
8:13 67:4,11
67:16 69:24
70:2,8
**transferred**
66:13 67:24
79:25
**transferring**
79:20
**transfers** 8:15
8:20 23:15
33:16 59:23
66:3,9,10,22

66:24 88:8
115:11
**translate** 5:18
**translated** 30:19
31:18 106:16
**translation** 5:23
**translator** 5:18
5:22 31:18
**transmits** 89:5
**transmitting**
89:25
**travel** 94:8
**treated** 121:10
**trial** 94:13
**tried** 75:13
**tries** 24:11
**trip** 123:16
**true** 41:9 54:4,7
54:10,11,12,14
54:19,23,24
55:20 56:1,4,8
56:17,22 69:13
71:10 88:20
89:3,4,21
129:11
**truest** 50:10
**trustee** 115:19
116:2
**truth** 4:11,12,12
**try** 6:4 21:1
54:17 104:20
**trying** 53:13,25
70:21 75:7
102:14 109:17
**Tuesday** 31:21
62:22
**turn** 62:14
102:20 104:3
**two** 15:25 24:2
31:6 40:6
58:19 87:10
93:5 121:4
122:8 123:3
**type** 24:4 34:17
43:6 54:16
80:11 89:15
90:2 105:19

106:6 119:11
**typical** 21:6
106:5 118:3
119:11
**typically** 20:6
23:8,23 25:4

————————
**U**
————————
**ulterior** 50:6
**undersigned**
126:7 127:7
128:8
**understand** 5:16
6:5 12:14 29:8
44:20 47:13
56:6 59:23
66:15 74:14
75:20 92:15
95:13 98:21
110:1,15
**understanding**
66:20 68:16,23
71:15 98:13
110:7
**understood** 42:2
44:19 66:7
75:4
**United** 1:1 17:24
21:15,18
117:24
**unpaid** 14:8
**unrelated**
123:22
**unusual** 31:15
121:6
**use** 18:9 55:6
62:1 66:7,9,12
66:23 68:7
93:10 106:10
**useful** 22:19
**usual** 119:10

————————
**V**
————————
**Venezuela**
117:14
**verbal** 83:6
**verbally** 5:25

**verification**
  80:12
**verifications**
  16:10 23:17
**verified** 123:12
**verify** 17:17
  25:15,18,20
  27:3 33:15,15
  75:13 85:9
**verifying** 45:25
**version** 101:15
  102:7
**violate** 20:13,18
**Violy** 87:18 88:5
**VOLUME** 1:16
**Vries** 20:20
**vs** 1:10

**W**
**wait** 85:10
**waive** 124:20
**waived** 125:11
**want** 5:9,15 21:5
  26:12 28:1
  41:7 49:2,16
  52:10,11 53:14
  53:21 58:20
  64:7,13 67:2,5
  67:8 69:8
  74:14 76:22,25
  77:3 85:12,15
  85:19 87:4
  88:16 91:23
  94:2,22 95:9
  97:22 124:20
**wanted** 51:24
  68:21 80:14,25
  81:2
**wants** 83:1
**warranty** 59:14
**wasn't** 46:14
  48:20 70:20
  80:4,20
**way** 41:18 63:14
  93:9
**ways** 47:14
**we'll** 14:23

56:11 87:2
  91:10 98:17
**we're** 34:14
  80:16 81:3
  94:7 95:4
  98:10 117:21
**we've** 78:25
**web** 74:13 76:18
  88:18
**website** 76:4,13
  77:3 78:4,10
  78:12 98:14
**websites** 75:21
**Wednesday**
  61:13
**week** 100:23
**weight** 38:20
  104:9
**Weiss** 59:8
  61:16 62:25
  64:17
**went** 13:9,21
  14:10 75:12
  76:4 89:9
**weren't** 29:3
  44:12
**wholly-owned**
  69:10,16
**wife** 115:15
**willing** 56:6
**wire** 3:15 69:23
  70:2,5,10,23
  80:6,10 88:8
  115:11,15
**withdrew** 72:14
**WITNESS** 4:13
  18:3 20:15
  26:16 51:7,18
  61:22 67:10
  113:13,22
**word** 17:8 29:18
  29:18
**work** 8:10,22
  93:18 123:9
**worked** 7:3,21
  117:20 123:8
**working** 8:3

27:14 55:17
  63:19 64:2
  65:13,24 66:5
  66:5,7,18
  67:14,22 68:5
  68:8 69:18
  70:13,16,21,25
  71:2 73:21
  78:24 79:23
  80:13 91:5
  108:12 117:17
  120:8 123:22
**works** 38:7
  45:19 47:23
  115:2
**world** 17:10,11
  66:7 104:17
**World-Check**
  16:11,12 17:10
  17:14 18:9
  23:17
**worry** 75:6
**wouldn't** 41:3
  110:20 121:9
**wrap** 116:24
**write** 5:20
**writing** 81:5,13
  83:7,9,10 84:7
  85:5 97:7
**written** 87:23
  91:1 92:18
**wrong** 91:5

**X**

**Y**
**Yeah** 30:10
  40:11 62:12
  67:3 69:7
**year** 59:20
  100:20 101:22
  118:10
**years** 6:15 11:16
  48:6 104:10
  122:8
**yesterday** 20:19
  36:18,19 99:18

112:14,15

**Z**
**Z-A-M-B-R-A...**
  5:1
**Zambrano** 1:15
  3:2 4:15,22
  128:9 129:9
**Zurlo** 59:8 62:24
  64:17

**0**
**0.35** 63:5
**01** 1:16

**1**
**1** 1:17 3:13 12:4
  12:9 63:13
  90:7 93:15
**1,000** 37:14
**1:23** 87:12
**10** 18:25 59:12
  105:4,7,9
**10-27-15** 3:14
  30:5
**100** 18:13 32:13
  38:1 54:19,22
  54:23 77:6
  88:20 119:22
**100,000** 37:15
  61:17,24 62:25
  63:4 65:15
**108** 3:17
**11-5** 3:14
**11/5** 58:22
**11:10** 63:15
  64:15
**12** 3:13
**125** 1:17 3:18
  129:9
**126** 3:4
**127** 3:5
**128** 3:6
**129** 3:7
**14** 48:11,25
  117:6,8
**15** 48:25

**16-25954-LMI**
  1:3
**1st** 100:11
  101:25

**2**
**2** 1:19 3:14 30:3
  30:4,13 88:12
  93:15 102:20
**2,000** 120:25
**200,000** 3:15
  67:13 69:14,23
  70:2,5,10,23
  80:6,10
**201** 1:21 2:10
**2013** 48:7,11,25
  49:19 50:17
  51:15,20,25
  52:18 53:4
**2014** 48:8 49:19
  49:19 50:17
  51:15,20,25
  52:18 53:4
  54:18
**2015** 11:19
  13:11 27:18
  29:3 30:15
  31:21 33:9
  34:24 36:24
  37:3 45:8 48:8
  48:12 49:19
  50:17,23,25
  51:2,3,8,16,19
  61:10,14 62:18
  62:23 63:12,15
  87:12 91:17
  95:23 96:2,7
  99:16 100:10
  100:23 102:9
  102:17 103:14
**2016** 7:4,10,16
  7:22 11:10
  27:14 33:23
  100:11 101:25
  102:4 106:1
  117:18,19
**2017** 6:22 7:16

7:22 9:11
45:16
**2018** 1:19 5:12
126:10,13
127:10,13
128:11,12
129:20
**2021** 126:20
127:20 128:25
**21-page** 107:20
**2280** 2:4
**23** 6:15 126:20
127:20 128:25
**25** 59:17
**25th** 5:12 62:18
**27** 30:15 31:21
33:9 36:24
**27th** 126:13
127:13 128:12
129:20
**28th** 108:2
**29** 87:12 91:17
**2nd** 126:9 127:9
128:11

---

**3**

**3** 3:14 58:22
62:15,16 84:2
84:5,23 91:6
93:15 108:13
**3:30** 1:19 125:12
**30** 3:14 61:24
63:4 65:15
**30,000** 77:7
**300,000** 28:14
40:16 59:11
63:6 118:9
119:12
**305-653-5555**
2:11
**305-988-8002**
2:5
**33131** 2:5
**33162** 1:21
**33162-3712** 2:10
**35** 88:23
**3rd** 100:10

---

102:2,9,17

---

**4**

**4** 3:3,15 60:24
61:10,14 106:1
129:9
**4-72** 2:14
**45,000** 88:24
119:22
**4th** 62:11 108:3

---

**5**

**5** 3:15 62:15,16
63:13 69:25
70:1,11,24
**58** 3:14
**5th** 59:1 62:23
63:12,15 64:15

---

**6**

**6** 3:16 82:11,16
82:19 99:24
100:2 102:8,20
**6:34** 31:22
**60** 3:15

---

**7**

**7** 1:3 3:17 86:18
86:19 87:10
88:12 89:10
90:7 91:8,13
92:22 94:19,24
95:19 108:13
**70** 3:15 19:2
**701** 2:4
**72-125** 2:15

---

**8**

**8** 3:17 106:20
108:4,9
**8:29** 61:10,14
**82** 3:16
**86** 3:17

---

**9**

**9** 3:18 125:1,7
**9:07** 62:18
**9:50** 1:19 4:2

**9:57** 62:23
**909** 1:21 2:10