**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                           Case No. 16-25954-BKC-LMI
                                                 Chapter 7
Jorge Hane,

     Debtor

_____/

Blue Bank International, N.V.;                    ADV. NO. 17-01234-BKC-LMI
Coltefinanciera, S.A.

     Plaintiffs,

vs.

Jorge Hane,

     Defendant.

_____/

**Plaintiffs' Opening Statement**

Plaintiffs submit the following Opening Statement regarding those facts that are not stipulated in the parties' Joint Pre-Trial Stipulation ("Stipulation").

**I.      Plaintiffs' Section 727(a)(4) Claim**

As stated in the Stipulation, during the four year period prior to the Debtor's case (November 30, 2012 – November 30, 2016), the Debtor was the manager, an officer or director of and/or held a controlling interest in the following companies that were not disclosed in Part 7, Item 18 of the Debtor's Statement of Financial Affairs:   JorgeHane Laboratories de Centroamerica, S de RL, a Panamanian corporation ("JH Panama"), and LatinoShopping Corp., JorgeHane Holdings, LLC, a Florida limited liability company.   In the case of JorgeHane Holdings, LLC and LatinoShopping Corp., the Debtor did not delete his positions in these

companies from the Florida Division of Corporations until 2016, the year he filed Chapter 7. The Debtor will testify that these three companies either ceased business, had no earnings or the Debtor had no income from these companies. The Debtor's explanations are insufficient to explain his failure to disclose his relationship with these companies and the failure to do so constituted a false oath.

The Debtor stated on his Statement of Financial Affairs [ECF No. 10], Part 7, Item 18, that the patent he transferred four months prior to his Chapter 7 case to his wife was worth zero. In fact, the patent was transferred to his wife's company, Because It Works, LLC and Ms. Hane will also testify that in November 2017 a third party (Cambridge Media Services, LLC) invested $200,000.00 in Because It Works, LLC and received a twenty percent (20%) equity interest in the company and the patent is the only asset of Because It Works, LLC. The Debtor's statement that the patent had zero value constitutes a false oath when the evidence will show that Because It Works, LLC obtained an investment valuing the company at $1,000,000.00 the year after the transfer of the patent- - and the company's only asset is the patent.

## II.    Plaintiffs' Section 727(a)(3) Claim

The Debtor failed to produce the financial records of the following companies he owned, controlled and/or had an indirect interest and whose financial activity and assets are shown on the Debtor's 2013-2016 Tax Returns: JorgeHane Laboratories Corp. JorgeHane Laboratories SAS (JH Colombia) and Jorge Hane Laboratories, SA (Argentina). The Debtor also failed to produced records of foreign bank accounts in which he held an interest or had signature authority immediately prior to his Chapter 7 case and which are reflected on his 2013-2016 Tax Returns. This type of information was requested early in the Debtors Chapter 7 case pursuant to the Trustee's Notice of 2004 Examination Duces Tecum (Plaintiffs' Exhibit LL).

The evidence will show that the financial records of JorgeHane Laboratories Corp., JH Colombia and JH Argentina and records of foreign bank balances the Debtor did not produce were given by the Debtor to his accountant to prepare the Debtor's 2013-2016 Tax Returns. The information contained in these records is reflected in the Tax Returns and moreover, are records needed to ascertain the Debtor's financial condition or business transactions. It was only after Plaintiffs served a subpoena in this adversary proceeding on the Debtor's accountant (Plaintiffs' Exhibit QQ) that some of these records were produced; in fact, most of the records were produced just last month from the Debtor's accountant.

Attached to this Opening Statement is a Schedule of the corporate financial records and foreign bank account records that the evidence will show were provided to the Debtor's accountant by the Debtor and are reflected in the Debtor's tax returns. These records were not produced by the Debtor but do inform the Debtor's financial condition or business transactions and the Debtor's failure to produce them warrants denial of discharge under Section 727(a)(3).

Dated: June 21, 2019

Respectfully submitted,

**LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP**
*Co-Counsel for Blue Bank International, N.V.;
Coltefinanciera, S.A.*
201 South Biscayne Boulevard, 22nd Floor
Miami, FL 33131
Telephone (305) 403-8788
Facsimile (305) 403-8789

By: /s/ *Thomas R. Lehman*
THOMAS R. LEHMAN, P.A.
Florida Bar No. 351318
Primary: trl@lklsg.com
Secondary: ar@lklsg.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the forgoing Plaintiff's Opening Statement was served on June 21, 2019 via the Court's CM/ECF filing system to all recipients registered to receive notices of electronic filings generated by CM/ECF for this case.

By: */s/ Thomas R. Lehman*
Thomas R. Lehman, P.A.

### Schedule of Corporate Financial Records and Foreign Bank Account Records Used By the Debtor's Accountant to Prepare the Debtor's 2013-2016 Tax Returns and Not Produced by the Debtor

1.      The financial records, including books, documents, and papers in the nature of the records described in subparagraphs a – t below, were used by Defendant's accountant to prepare and file Defendant's 2013 tax return on behalf of and at the direction of Defendant in 2014. Plaintiffs did not receive these documents from Defendant and except where otherwise indicated, did not receive them from Defendant's accountant.

      a.      The tax return on page 6 discloses Defendant's financial interest in or control over financial accounts in Argentina, Colombia, Panama, and Spain (Schedule B, Part III, Form 1040). The tax return references Defendant's FinCEN Form 114, which is prepared using financial records, and/or any bank statements regarding these financial accounts. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

      b.      The tax return on page 10 reports income or loss from JorgeHane Laboratories, Corp., a Florida corporation (Schedule E, Part II, Form 1040). This disclosure in the tax return would have required the availability of the financial records of this company.  These records were not produced by the Debtor but were produced by the Debtor's accountant in the Weiss Supplemental Production. Plaintiffs' Exhibits Q and R. BDO-HANE 002082 - BDO-HANE 002084, BDO-HANE 002129 - BDO-HANE 002132.

      c.      The tax return on page 13 reports income or losses from sources outside

the United States located in Argentina and Colombia (Form 1116). The financial records of the businesses located in these countries would have had to be used to complete the Form 1116 by Defendant's accountant. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

d.      The tax return on page 25 discloses information from the income statement and balance sheet of JorgeHane Laboratories, S.A., an Argentinian corporation (the Form 5471) which required review of the financial statements of that company. These records were not produced by the Debtor but were produced by the Debtor's accountant pursuant to Plaintiffs' subpoena served in this adversary proceeding in the Weiss Supplemental Production. Plaintiffs' Exhibit S.   BDO-HANE 002103 - BDO-HANE 002104.

e.      The tax return on page 46 discloses information from the income statement and balance sheet of Jorgehane Laboratories Colombia, SAS, a Colombian corporation, as an "other foreign asset" and disregarded entity (Part VI, Form 8938) which required review of the financial statements of that company. These records were not produced by the Debtor but were produced by the Debtor's accountant pursuant to Plaintiffs' subpoena served in this adversary proceeding in the Weiss Supplemental Production. Plaintiffs' Exhibit Q.  BDO-HANE 002085 - BDO-HANE 002102.

f.      The tax return on pages 45-51 discloses information about cash balances in Account No. 0201280802 in Citibank España, S.A. in Alcobendas,

Spain (Part V, Form 8938) which required review of the account holder's bank records for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

g.      The tax return on pages 45-51 discloses information about cash balances in Account No. 731-00212-7 in Helm Bank in Bogotá, Colombia (Part V, Form 8938) which required review of the account holder's bank records or a summary of accounts prepared by or at the request of the Defendant, for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

h.      The tax return on pages 45-51 discloses information about cash balances in Account No. 731-00945-3 in Helm Bank in Bogotá, Colombia (Part V, Form 8938) which required review of the account holder's bank records or a summary of accounts prepared by or at the request of the Defendant for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant

i.      The tax return on pages 45-51 discloses information about cash balances in Account No. 612-878479-53 in Bancolombia in Bogotá, Colombia (Part V, Form 8938) which required review of the account holder's bank records or a summary of accounts prepared by or at the request of the Defendant, for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

j.      The tax return on pages 45-51 discloses information about cash balances in Account No. 612-880292-10 in Bancolombia in Bogotá, Colombia (Part

V, Form 8938) which required review of bank records or a summary of accounts prepared by or at the request of the Defendant for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

k.     The tax return on pages 45-51 discloses information about cash balances in Account No. 10012142005 in Multibank, Inc in Panama City, Panama (Part V, Form 8938) which required review of the account holder's bank records or a summary of accounts prepared by or at the request of the Defendant for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

l.     The tax return on pages 45-51 discloses information about cash balances in Account No. 4-663-0946309701-1 in Banco Macro, S.A. in Buenos Aires, Argentina (Part V, Form 8938) which required review of the account holder's bank records or a summary of accounts prepared by or at the request of the Defendant, for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

m.     The tax return on pages 45-51 discloses information about cash balances in Account No. 2/826469 in Banco Citi, S.A. in Buenos Aires, Argentina (Part V, Form 8938) which required review of the account holder's bank records or a summary of accounts prepared by or at the request of the Defendant, for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

n.      The tax return on pages 45 -51 discloses information about cash balances in Account No. 4-663-0946399218-5 in Banco Macro, S.A. Buenos Aires, Argentina (Part V, Form 8938) which required review of the account holder's bank records or a summary of accounts prepared by or at the request of the Defendant, for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

o.      The tax return on pages 45-51 discloses information about cash balances in Account No. 3-663-0940771106-5 in Banco Macro, S.A. Buenos Aires, Argentina (Part V, Form 8938) which required review of the account holder's bank records or a summary of accounts prepared by or at the request of the Defendant, for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

p.      The tax return on pages 45-51 discloses information about cash balances in Account No. 3-663-0940796355-2 in Banco Macro, S.A. Buenos Aires, Argentina (Part V, Form 8938) which required review of the account holder's bank records or a summary of accounts prepared by or at the request of the Defendant, for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

q.      The tax return on pages 45-51 discloses information about cash balances in Account No. 2-663-0946399217-2 in Banco Macro, S.A. Buenos Aires,

Argentina (Part V, Form 8938) which required review of the account holder's bank records or a summary of accounts prepared by or at the request of the Defendant for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

r. The tax return on pages 45-51 discloses information about cash balances in Account No. 2-663-0946309700-8 in Banco Macro, S.A. Buenos Aires, Argentina (Part V, Form 8938) which required review of the account holder's bank records or a summary of accounts prepared by or at the request of the Defendant for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

s. The tax return on pages 45-51 discloses information about cash balances in Account No. 211383/1 in Banco Industrial in Buenos Aires, Argentina (Part V, Form 8938) which required review of the account holder's bank records or a summary of accounts prepared by or at the request of the Defendant for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

t. The tax return on pages 45-51 discloses information about cash balances in Account No. 87861936 in GNB Sudameris in Bogotá, Colombia (Part V, Form 8938) which required review of the account holder's bank records or a summary of accounts prepared by or at the request of the Defendant for this account. These records were not produced by the Debtor and were

not produced by the Debtor's accountant.

2.      The financial records, including books, documents, and papers in the nature of the records described in subparagraphs a – o below, that were used by Defendant's accountant to prepare and file Defendant's 2014 tax return on behalf of and at the direction of Defendant in 2015. Plaintiffs' did not receive these documents from Defendant and except where otherwise indicated, did not receive them from Defendant's accountant.

      a.      The tax return on page 5 discloses Defendant's financial interest in or control over financial accounts in Argentina and Colombia. (Schedule B, Part III, Form 1040). The tax return references Defendant's FinCEN Form 114, which is prepared using financial records, and/or any bank statements regarding these financial accounts. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

      b.      The tax return on page 9 reports income or loss from JorgeHane Laboratories, Corp., a Florida corporation (Schedule E, Part II, Form 1040). This disclosure in the tax return would have required the availability of the financial records of this company. These records were not produced by the Debtor but a portion were produced by the Debtor's accountant pursuant to Plaintiffs' subpoena served in this adversary proceeding in the Weiss Supplemental Production.  Plaintiffs' Exhibits Q and R.  BDO-HANE 002082 - BDO-HANE 002084, BDO-HANE 002129 - BDO-HANE 002132.

      c.      The tax return on pages 12-13 reports income or loss from sources outside the United States: Argentina and Colombia (Form 1116). The financial

records and bank statements of the businesses located in these countries would have had to be used to complete for Form 1116 by Defendant's accountant. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

d.     The tax return on pages 22-28 discloses information from the income statement and balance sheet of JorgeHane Laboratories, S.A., an Argentinian corporation (the Form 5471) which required review of the financial statements of that company. These records were not produced by the Debtor but a portion were produced by the Debtor's accountant pursuant to Plaintiffs' subpoena served in this adversary proceeding in the Weiss Supplemental Production. Plaintiffs' Exhibit X and Y

e.     The tax return on pages 29-34 discloses information from the income statement and balance sheet of Jorgehane Laboratories Colombia, SAS, a Colombian corporation, as "other foreign asset" and disregarded entity (Part VI, Form 8938) which required review of the financial statements of that company. These records were not produced by the Debtor but a portion were produced by the Debtor's accountant pursuant to Plaintiffs' subpoena served in this adversary proceeding in the Weiss Supplemental Production.   BDO-HANE 002085 - BDO-HANE 002102. Plaintiffs' Exhibit T.

f.     The tax return on pages 29-34 discloses information about cash balances in Account No. 731-00212-7 in Helm Bank in Bogotá, Colombia (Part V, Form 8938) which required review of bank statements or a summary of

accounts prepared by or at the request of the Defendant, for this account. The document is BDO 04601. These records were not produced by the Debtor but were produced by the Debtor's accountant pursuant to Plaintiffs' subpoena served in this adversary proceeding in the Weiss Supplemental Production.  BDO-HANE 002085 - BDO-HANE 002102. Plaintiffs' Exhibit T.

g.      The tax return on pages 29-34 discloses information about cash balances in Account No. 731-00945-3 in Helm Bank in Bogotá, Colombia (Part V, Form 8938) which required review of bank statements or a summary of accounts prepared by or at the request of the Defendant, for this account. The document is BDO 04601. These records were not produced by the Debtor but were produced by the Debtor's accountant pursuant to Plaintiffs' subpoena served in this adversary proceeding in the Weiss Supplemental Production.  BDO-HANE 002085 - BDO-HANE 002102. Plaintiffs' Exhibit T. The tax return on pages 29-34 discloses information about cash balances in Account No. 612-878479-53 in Bancolombia in Bogotá, Colombia (Part V, Form 8938) which required review of the financial statements or a summary of accounts prepared by or at the request of the Defendant, of that company. The document is BDO 04601. These records were not produced by the Debtor but were produced by the Debtor's accountant pursuant to Plaintiffs' subpoena served in this adversary proceeding in the Weiss Supplemental Production.   BDO-HANE 002085 - BDO-HANE 002102.  Plaintiffs' Exhibit T.

h.     The tax return on pages 29-34 discloses information about cash balances in Account No. 612-880292-10 in Bancolombia in Bogotá, Colombia (Part V, Form 8938) which required review of bank statements or a summary of accounts prepared by or at the request of the Defendant, for this account. These documents were not produced by Debtor but were provided by Debtor's accountant in the Weiss Supplemental Production. BDO-HANE 002058 - BDO-HANE 004008. Plaintiffs' Exhibit V.

i.     The tax return on pages 29-34 discloses information about cash balances in Account No. 87861936 in GNB Sudameris in Bogota, Colombia which required review of bank statements or a summary of accounts prepared by or at the request of the Defendant, for this account. These records were not produced by the Debtor but were produced by the Debtor's accountant pursuant to Plaintiffs' subpoena served in this adversary proceeding in the Weiss Supplemental Production. BDO-HANE 002058 - BDO-HANE 004008. Plaintiffs'Exhibit V.

j.     The tax return on pages 29-34 discloses information about cash balances in Account No. 2/826469 in Banco Citi, S.A. in Buenos Aires, Argentina (Part V, Form 8938) which required review of bank statements or a summary of accounts prepared by or at the request of the Defendant, for this account. These documents were not produced by Debtor but were provided by Debtor's accountant in the Weiss Supplemental Production. BDO-HANE 002058 - BDO-HANE 004008. Plaintiffs' Exhibit V.

k.      The tax return on pages 29-34 discloses information about cash balances in Account No. 4-663-0946399218-5 in Banco Macro, S.A. Buenos Aires, Argentina (Part V, Form 8938) which required review of bank statements or a summary of accounts prepared by or at the request of the Defendant, for this account.  These documents were not produced by Debtor but were provided by Debtor's accountant in the Weiss Supplemental Production. BDO-HANE 002058 - BDO-HANE 004008. Plaintiffs' Exhibit V.

l.      The tax return on pages 29-34 discloses information about cash balances in Account No. 3-663-0940796355-2 in Banco Macro, S.A. Buenos Aires, Argentina (Part V, Form 8938) which required review of bank statements or a summary of accounts prepared by or at the request of the Defendant, for this account.   These documents were not produced by Debtor but were provided by Debtor's accountant in the Weiss Supplemental Production. BDO-HANE 002058 - BDO-HANE 004008. Plaintiffs' Exhibit V.

m.      The tax return on pages 29-34 discloses information about cash balances in Account No. 2-663-0946399217-2 in Banco Macro, S.A. Buenos Aires, Argentina (Part V, Form 8938) which required review of bank statements or a summary of accounts prepared by or at the request of the Defendant, for this account. These documents were not produced by Debtor but were provided by Debtor's accountant in the Weiss Supplemental Production. BDO-HANE 002058 - BDO-HANE 004008.  Plaintiffs' Exhibit V.

n.      The tax return on pages 29-34 discloses information about cash balances in Account No. 211383/1 in Banco Industrial in Buenos Aires, Argentina

(Part V, Form 8938) which required review of the financial statements or a summary of accounts prepared by or at the request of the Defendant, of that company. These documents were not produced by Debtor but were provided by Debtor's accountant in the Weiss Supplemental Production. BDO-HANE 002058 - BDO-HANE 004008. Plaintiffs' Exhibit V.

3.    The financial records, including books, documents, and papers in the nature of the records described in subparagraphs a – m below, that were used by Defendant's accountant to prepare and file Defendant's 2015 tax return on behalf of and at the direction of Defendant in 2016. Plaintiffs' did not receive these documents from Defendant and except where otherwise indicated, did not receive them from Defendant's accountant.

a.    The tax return on page 9 discloses Defendant's financial interest in or control over financial accounts in Argentina and Colombia. (Schedule B, Part III, Form 1040). The tax return references Defendant's FinCEN Form 114, which is prepared using financial records, and/or any bank statements regarding these financial accounts. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

b.    The tax return on page 13 reports income or loss from JorgeHane Laboratories, Corp., a Florida corporation (Schedule E, Part II, Form 1040). This disclosure in the tax return would have required the availability of the financial records of this company. These records were not produced by the Debtor and a portion were produced by the Debtor's accountant pursuant to Plaintiffs' subpoena served in this adversary

proceeding in the Weiss Supplemental Production, BDO-HANE 000458 –
BDO-HANE 000461 Plaintiffs' Exhibit CC.

c.      The tax return on page 16 reports income or loss from sources outside the
United States located in Argentina and Colombia (Form 1116). The
financial records and bank statements of the businesses located in these
countries would have had to be used to complete the Form 1116 by
Defendant's accountant. These records were not produced by the Debtor
and a portion were produced by the Debtor's accountant pursuant to
Plaintiffs' subpoena served in this adversary proceeding in the Weiss
Supplemental Production, BDO-HANE 000458 – BDO-HANE 000461
Plaintiffs' Exhibit CC.

d.      The tax return on page 33 discloses information from the income
statement and balance sheet of Jorgehane Laboratories Colombia, SAS, a
Colombian corporation, as "other foreign asset" and disregarded entity
(Part VI, Form 8938) which required review of the financial statements of
that company. These records were not produced by the Debtor and were
not produced by the Debtor's accountant. The tax return on pages 33-37
discloses information about cash balances in Account No. 731-00212-7 in
Helm Bank in Bogotá, Colombia (Part V, Form 8938) which required
review of bank statements or a summary of accounts prepared by or at the
request of the Defendant, for this account. These records were not
produced by the Debtor and were not produced by the Debtor's
accountant.

e.      The tax return on pages 33-37 discloses information about cash balances in Account No. 731-00945-3 in Helm Bank in Bogotá, Colombia (Part V, Form 8938) which required review of bank statements or a summary of accounts prepared by or at the request of the Defendant, for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

f.      The tax return on pages 33-37 discloses information about cash balances in Account No. 612-878479-53 in Bancolombia in Bogotá, Colombia (Part V, Form 8938) which required review of bank statements for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

g.      The tax return on pages 33-37 discloses information about cash balances in Account No. 612-880292-10 in Bancolombia in Bogotá, Colombia (Part V, Form 8938) which required review of bank statements or a summary of accounts prepared by or at the request of the Defendant, for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

h.      The tax return on pages 33-37 discloses information about cash balances in Account No. 87861936 in GNB Sudameris in Bogotá, Colombia (Part V, Form 8938) which required review of bank statements for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

i.      The tax return on pages 33-37 discloses information about cash balances in Account No. 4-663-0946399218-5 in Banco Macro, S.A. Buenos Aires, Argentina (Part V, Form 8938) which required review of bank statements or a summary of accounts prepared by or at the request of the Defendant, for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

j.      The tax return on pages 33-37 discloses information about cash balances in Account No. 3-663-0940796355-2 in Banco Macro, S.A. Buenos Aires, Argentina (Part V, Form 8938) which required review of bank statements or a summary of accounts prepared by or at the request of the Defendant, for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

k.      The tax return on pages 33-37 discloses information about cash balances in Account No. 2-663-0946399217-2 in Banco Macro, S.A. Buenos Aires, Argentina (Part V, Form 8938) which required review of bank statements or a summary of accounts prepared by or at the request of the Defendant, for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

l.      The tax return on pages 33-37 discloses information about cash balances in Account No. 211383/1 in Banco Industrial in Buenos Aires, Argentina (Part V, Form 8938) which required review of bank statements or a summary of accounts prepared by or at the request of the Defendant, for

this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

4.     The financial records, including books, documents, and papers in the nature of the records described in subparagraphs a – m below, that were used by Defendant's accountant to prepare and file Defendant's 2016 tax return on behalf of and at the direction of Defendant in 2017. Plaintiffs' did not receive these documents from Defendant and except where otherwise indicated, did not receive them from Defendant's accountant.

   a.     The tax return on the page Bates labeled BDO-HANE 000125 discloses Defendant's financial interest in or control over financial accounts in Argentina and Colombia. (Schedule B, Part III, Form 1040). The tax return references Defendant's FinCEN Form 114, which is prepared using financial records, and/or any bank statements regarding these financial accounts. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

   b.     The tax return on the page Bates labeled BDO-HANE 000131 reports income or loss from JorgeHane Laboratories, Corp., a Florida corporation (Schedule E, Part II, Form 1040). This disclosure in the tax return would have required the availability of the financial records of this company. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

   c.     The tax return on the page Bates labeled BDO-HANE 000134 reports income or loss from sources outside the United States located in Argentina and Colombia (Form 1116). The financial records and bank statements of

the businesses located in these countries would have had to be used to complete the Form 1116 by Defendant's accountant. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

d.      The tax return on the page Bates labeled BDO-HANE 000142 discloses information from the income statement and balance sheet of Jorgehane Laboratories Colombia, SAS, a Colombian corporation, as "other foreign asset" and disregarded entity (Part VI, Form 8938) which required review of the financial statements of that company. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

e.      The tax return on the page Bates labeled BDO-HANE 000142 discloses information about cash balances in Account No. 731-00212-7 in Helm Bank in Bogotá, Colombia (Part V, Form 8938) which required review of bank statements for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

f.      The tax return on the page Bates labeled BDO-HANE 000143 discloses information about cash balances in Account No. 731-00945-3 in Helm Bank in Bogotá, Colombia (Part V, Form 8938) which required review of bank statements for this account. These documents were not produced by Debtor and were not provided by Debtor's accountant.

g.      The tax return on the page Bates labeled BDO-HANE 000144 discloses information about cash balances in Account No. 612-878479-53 in

Bancolombia in Bogotá, Colombia (Part V, Form 8938) which required review of bank statements or a summary of accounts prepared by or at the request of the Defendant, for this account. These documents were not produced by Debtor and were not provided by Debtor's accountant.

h.    The tax return on the page Bates labeled BDO-HANE 000145 discloses information about cash balances in Account No. 612-880292-10 in Bancolombia in Bogotá, Colombia (Part V, Form 8938) which required review of bank statements or a summary of accounts prepared by or at the request of the Defendant, for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

i.    The tax return on the page Bates labeled BDO-HANE 000146 discloses information about cash balances in Account No. 87861936 in GNB Sudameris in Bogotá, Colombia (Part V, Form 8938) which required review of bank statements or a summary of accounts prepared by or at the request of the Defendant, for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

j.    The tax return on the page Bates labeled BDO-HANE 000147 discloses information about cash balances in Account No. 4-663-0946399218-5 in Banco Macro, S.A. Buenos Aires, Argentina (Part V, Form 8938) which required review of bank statements or a summary of accounts prepared by or at the request of the Defendant, for this account. These records were not

produced by the Debtor and were not produced by the Debtor's accountant.

k.    The tax return on the page Bates labeled BDO-HANE 000148 discloses information about cash balances in Account No. 3-663-0940796355-2 in Banco Macro, S.A. Buenos Aires, Argentina (Part V, Form 8938) which required review of bank statements or a summary of accounts prepared by or at the request of the Defendant, for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

l.    The tax return on the page Bates labeled BDO-HANE 000149 discloses information about cash balances in Account No. 2-663-0946399217-2 in Banco Macro, S.A. Buenos Aires, Argentina (Part V, Form 8938) which required review of bank statements or a summary of accounts prepared by or at the request of the Defendant, for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.

m.    The tax return on the page Bates labeled BDO-HANE 000150 discloses information about cash balances in Account No. 211383/1 in Banco Industrial in Buenos Aires, Argentina (Part V, Form 8938) which required review of bank statements or a summary of accounts prepared by or at the request of the Defendant, for this account. These records were not produced by the Debtor and were not produced by the Debtor's accountant.