UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Case No. 16-25954- LMI
 Chapter 7
JORGE HANE,

_____Debtor._____/

COLTEFINANCIERA, S.A. and  Adv. Pro. No. 17-01234-LMI
BLUE BANK INTERNATIONAL, N.V.,

         Plaintiff,
v.

JORGE HANE,

_____Defendant._____/

## EXHIBIT REGISTER

Exhibits Submitted on behalf of:

[  ] Debtor   [  ] Plaintiff  [ x ] Defendant  [  ] Other:

Date of Hearing/Trial: June 24, 2019

Type of Hearing/Trial: Confirmation Hearing

SUBMITTED BY:   Michael .S. Hoffman, Esq.
                909 N. Miami Beach Blvd. # 201
                North Miami Beach, FL 33162
                T.    305.653.5555
                F.    305.940.0090
                E.    mshoffman@hlalaw.com

*No Exhibits introduced. Rule 7052 motion granted.*

| Exhibit Number/Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| 1. | Plaintiffs' Amended Complaint | | | |
| 2. | Defendants' Answer and Affirmative Defenses | | | |
| 3. | Debtor's Initial Bankruptcy Schedules and Statements | | | |
| 4. | Trustee's Notice of Taking 2004 Examination *Duces Tecum* | | | |

LF-49 (rev. 12/01/09)

1

| # | Description | | | |
|---|---|---|---|---|
| 5. | Plaintiffs' Cross Notice of Taking Rule 2004 Examination *Duces Tecum* | | | |
| 6. | Dropbox folder containing documents produced by the Defendant in response to the Trustee's Notice of Taking 2004 Examination *Duces Tecum* | | | |
| 7. | Trustee's Motion to Compromise Controversy with Jorge Hane and Florencia Hane | | | |
| 8. | Order Granting Motion to Compromise Controversy Between the Trustee And Jorge Hane And Florencia Hane | | | |
| 9. | Deposition Transcript of Carlos Zambrano, Corporate Representative of Blue Bank International, N.V. | | | |
| 10. | Deposition Transcript of Jamie Castillo, Corporate Representative of Coltefinanciera, S.A.S. | | | |
| 11. | Plaintiff's Subpoena to Jeffrey Weiss | | | |
| 12. | Defendant's Consent to Jeffrey Weiss production of documents | | | |
| 13. | Defendant's 2013 Tax Return | | | |
| 14. | Defendant's 2014 Tax Return | | | |
| 15. | Defendant's 2015 Tax Return | | | |
| 16. | Defendant's 2016 Tax Return | | | |
| 17. | JorgeHane Holdings, LLC report from Florida Division of Corporations | | | |
| 18. | Latinoshopping Corp. report from Florida Division of Corporations | | | |
| 19. | Because it Works, LLC 2017 Tax Return | | | |
| 20. | Flash Drive of Initial Response by Jeffrey Weiss, CPA to Subpoena | | | |
| 21. | Flash Drive of Supplemental Response of Jeffrey Weiss, CPA to Subpoena | | | |