UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                              Case No. 16-25954-BKC-LMI
                                                    Chapter 7
Jorge Hane,

    Debtor
_____/

Blue Bank International, N.V.;                      ADV. NO. 17-01234-BKC-LMI
Coltefinanciera, S.A.

    Plaintiffs,
vs.

Jorge Hane,

    Defendant.
_____/

## PLAINTIFF'S EXHIBIT REGISTER

Exhibits Submitted on behalf of:

[X] Plaintiff    [ ] Defendant    [ ] Debtor    [ ] Other_____

Type of Hearing/Trial:  Counts II and III of the Plaintiff's Amended Complaint (D.E. #32)

SUBMITTED BY:

Thomas R. Lehman, P.A.                              Brian J. Recor, Esq.
Levine Kellogg Lehman Schneider + Grossman LLP      Recor Rieber, P.A.
201 South Biscayne Boulevard, 22nd Floor            701 Brickell Avenue, Suite 2280
Miami, FL 33131                                     Miami, FL 33131
Tel. No. (305) 403-8788                             Tel. No. (305) 988-8002

| Exhibit Letter | Description | Admitted | Refused | Not Introduced |
|---|---|---|---|---|
| A | 2013 US Individual Income Tax Return for Jorge Hane and Florencia Hane | A | | |
| B | 2014 US Individual Income Tax Return for Jorge Hane and Florencia Hane | A | | |

1

| | | | | |
|---|---|---|---|---|
| C | 2015 US Individual Income Tax Return for Jorge Hane and Florencia Hane | A | | |
| D | 2016 US Individual Income Tax Return for Jorge Hane and Florencia Hane | | | |
| E | 2013 US Income Tax Return for an S Corporation for JorgeHane Laboratories Corp. | A | | |
| F | 2014 US Income Tax Return for an S Corporation for JorgeHane Laboratories Corp. | A | | |
| G | 2015 US Income Tax Return for an S Corporation for JorgeHane Laboratories Corp. | A | | |
| H | 2016 US Income Tax Return for an S Corporation for JorgeHane Laboratories Corp. | | | |
| I | Deposition of Jorge Hane taken on April 5, 2018 | | | |
| J | Deposition of Florencia Hane taken on March 21, 2018 | | | |
| K | State of Florida Department of State 2012 through 2015 Annual Reports for JorgeHane Holdings, LLC | A | | |
| L | State of Florida Department of State 2012 through 2015 Annual Reports for LatinoShopping Corp. | A | | |
| M | Response to Blue Bank International, N.V. and Coltefinanciera, S.A.'s Cross-Notice of 2004 Examination Duces Tecum of Debtor, Jorge Hane, Without Examination | A | | |
| N | Email from Sam Capuano to Brian Recor dated 3/13/2017 re: Notice of Examination Jorge Hane | A | | |
| O | Email from Jason Rigoli to Brian Recor dated 3/13/2017 re: Jason Rigoli shared "Hane, Jorge – 1625954" with you | A | | |
| P | Financial Statements for Jorge Hane Laboratories Colombia S.A.S. for the year end December 31, 2013 and 2012, BDO-HANE004431 – BDO-HANE004565 | A (limited purpose) | | |
| Q | Balance Sheet Prev Year Comparison (2013 – 2014) for JorgeHane Laboratories Corp. as of December 31, 2014 BDO-HANE002082 – BDO-HANE00284 | A (limited purpose) | | |

2

1102245

| | | | | |
|---|---|---|---|---|
| R | Profit & Loss Prev Year Comparison (2013 – 2014) for JorgeHane Laboratories Corp. as of December 31, 2014 BDO-HANE002129 – BDO-HANE002132 | A (limited purpose) | | |
| S | A/P Aging summary (Values in Home Currency as of December 31, 2014 FOR JorgeHane Laboratories Corp. BDO-HANE002103 – BDO-HANE002104 | A (limited purpose) | | |
| T | Financial Statements for December 31, 2013 and December 31, 2014 for JorgeHane Laboratories Colombia S.A.S. BDO-HANE002085 – BDO-HANE002102 | A (limited purpose). | | |
| U | General Ledger excerpt, 2014 Statement of Distributions to Debtor from JorgeHane Laboratories Colombia S.A.S. | A (limited purpose) | | |
| V | Ricardo Zurlo CFO email of Summary of 2014 Foreign Bank Account Balances of JorgeHane Laboratorties subsidiaries BDO-HANE002058 and BDO-HANE004008 | A (limited purpose) | | |
| W | Balance Sheet – Form 5471 – JorgeHane Laboratories SA Argentina for 12/31/2014 for JorgeHane Laboratories Corp. BDO-HANE002249 | A (limited purpose) | | |
| X | 2014 Financial Statement for year end December 31, 2014 for JorgeHane Laboratories S.A. – Argentina BDO-HANE004051 – BDO-HANE004064 | A (limited purpose) | | |
| Y | 2014 Financial Statements for December 31, 2014 for JorgeHane Laboratories Colombia S.A.S. BDO-HANE002216 – BDO-HANE002219 | A (limited purpose). | | |
| Z | 2014 Monthly Operating Statement for JorgeHane Laboratories Colombia S.A.S. BDO-HANE002220 – BDO-HANE002222 | A (limited purpose). | | |
| AA | General Ledger excerpt, 2014 List of Payments of Shareholder's Personal Expenses year end December 31, 2014 of JorgeHane Laboratories Corp. BDO-HANE002248 | A | | |
| BB | 2015 Balance Sheet as of December 31, 2015 for JorgeHane Laboratories Corp. BDO-HANE000445 – BDO-HANE000447 | A | | |
| CC | 2015 Profit & Loss January through December 2015 for JorgeHane Laboratories Corp. BDO-HANE000458 – BDO-HANE000461 | A | | |

1102245

| | | | | |
|---|---|---|---|---|
| DD | General Ledger excerpt, Reclassify to Shareholder Loan _Personal Use Year End: December 31, 2015 for JorgeHane Laboratories Corp. BDO-HANE000454 | A | | |
| EE | Financial Statement Comparison 2015 & 2014 on December 31, 2015 for JorgeHane Laboratories Colombia S.A.S. | A (limited purpose) | | |
| FF | Email from J@jorgehanelab.com to Jeffrey Weiss dated 3/15/2016 Re: bad news BDO-HANE001817 | A | | |
| GG | Balance Sheet as of December 16, 2016 for JorgeHane Laboratories Corp. BDO-HANE001759 – BDO-HANE001760 | | | |
| HH | Profit & Loss January through December 2016 for JorgeHane Laboratories Corp. BDO-HANE001477 – BDO-HANE001479 | | | |
| II | General Ledger excerpt, Reclassify to Distributions – Personal Use Year End December 31, 2016 for JorgeHane Laboratories BDO-HANE000719 | | | |
| JJ | Plaintiff Blue Bank International, N.V.'s Request for Production of Documents dated January 26, 2018 | | | |
| KK | Plaintiff Coltefinanciera's Request for Production of Documents dated January 26, 2018 | | | |
| LL | Notice of Examination Duces Tecum of the Debtor, Jorge Hane, Without Examination dated January 31, 2017 | A | | |
| MM | United States Patent and Trademark Office Notice of Recordation of Assignment Document dated July 19, 2016 | A | | |
| NN | Summary Index of documents contained in Dropbox that are responsive to request 2, 30, 32, 33 and 36 | A | | |
| OO | Debtor's Notes on Documents which were produced to Trustee | A | | |
| PP | Corporate Chart | A | | |
| QQ | Plaintiff's Notice of Intent to Serve Subpoena Duces Tecum | A | | |
| RR | All documents listed by Defendant and not objected to by Plaintiffs | | | |
| SS | Debtor's Statement of Financial Affairs [ECF No.10] – Judicial Notice | A | | |

4

1102245