

**ORDERED in the Southern District of Florida on June 28, 2019.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

In re:

JORGE HANE,

    Debtor.    /

COLTEFINANCIERA, S.A. and
BLUE BANK INTERNATIONAL, N.V.,

    Plaintiff,

v.

JORGE HANE,

    Defendant.    /

Case No. 16-25954- LMI
Chapter 7

Adv. Pro. No. 17-01234-LMI

**ORDER GRANTING MOTION FOR JUDGMENT ON PARTIAL FINDINGS**

    This matter came before the Court on June 24, 2019 on Defendant Jorge Hane's (the "Defendant") *Ore Tenus* Motion for Judgment on Partial Findings pursuant to Rule 7052 of the Bankruptcy Rules of Procedure (the "Motion"). The Court, having considered the Motion and the arguments presented by

counsel for the Defendant and counsel for Plaintiffs Coltefinanciera, S.A. and Blue Bank International, S.A., orders as follows:

1. The Motion is granted for the reasons stated on the record.

2. The Court shall enter a judgment in favor of Defendant on Count II and Count III of Plaintiffs' Amended Complaint (D.E. #32).

Submitted by:

Michael S. Hoffman
Hoffman, Larin & Agnetti, P.A.
Counsel for Defendant Jorge Hane
909 North Miami Beach Boulevard, # 201
Miami, Florida 33162
Phone:   (305) 653-5555
Fax: (305) 940-0090
E-mail: mshoffman@hlalaw.com

Attorney Hoffman shall serve a copy of the signed order on all parties served with the motion and shall file with the court a certificate of service conforming with Local Rule 2002-1(F).