

**ORDERED in the Southern District of Florida on June 28, 2019.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

In re:

    Case No. 16-25954- LMI
    Chapter 7

JORGE HANE,

    Debtor.    /

COLTEFINANCIERA, S.A. and     Adv. Pro. No. 17-01234-LMI
BLUE BANK INTERNATIONAL, N.V.,

    Plaintiff,

v.

JORGE HANE,

    Defendant.    /

## FINAL JUDGMENT

This matter comes before the Court pursuant to the Order Granting Motion for Judgment on Partial Findings entered contemporaneously herewith. It is

**ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant Jorge Hane and against Plaintiffs Coltefinanciera, S.A. and Blue Bank, N.V. on Count II of Plaintiffs' Amended Complaint (D.E. #32).

2. Judgment is entered in favor of Defendant Jorge Hane and against Plaintiffs Coltefinanciera, S.A. and Blue Bank, N.V. on Count III of Plaintiffs' Amended Complaint.

3. The Court reserves jurisdiction to tax costs incurred by the Defendant pursuant to Bankruptcy Rule of Procedure 7054 and Local Rule 7054-1.

Submitted by:

Michael S. Hoffman
Hoffman, Larin & Agnetti, P.A.
Counsel for Defendant Jorge Hane
909 North Miami Beach Boulevard, # 201
Miami, Florida 33162
Phone:  (305) 653-5555
Fax: (305) 940-0090
E-mail: mshoffman@hlalaw.com

Attorney Hoffman shall serve a copy of the signed order on all parties served with the motion and shall file with the court a certificate of service conforming with Local Rule 2002-1(F).