**Form CGFD62**  (9/19/08)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number:** 16–25954–LMI                    **Adversary Number:** 17–01234–LMI

In re:

**Name of Debtor(s):**  Jorge Hane

—————————————————————————/

**Coltefinanciera, S.A. and Blue Bank International, N.V.**

Plaintiff(s)

**VS.**

**Jorge Hane**

Defendant(s)

—————————————————————————/

## NOTICE OF ENTRY ON DOCKET OF JUDGMENT/ORDER

Notice is hereby provided pursuant to Bankruptcy Rule 9022 that the Judgment/Order titled **Final Judgment** (copy attached) was entered on the docket on **07/01/2019** .

**Dated: 7/1/19**                    **CLERK OF COURT**
                                     By: Ida Barr
                                     Deputy Clerk (305) 714–1800

The clerk shall serve a copy of this notice on all interested parties.